IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAUREN HANDY, *et al.*,<br><br>*Defendants.* | Case No.<br><br>**FILED UNDER SEAL** |

**GOVERNMENT'S MOTION TO SEAL THE INDICTMENT AND RELATED MATTERS AND TO DELAY ENTRY ON THE PUBLIC DOCKET**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to place under seal the indictment, arrest warrants, as well as all other pleadings, records, and files in this case, including the instant motion to seal, and to delay entry on the public docket of the criminal case. In support of this motion, the government submits as follows:

1. On March 24, 2022, the Grand Jury returned an original indictment charging the defendants with violations of 18 U.S.C. § 241 (Conspiracy Against Rights) and 18 U.S.C. §§ 248(a)(1), 2 (Clinic Access Obstruction).

2. The indictment charges the defendants with committing the above-referenced violations in connection with obstruction of access to a clinic in the District of Columbia that was a provider of women's reproductive health services. The indictment alleges that from October 15 to October 22, 2022, the defendants conspired with one another to, and ultimately did, obstruct the clinic's right to offer reproductive health services and patients' rights to obtain such services.

3. The defendants are not aware of the grand jury's indictment or the government's

decision to seek an indictment.

4. In the course of its investigation, the government has been in communication with clinic employees, and at least one clinic patient whose access was obstructed on October 22, 2022, but these individuals are not aware of the grand jury's indictment or the government's decision to seek an indictment.

5. Public disclosure of the indictment at this moment risks public safety. *See, e.g., Washington Post v. Robinson*, 935 F.2d 282, 289 n.10 (D.C. 1991) (noting situations when compelling reasons exist for sealing documents filed with the Court and postponing entry of filings on public docket). First, public disclosure of the indictment, arrest warrants, as well as all other pleadings, records, and files in this case, could compromise the integrity of the investigation by permitting alleged conspirators to flee or destroy evidence. Second, the public interest favors a brief delay in public disclosure of the indictment and other documents to ensure that law enforcement is able to safely execute the arrest warrants on multiple defendants residing in multiple different states.

6. At the same time, given the personal privacy issues present in this matter, and for the protection of third-party witnesses and victims, public safety considerations may merit apprising clinic employees and any affected clinic patients of the existence of the indictment before it is publicly reported.

7. For these reasons, the government requests that the Court enter the attached proposed order to seal the indictment, arrest warrants, and other materials in this case, and to delay public docketing of the criminal case, until the government determines that the public safety risks described above have been adequately mitigated. The proposed order authorizes the government to apprise law enforcement assisting in executing the warrants, clinic employees, and affected

patients of the clinic of the indictment as necessary to mitigate the public safety risks discussed above, and unseals the indictment automatically, without further order, when the government notifies the Court and Clerk that the criminal case can be publicly docketed.

WHEREFORE, for the foregoing reasons and for any other such reasons as may appear to the Court, the Government moves the Court to grant this motion and enter the attached proposed order. Respectfully submitted,

                                     MATTHEW M. GRAVES
                                     United States Attorney
                                     D.C. Bar #481052

By: */s/ Molly Gaston*
     MOLLY GASTON
     Assistant United States Attorney
     VA Bar Number 78506
     555 4th Street, N.W.
     Washington, D.C. 20530
     Office: (202) 252-7803
     Molly.Gaston@usdoj.gov