IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAUREN HANDY, *et al.*,<br><br>*Defendants.* | Case: 1:22-cr-00096<br>Assigned To : Kollar-Kotelly, Colleen<br>Assign. Date : 3/24/2022<br>Description: INDICTMENT (B)<br><br>**FILED UNDER SEAL** |

## ORDER

Upon consideration of the Government's Motion to Seal the Indictment and Related Matters and to Delay Entry on the Public Docket, for the reasons set out therein and in consideration of *Washington Post v. Robinson*, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), it is:

**ORDERED** that the Indictment, the instant Motion, this Order, other pleadings, warrants, files, and records be sealed and that entry on the public docket of the criminal case be delayed;

**IT IS FURTHER ORDERED** that the Government is authorized to apprise law enforcement assisting with the execution of warrants, clinic employees, and affected patients of the clinic, of the existence of the Indictment as necessary to mitigate the public safety risks identified in the Motion; and,

**IT IS FURTHER ORDERED** that the Indictment is automatically unsealed, without further order, when the Government determines that the public safety risks identified in the Motion are adequately mitigated and notifies the Court and Clerk that the criminal case can be publicly docketed.

_____
HON. ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE

cc: Molly Gaston
    Assistant United States Attorney
    555 4th Street NW
    Washington, DC  20530

2