AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-cr-00096 |
| Lauren Handy, et al. | ) Assigned To : Kollar-Kotelly, Colleen |
|  | ) Assign. Date : 3/24/2022 |
| Defendant | ) Description: INDICTMENT (B) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Lauren Handy
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 241 (Conspiracy Against Rights)
18 U.S.C. §§ 248(a)(1), 2 (Clinic Access Obstruction)

Date: 03/24/2022

Zia M. Faruqui
2022.03.24
17:28:26 -04'00'
*Issuing officer's signature*

City and state: WASHINGTON, D.C.

HON. ZIA M. FARUQUI
*Printed name and title*

### Return

This warrant was received on *(date)* 3/25/22, and the person was arrested on *(date)* 3/30/22
at *(city and state)* Washington DC

Date: 3/30/22

*Arresting officer's signature*

Special Agent Michael Biscardi
*Printed name and title*