**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )  **No. 22-cr-96 (CKK)-1** |
| | ) |
| **LAUREN HANDY,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## <u>NOTICE OF APPEARANCE</u>

Please enter the appearance of Assistant Federal Public Defender Mary Petras on

behalf of the defendant, Lauren Handy, in the above captioned matter.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MARY M. PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Mary_Petras@fd.org