AO 442 (Rev 01/09) Arrest Warrant

10590751

U.S. MARSHAL-DC PM3:51
RECEIVED MAR 25 '22

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:22-cr-00096 |
| Lauren Handy, et al. | ) Assigned To : Kollar-Kotelly, Colleen |
| | ) Assign. Date : 3/24/2022 |
| _Defendant_ | ) Description: INDICTMENT (B) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Lauren Handy,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 241 (Conspiracy Against Rights)
18 U.S.C. §§ 248(a)(1), 2 (Clinic Access Obstruction)

Date:   03/24/2022

Zia M. Faruqui
2022.03.24
17:28:26 -04'00'

*Issuing officer's signature*

City and state:   WASHINGTON, D.C.

HON. ZIA M. FARUQUI
*Printed name and title*

### Return

This warrant was received on *(date)* 3/25/2022, and the person was arrested on *(date)* 03/30/2022
at *(city and state)* Washington DC

Date: 03/30/2022

*Arresting officer's signature*

Michael Tantillo   DUSM
*Printed name and title*