**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 22-cr-96 (CKK)** |
| | : | |
| v. | : | |
| | : | |
| **LAUREN HANDY,** | : | |
| | : | |
| **JONATHAN DARNEL,** | : | |
| | : | |
| **JAY SMITH (aka JUANITO PICHARDO),** | : | |
| | : | |
| **PAULA "PAULETTE" HARLOW,** | : | |
| | : | |
| **JEAN MARSHALL,** | : | |
| | : | |
| **JOHN HINSHAW,** | : | |
| | : | |
| **HEATHER IDONI,** | : | |
| | : | |
| **WILLIAM GOODMAN, and** | : | |
| | : | |
| **JOAN BELL,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Elizabeth Aloi is entering her appearance in the above-captioned matter as counsel for the United States of America.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052


/s/ Elizabeth Aloi
ELIZABETH ALOI
D.C. Bar No. 1015864
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7212
Email: Elizabeth.Aloi@usdoj.gov