**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HEATHER IDONI,<br><br>Defendant. | Criminal Action No. 22-096-7 (CKK) |

**ORDER**
(April 12, 2022)

This matter comes before the Court on the [45] "Defendant, Heather Idoni's, Emergency Revised Petition to Amend Bond to Permit International Travel." On April 8, 2022, Defendant Idoni filed a [43] Motion to Permit International Travel, seeking modification of her terms of release to permit her to travel on a pre-planned trip to Ukraine to provide humanitarian aid. Noting the gravity of the felony charge that Defendant faces, the Court denied the [43] Motion and its requested relief in its April 8, 2022 [44] Order. The present filing seems to seek reconsideration of the Court's [44] Order. It raises, however, no new circumstances justifying reconsideration.

Additionally, the Court notes that the present filing is characterized as an "Ex Parte Petition," but counsel for Defendant Idoni filed it on the public docket without any request for leave to file it under seal or for ex parte review. To the extent that the filing is "ex parte" in the sense that counsel for Defendant did not consult the Government in advance of filing it, Chambers shall provide the Government with a courtesy copy of the filing and this Order via email, with counsel for Defendant Idoni copied.

Accordingly, it is hereby

**ORDERED**, that Defendant Idoni's [45] "Defendant, Heather Idoni's, Emergency Revised Petition to Amend Bond to Permit International Travel" is **DENIED**.

**SO ORDERED.**

**Dated:** April 12, 2022

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge