# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 22-cr-96 (CKK)** |
| v. | : | |
| **LAUREN HANDY,** | : | |
| **JONATHAN DARNEL** | : | |
| **JAY SMITH (aka JUANITO PICHARDO),** | : | |
| **PAULA "PAULETTE" HARLOW,** | : | |
| **JEAN MARSHALL,** | : | |
| **JOHN HINSHAW,** | : | |
| **HEATHER IDONI,** | : | |
| **WILLIAM GOODMAN, and** | : | |
| **JOAN BELL,** | : | |
| **Defendants.** | | |

## NOTICE OF APPEARANCE

They United States, by and through its attorney, Kristen Clarke, the Assistant Attorney General for the Civil Rights Division, hereby informs the Court that Trial Attorney Sanjay H. Patel is entering his appearance in the above-captioned matter as counsel for the United States of America.

Respectfully submitted,

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

*/s/ Sanjay H. Patel*
SANJAY H. PATEL
IL Bar No. 6272840
Trial Attorney
Criminal Section
Civil Rights Division
4 Constitution Square
150 M St. NE, 7.121
Washington, D.C. 20530
Telephone: 202-307-6188
Email: Sanjay.Patel@usdoj.gov