UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

      v.                 :             22-cr-096 (CKK)

LAUREN HANDY         :

## DEFENDANT'S REPLY TO
## GOVERNMENT'S MOTION FOR PROTECTIVE ORDER

    Ms. Lauren Handy has secured new defense counsel, who intend to enter their appearance later this week. New counsel have decided not to oppose the government's protective order as proposed. Therefore, Ms. Handy has asked undersigned counsel to inform the court that on the advice of incoming counsel, she does not oppose the proposed protective order.

                          Respectfully submitted,

                          A. J. KRAMER
                          FEDERAL PUBLIC DEFENDER

                              /s/
                          _____
                          MARY MANNING PETRAS
                          Assistant Federal Public Defender
                          625 Indiana Avenue, N.W.
                          Suite 550
                          Washington, D.C.  20004
                          (202) 208-7500