IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> : Case No. 1:22-CR-00096 (CKK) |
| v. | : <br> : |
| LAUREN HANDY, | : <br> : |
| Defendant. | : <br> : |

**DEFENDANT LAUREN HANDY'S MOTION FOR ADMISSION PRO HAC VICE OF MARTIN CANNON**

Defendant Lauren Handy ("Ms. Handy") files this motion, pursuant to Rule 83.2 of the Rules of the United States District Court for the District of Columbia, for the *pro hac vice* admission of Martin Cannon, Esquire, and in support thereof states as follows:

1. Martin Cannon is a Senior Counsel at the Thomas More Society. Mr. Cannon's office is located at 10506 Burt Circle, Suite 110, Omaha, Nebraska, 68114, and his telephone number is (402) 690-1484. *See* Exhibit A.

2. Mr. Cannon is a member in good standing of the Nebraska bar. Mr. Cannon has not been denied admission, nor has he been disciplined by any Court. *See id.*

3. Mr. Cannon has never been admitted *pro hac vice* in this Court. *See id.*

4. Ms. Handy requests that this motion be granted so that Mr. Cannon may attend and participate in all matters on behalf of Ms. Handy.

5. This motion is made by Dennis Boyle, Esquire, who is a member in good standing of this Bar.

WHEREFORE, Defendant Lauren Handy respectfully requests that this Court enter an Order granting her motion and admitting Mr. Cannon *pro hac vice* for the purpose of representing Ms. Handy in this matter.

    Respectfully Submitted,

    */s/ Dennis E. Boyle*
    Dennis E. Boyle, Esquire
    Blerina Jasari, Esquire
    Boyle & Jasari
    1050 Connecticut Ave, Suite 500
    Washington, D.C., 20036
    Email: dboyle@dennisboylelegal.com
           bjasari@dennisboylelegal.com
    Phone: (202) 430-1900

    *Counsel for Defendant*

## CERTIFICATE OF SERVICE

 I hereby certify that on this 17th day of May 2022, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send an electronic notification of such filing to all counsel of record.

             */s/ Dennis E. Boyle*
             Dennis E. Boyle, Esquire