# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Case No. 1:22-cr-00096 |
| | ) | |
| v. | ) | **AFFIDAVIT** |
| | ) | **OF** |
| LAUREN HANDY, | ) | **MARTIN A. CANNON** |
| JONATHAN DARNEL, | ) | |
| JAY SMITH, | ) | |
| PAULA HARLOW, | ) | |
| JEAN MARSHALL, | ) | |
| JOHN HINSHAW, | ) | |
| HEATHER IDONI, | ) | |
| WILLIAM GOODMAN, | ) | |
| JOAN BELL, | ) | |
| | ) | |
| Defendants. | ) | |

The undersigned Martin A. Cannon, being first duly sworn and upon oath, attests to the following:

**1.** My full name is Martin Aloysius Cannon.

**2.** My office mailing address is Thomas More Society, 10506 Burt Circle, Suite 110, Omaha, Nebraska, 68114. My phone number is 402-690-1484.

**3.** I am in good standing as a member of the Nebraska bar. My bar number is #18769.

**4.** I have never been suspended, disciplined, or held in contempt by any court in any jurisdiction.

**5.** I have never been admitted pro hac vice in this court.

**6.** I do not practice from an office in Washington, D.C.

**7.** I have tried contested cases in federal courts in Nebraska, New York and Kansas. I have tried contested cases in the state courts of Nebraska, Iowa, Kansas, Alabama and Colorado.

5.13.2022
_____
Dated

_____
Martin A. Cannon, NE #18769
Senior Trial Counsel
Thomas More Society

Sworn to and subscribed before me this 13th day of May, 2022 by Martin Aloysius Cannon.

State of Iowa              )
                           ) ss
County of Pottawattamie    )

ANGIE RING
Commission Number 838860
MY COMMISSION EXPIRES
APRIL 18, 2025

_____
NOTARY PUBLIC