# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : Case No. 1:22-CR-00096 (CKK) |
| v. | : |
| | : |
| **LAUREN HANDY** | : |
| | : |
| Defendant. | : |
| | : |

## [PROPOSED] ORDER

Upon consideration of Defendant Lauren Handy's Motion for Admission *pro hac vice* of Martin Cannon, Esquire, it is

**ORDERED**, that the Motion is **GRANTED**.

Date: _____          _____
                                                  Colleen Kollar-Kotelly
                                                  United States Judge