IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : :  |
| v. | : Case No. 1:22-CR-00096 (CKK) : |
| LAUREN HANDY, | : : |
| Defendant. | : : |

## WAIVER OF SPEEDY TRIAL

I have been advised of my rights to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161.  I hereby waive my right to a speedy trial under the Act and consent to the tolling of the time between May 16, 2022, and June 7, 2022, on the speedy trial clock in this case.

_____
Lauren Handy
Defendant

Date: _____5/26/22_____

*/s/ Dennis E. Boyle*
Dennis E. Boyle, Esquire
Blerina Jasari, Esquire
Boyle & Jasari
1050 Connecticut Ave, Suite 500
Washington, D.C., 20036
Email: dboyle@dennisboylelegal.com
          bjasari@dennisboylelegal.com
Phone: (202) 430-1900


*/s/ Martin Cannon*
Martin Cannon, Esquire (Admitted *Pro Hac Vice*)
Thomas More Society

10506 Burt Circle, Suite 110
Omaha, Nebraska 68114
Email: mcannonlaw@gmail.com
Phone: (402) 690-1484

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of May 2022, I electronically filed the foregoing Speedy Trial Waiver with the Clerk of Court using the CM/ECF system, which will send an electronic notification of such filing to all counsel of record.

*/s/ Dennis E. Boyle*
Dennis E. Boyle, Esquire