**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 1:22-cr-00096 |
| | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| **LAUREN HANDY, et al,** | ) | **PRO HAC VICE** |
| | ) | **IN A** |
| | ) | **CRIMINAL CASE** |
| Defendants. | ) | |

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS

_____ CJA   __✓__ RETAINED COUNSEL   _____ FEDERAL PUBLIC DEFENDER

I FURTHER CERTIFY:

1. I HAVE REVIEWED AND I AM FAMILIAR WITH THE LOCAL RULES OF THIS COURT;

2. I AM FAMILIAR WITH THE FEDERAL SENTENCING GUIDELINES.

_____
Martin A. Cannon,  NE #18769
Senior Trial Counsel
Thomas More Society
16983  370TH Street
Carson, Iowa 51525-4121
402-690-1484 Direct