UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : CRIMINAL NO. 22-CR-96 (CKK) |
| LAUREN HANDY, | : |
| | : |
| JONATHAN DARNELL, | : |
| | : |
| JAY SMITH (aka JUANITO PICHARDO), | : |
| | : |
| PAULETTE HARLOW, | : |
| | : |
| JEAN MARSHALL, | : |
| | : |
| JOHN HINSHAW, | : |
| | : |
| HEATHER IDONI, | : |
| | : |
| WILLIAM GOODMAN, and | : |
| | : |
| JOAN BELL, | : |
| | : |
| Defendants. | : |

**PROPOSED PRETRIAL SCHEDULING ORDER**
(DATE)

At a Status Hearing on June 13, 2022, the Court suggested that the parties' propose a pretrial briefing schedule. The Government proposes the following schedule.

*Proposed Deadlines*

<u>Discovery & Associated Deadlines</u>
| | |
|---|---|
| Government to complete any final discovery under present indictment | October 14, 2022 |
| Aspirational date for grand jury decision re: superseding indictment | October 14, 2022 |
| Government to complete discovery under any superseding indictment | December 2, 2022 |
| Discovery motions (Fed. R. Crim. P. 16) | December 9, 2022 |

<u>Expert Notices & Other Crimes Evidence</u>
| | |
|---|---|
| Government's expert notice (FRE 701 & 702) | N/A |
| Defendant's expert notice (FRE 701 & 702) | N/A |
| Government's FRE 404(b) notice | January 20, 2023 |
| Defendant's response to FRE 404(b) notice | January 20, 2023 |
| *Brady* notice | January 27, 2023 |

1

Experts
| | |
|---|---|
| Expert reports (FRE 702) | N/A |
| Lay witness identification and subject matter (FRE 701) | February 3, 2023 |

_____

Non-Evidentiary Pretrial Motions
| | |
|---|---|
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | December 9, 2022 |
|     Government's response to Defendant's non-evidentiary motions | December 23, 2022 |
|     Defendant's reply as to non-evidentiary motions | December 30, 2022 |
| Government's non-evidentiary pretrial motions | December 9, 2022 |
|     Defendant's response to Government's non-evidentiary motions | December 23, 2022 |
|     Government's reply as to non-evidentiary motions | December 30, 2022 |

Evidentiary Pretrial Motions
| | |
|---|---|
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | February 10, 2023 |
|     Government's response to Defendant's evidentiary motions | February 24, 2023 |
|     Defendant's reply as to evidentiary motions | March 3, 2023 |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | February 10, 2023 |
| Defendant's response to Government's evidentiary motions | February 10, 2023 |
|     Government's reply as to evidentiary motions | March 3, 2023 |

Motions in Limine
| | |
|---|---|
| Motions *in limine* by both sides | March 10, 2023 |
| Responses to motions *in limine* | March 17, 2023 |
| Replies as to motions *in limine* | March 24, 2023 |
| | |
| Joint notice of stipulations | March 17, 2023 |
| | |
| *Giglio* and *Jencks* material | March 17, 2023 |
| | |
| *Voir Dire* and Jury Instructions | March 24, 2023 |

Witness and Exhibit Lists
| | |
|---|---|
| Government's witness list, exhibit list and exhibits | March 3, 2023 |
| Defendant's witness list, exhibit list and exhibits | March 3, 2023 |

Pre-Trial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

**Trial is tentatively scheduled to begin on a date to be determined. The parties shall promptly notify the Court if they want to change this date.**

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge
