UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : CRIMINAL NO. 22-CR-96 (CKK) |
| LAUREN HANDY, | : |
| | : |
| JONATHAN DARNELL, | : |
| | : |
| JAY SMITH (aka JUANITO PICHARDO), | : |
| | : |
| PAULETTE HARLOW, | : |
| | : |
| JEAN MARSHALL, | : |
| | : |
| JOHN HINSHAW, | : |
| | : |
| HEATHER IDONI, | : |
| | : |
| WILLIAM GOODMAN, and | : |
| | : |
| JOAN BELL, | : |
| | : |
| Defendants. | : |

**GOVERNMENT'S RESPONSE TO COURT'S JULY 25, 2022, MINUTE ORDER**

On July 25, 2022, this Court directed the Parties to confer and file by August 5, 2022, a Proposed Pretrial Scheduling Order. On July 26, 2022, counsel for the Government reached out to counsel for the defendants by email and inquired as to their position on the Government's proposal, previously filed.[1] ECF No. 98-1. Counsel for Defendants Smith and Harlow have no objection to the proposed scheduling order. Having received no responses to its inquiry from the other

---

[1] Counsel for Defendant Bell was inadvertently left off the Government's email, and did not affirmatively reach out to the Government to confer. The undersigned contacted Defendant Bell's attorney the morning of August 5, 2022, and did not receive a response with regard to the scheduling order prior to this filing.

defendants, the Government now respectfully asks the Court to enter the Government's Proposed Pretrial Scheduling Order.

                Respectfully submitted,

                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar #481052

                By: */s/Elizabeth Aloi*
                Molly Gaston
                Elizabeth Aloi
                Assistant United States Attorneys
                VA Bar Number 78506 (Gaston)
                DC Bar Number 1015864 (Aloi
                555 4th Street, N.W.
                Washington, D.C. 20530
                (202) 252-7803 (Gaston)
                (202) 252-7212 (Aloi)
                Molly.Gaston@usdoj.gov
                Elizabeth.Aloi@usdoj.gov

                KRISTEN M. CLARKE
                ASSISTANT ATTORNEY GENERAL
                CIVIL RIGHTS DIVISION

                By: */s/ Sanjay Patel*
                Sanjay Patel
                Trial Attorney
                Criminal Section
                Civil Rights Division
                U.S. Department of Justice
                150 M Street NE, 7.121
                Washington, D.C. 20530
                IL Bar. No. 6272840
                (202) 307-6188