# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : |
| | : **CRIMINAL NO. 22-CR-96 (CKK)** |
| **LAUREN HANDY,** | : |
| **JONATHAN DARNELL,** | : |
| **JAY SMITH (aka JUANITO PICHARDO),** | : |
| **PAULETTE HARLOW,** | : |
| **JEAN MARSHALL,** | : |
| **JOHN HINSHAW,** | : |
| **HEATHER IDONI,** | : |
| **WILLIAM GOODMAN, and** | : |
| **JOAN BELL,** | : |
| **Defendants.** | : |

## PRETRIAL SCHEDULING ORDER
(August 5, 2022)

The parties shall adhere to the following deadlines in advance of trial.

*Deadlines*

**Discovery & Associated Deadlines**

| | |
|---|---|
| Government to complete any final discovery under present indictment | October 14, 2022 |
| Aspirational date for grand jury decision re: superseding indictment | October 14, 2022 |
| Government to complete discovery under any superseding indictment | December 2, 2022 |
| Discovery motions (Fed. R. Crim. P. 16) | December 9, 2022 |

**Expert Notices & Other Crimes Evidence**

| | |
|---|---|
| Government's expert notice (FRE 701 & 702) | N/A |
| Defendant's expert notice (FRE 701 & 702) | N/A |
| Government's FRE 404(b) notice | January 20, 2023 |
| Defendant's response to FRE 404(b) notice | January 20, 2023 |
| *Brady* notice | January 27, 2023 |

1

Experts
Expert reports (FRE 702)                                              N/A
Lay witness identification and subject matter (FRE 701)               February 3, 2023

Non-Evidentiary Pretrial Motions
Defendant's non-evidentiary pretrial motions,
such as motions challenging the indictment                            December 9, 2022
    Government's response to Defendant's non-evidentiary motions    December 23, 2022
    Defendant's reply as to non-evidentiary motions               December 30, 2022
Government's non-evidentiary pretrial motions                         December 9, 2022
    Defendant's response to Government's non-evidentiary motions   December 23, 2022
    Government's reply as to non-evidentiary motions              December 30, 2022

Evidentiary Pretrial Motions
Defendant's evidentiary pretrial motions,
such as motions to suppress evidence, or *Daubert*                    February 10, 2023
    Government's response to Defendant's evidentiary motions      February 24, 2023
    Defendant's reply as to evidentiary motions                   March 3, 2023
Government's evidentiary pretrial motions,
such as *Daubert* and other crimes (404(b))                           February 10, 2023
Defendant's response to Government's evidentiary motions              February 10, 2023
    Government's reply as to evidentiary motions                  March 3, 2023

Motions in Limine
Motions *in limine* by both sides                                     March 10, 2023
Responses to motions *in limine*                                      March 17, 2023
Replies as to motions *in limine*                                     March 24, 2023

Joint notice of stipulations                                          March 17, 2023

*Giglio* and *Jencks* material                                        March 17, 2023

*Voir Dire* and Jury Instructions                                     March 24, 2023

Witness and Exhibit Lists
Government's witness list, exhibit list and exhibits                  March 3, 2023
Defendant's witness list, exhibit list and exhibits                   March 3, 2023

Pre-Trial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

Defendants shall be separated into two groups for trial. Trial shall commence for Defendants **Handy, Bell, Goodman, and Idoni** on **March 27, 2023**. Trial shall commence for Defendants **Harlow, Marshall, Smith, Hinshaw, and Darnell** on **April 11, 2023**.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge