## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No. 22-CR-96 (CKK)** |
| **JONATHAN DARNELL,** | : | |
| | : | |
| **LAUREN HANDY,** | : | |
| | : | |
| **JAY SMITH (aka JUANITO PICHARDO),** | : | |
| | : | |
| **PAULETTE HARLOW,** | : | |
| | : | |
| **JEAN MARSHALL,** | : | |
| | : | |
| **JOHN HINSHAW,** | : | |
| | : | |
| **HEATHER IDONI,** | : | |
| | : | |
| **WILLIAM GOODMAN,** | : | |
| | : | |
| **JOAN BELL, and** | : | |
| | : | |
| **HERB GERAGHTY,** | : | |
| | : | |
| **Defendants.** | : | |

### Motion to Continue Discovery Deadline Pursuant to Rule 45 (b)

Pursuant to Federal Rule of Criminal Procedure 45(b), the Government respectfully asks the Court to continue the deadline to complete discovery under the superseding indictment. The Government conferred with defense counsel on November 29, 2022. Counsel to Defendants Darnel and Harlow consent to this request; the other Defendants have not yet responded to the Government's inquiry.

This Court's scheduling order requires the Government to complete Rule 16 discovery under the superseding indictment by December 2, 2022. ECF No. 104. The Government has been

preparing the production, and anticipated providing it to counsel via USAFX, the Government's online "drop box" service in time to meet that deadline.   The Government recently learned, however, that the production would be too large to transmit via USAFX.   To facilitate the production, we have asked defense counsel to provide us with a hard drive upon which the production can be loaded.   Accordingly, the Government, requests a continuance until such time as it can obtain the hard drives from defense counsel, and load them with the production, a process that we anticipate will be complete by January 20, 2022, if not before.   In addition, the Government will produce as much of the information as feasible via USFAX by the current December 2, 2022, deadline.   Accordingly, there is good cause to continue the discovery deadline.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

By: */s/Elizabeth Aloi*
 Elizabeth Aloi
Assistant United States Attorney
DC Bar Number 1015864 (Aloi)
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7212 (Aloi)
Elizabeth.Aloi@usdoj.gov

KRISTEN M. CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

By: */s/Sanjay Patel*
Sanjay Patel
Trial Attorney
Criminal Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE, 7.121
Washington, D.C. 20530
IL Bar. No. 6272840
(202) 307-6188