UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 22-CR-96 (CKK) |
| JONATHAN DARNELL, | : |
| LAUREN HANDY, | : |
| JAY SMITH (aka JUANITO PICHARDO), | : |
| PAULETTE HARLOW, | : |
| JEAN MARSHALL, | : |
| JOHN HINSHAW, | : |
| HEATHER IDONI, | : |
| WILLIAM GOODMAN, | : |
| JOAN BELL, and | : |
| HERB GERAGHTY, | : |
| Defendants. | : |

**Order Granting Government's Motion to Continue Discovery Deadline**

This matter comes before the Court on the Government's Rule 45(b) motion to continue its deadline to produce discovery under the superseding indictment. For good cause shown, the Government's motion is GRANTED. The Government has until January 20, 2023, to complete Rule 16 discovery.

SO ORDERED this _____ day of _____, 2022.

_____
THE HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE