UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LAUREN HANDY, *et al.*,<br><br>Defendants. | Criminal No. 22-096 (CKK) |

**AMENDED PRETRIAL SCHEDULING ORDER**
(December 21, 2022)

In light of the number of extensions granted to the deadlines set forth in the [104] Pretrial Scheduling Order, the parties shall abide by the deadlines delineated in this amended order.

Discovery & Associated Deadlines

| | |
|---|---|
| Government to complete any final discovery under present indictment | N/A |
| Aspirational date for grand jury decision re: superseding indictment | N/A |
| Government to complete discovery under any superseding indictment | January 20, 2023 |
| Discovery motions (Fed. R. Crim. P. 16) | January 27, 2023 |

Expert Notices & Other Crimes Evidence

| | |
|---|---|
| Government's expert notice (FRE 701 & 702) | March 3, 2023 |
| Defendant's expert notice (FRE 701 & 702) | March 3, 2023 |
| Government's FRE 404(b) notice | April 7, 2023 |
| Defendant's response to FRE 404(b) notice | April 14, 2023 |
| *Brady* notice | January 20, 2023 |

Experts

| | |
|---|---|
| Expert reports (FRE 702) | April 21, 2023 |
| Lay witness identification and subject matter (FRE 701) | April 21, 2023 |

Non-Evidentiary Pretrial Motions

| | |
|---|---|
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | January 27, 2023 |
|     Government's response to Defendant's non-evidentiary motions | February 17, 2023 |
|     Defendant's reply as to non-evidentiary motions | February 24, 2023 |
| Government's non-evidentiary pretrial motions | January 27, 2023 |
|     Defendant's response to Government's non-evidentiary motions | February 17, 2023 |
|     Government's reply as to non-evidentiary motions | February 27, 2023 |

1

Evidentiary Pretrial Motions
Defendant's evidentiary pretrial motions,
such as motions to suppress evidence, or *Daubert*                       March 24, 2023
    Government's response to Defendant's evidentiary motions    April 7, 2023
    Defendant's reply as to evidentiary motions                  April 14, 2023
Government's evidentiary pretrial motions,
such as *Daubert* and other crimes (404(b))                              March 24, 2023
    Defendant's response to Government's evidentiary motions     April 7, 2023
    Government's reply as to evidentiary motions                 April 14, 2023

Motions in Limine
Motions *in limine* by both sides                                        June 2, 2023
Responses to motions *in limine*                                         June 16, 2023
Replies as to motions *in limine*                                        June 23, 2023

Joint notice of stipulations                                             July 7, 2023

*Giglio* and *Jencks* material                                           July 14, 2023

*Voir Dire* and Jury Instructions                                        July 7, 2023

Witness and Exhibit Lists
Government's witness list, exhibit list and exhibits                     July 7, 2023
Defendant's witness list, exhibit list and exhibits                      July 7, 2023

Pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

Trial shall commence for Defendants Handy, Hinshaw, Idoni, Goodman, and Geraghty shall commence on **August 9, 2023**. Trial shall commence for Defendants Smith, Marshall, Harlow, Bell, and Darnel on **September 6, 2023**.

    **SO ORDERED.**

                                          /s/
                                  COLLEEN KOLLAR-KOTELLY
                                  United States District Judge