UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 22-CR-96 (CKK) |
| JONATHAN DARNELL, : | |
| : | |
| LAUREN HANDY, : | |
| : | |
| JAY SMITH (aka JUANITO PICHARDO), : | |
| : | |
| PAULETTE HARLOW, : | |
| : | |
| JEAN MARSHALL, : | |
| : | |
| JOHN HINSHAW, : | |
| : | |
| HEATHER IDONI, : | |
| : | |
| WILLIAM GOODMAN, : | |
| : | |
| JOAN BELL, and : | |
| : | |
| HERB GERAGHTY, : | |
| : | |
| Defendants. : | |

## UNITED STATES' OPPOSITION TO
## DEFENDANT BELL'S EMERGENCY MOTION TO TRAVEL

Defendant Bell has been charged with a conspiracy against rights for her forceful efforts to obstruct access to reproductive health services clinic in the District of Columbia. According to the indictment, defendant Bell and her co-conspirators – several of whom remain unidentified – planned and worked together to create a blockade at a reproductive health clinic. Several defendants, including Bell, traveled to the District from out of state specifically to commit their crimes. Following her arrest, defendant Bell was ordered to stay out of the District of Columbia.

Defendant Bell now, at the eleventh hour, asks the Court to modify the conditions of her release to allow her travel to the District to participate in several advocacy events scheduled throughout the forthcoming weekend.[1]

The Government opposes Defendant Bell's request.  Defendant Bell has a long history of traveling across state lines to engage in criminal conduct, starting with her first arrest in 1982.  As evidenced by the following colloquy between the Court and the defendant, Bell has already shown an utter disregard for the rule of law and put this Court on notice that she did not intend to abide by the conditions of her release:

> THE COURTROOM DEPUTY: Ms. Bell, do you solemnly swear to abide by the conditions of your release as set forth by this Court, so help you God?
>
> DEFENDANT BELL: I do not. As God as my witness, I cannot swear to such an evil condition.
>
> THE COURT: Understood.
>
> DEFENDANT BELL: I pray for babies and save babies. I will not swear to that.
>
> THE COURT: All right. Ms. Bell, and you understand my position, that I'm ordering you to do so. So, again, you'll have a choice to make.
>
> DEFENDANT BELL: I understand.

Hrg. Tr. 4/5/22 at 44, 48.  Defendant Bell has made good on her promise, having been arrested on September 15, 2021, in Alexandria Virginia, since charges were first brought in this case and after she was ordered not to commit any state or local crimes.  For this reason, limiting defendant Bell's access to the District of Columbia to attendance at Court proceedings, and meetings with counsel, is the only way to ensure the safety of its residents.

                                                                            Respectfully submitted,

                                                                            MATTHEW M. GRAVES

---

[1] Ostensibly, Defendant Bell also sought to travel to the District to attend a January 18, 2023, dinner honoring a friend who had recently lost her husband, but given the date, that request is now moot.

United States Attorney

D.C. Bar #481052

By: /s/ *Elizabeth Aloi*
Elizabeth Aloi
Assistant United States Attorneys
DC Bar Number 1015864 (Aloi
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7212
Elizabeth.Aloi@usdoj.gov


KRISTEN M. CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

By: /s/ *Sanjay Patel*
Sanjay Patel
Trial Attorney
Criminal Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE, 7.121
Washington, D.C. 20530
IL Bar. No. 6272840
(202) 307-6188