UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : Case No. 22-CR-96 (CKK) |
| JONATHAN DARNELL, | : |
| | : |
| LAUREN HANDY, | : |
| | : |
| JAY SMITH (aka JUANITO PICHARDO), | : |
| | : |
| PAULETTE HARLOW, | : |
| | : |
| JEAN MARSHALL, | : |
| | : |
| JOHN HINSHAW, | : |
| | : |
| HEATHER IDONI, | : |
| | : |
| WILLIAM GOODMAN, | : |
| | : |
| JOAN BELL, and | : |
| | : |
| HERB GERAGHTY, | : |
| | : |
| Defendants. | : |

**UNITED STATES' NOTICE OF DISCOVERY STATUS**

The Court has ordered the Government to complete discovery under the superseding indictment by January 20, 2023. To facilitate the disclosures, on November 29, 2022, the Government asked each defendant to provide the Government with a hard drive upon which the second tranche of discovery could be loaded because it was too large to transfer via USAFX; the Government informed the Court of this approach on November 30, 2022.

No defendant has indicated that they would not provide a hard drive, however, only counsel to Defendants Idoni, Darnel, and Geraghty have done so. Thus, to-date, those are the only

defendants who have been provided full discovery. Counsel to Defendants Harlow, Goodman and Handy have informed the Government that their hard drives are enroute, and the Government will turnaround the productions as soon as practicable after they arrive. The Government reiterates its request that Defendants Bell, Marshall, Smith and Hinshaw each provide the Government with a hard drive that holds at least 500 gigabytes upon which the discovery can be loaded.

The second tranche of discovery includes material identified by the Bates Nos. US-0007690 to US-0010347. Bates Nos. US-0007690 to US-0009671 (containing information subject to Rule 16) and Bates Nos. US-0009672 to US-0010334 (containing Rule 404b information) have been provided to all defendants via USAFX. Thus, the majority of the discovery material has been provided to all defendants irrespective of whether they provided the Government with a hard drive.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

By: */s/ Elizabeth Aloi*
Elizabeth Aloi
Assistant United States Attorneys
DC Bar Number 1015864 (Aloi
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7212
Elizabeth.Aloi@usdoj.gov

2

KRISTEN M. CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

By: /s/ *Sanjay Patel*
Sanjay Patel
Trial Attorney
Criminal Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE, 7.121
Washington, D.C. 20530
IL Bar. No. 6272840
(202) 307-6188