# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | |
| | : | |
| **LAUREN HANDY** | : | **NO. 1:22-cr-00096CKK** |

## [PROPOSED] ORDER

Upon consideration of Defendant Lauren Handy's Motion to Dismiss Counts One and Two of the Indictment, it is

**ORDERED**, that the Motion is **GRANTED**.

Date: _____

_____
Colleen Kollar-Kotelly
United States Judge