UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case No. 1:22-cr-0096-CKK |
| | : | |
| **JONATHAN DARNEL,** | : | |
|     **Defendant.** | : | |
| | : | |

### DEFENDANT JONATHAN DARNEL'S NOTICE OF JOINDER

Defendant, Jonathan Darnel, by and through his counsel, hereby provides Notice of Joinder of the Motion to Dismiss filed by co-defendant Lauren Hardy (Doc. 159), as well as all other such motions filed on behalf of any other co-defendants in this matter.

Dated: January 27, 2023.

Respectfully submitted,

Chavez-Ochoa Law Offices, Inc.

By /s/ Brian R. Chavez-Ochoa
    Brian R. Chavez-Ochoa
    BAR ID CA00082
    4 Jean Street, Suite 4
    Valley Springs, California 95252
    Telephone (209) 772-3013
    Fax (209) 772-3090
    brianr@chavezochoalaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th Day of January, 2023, a copy of the foregoing Notice of Joinder was served by CM/ECF to all case registered parties.

/s/ Brian R. Chavez-Ochoa
Brian R. Chavez-Ochoa