## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　v.<br><br>LAUREN HANDY,<br>　　　　　Defendant. | Criminal Action No. 22-096-1 (CKK) |

**ORDER**
(February 21, 2023)

On February 7, 2023, Pretrial Services filed a [168] Pretrial Violation Report as to Defendant LAUREN HANDY. On February 21, 2023, the Court held a show cause hearing for Defendant LAUREN HANDY in person related to that [168] Report.

The Government presented the audio recording referred to in the [168] Report; Defendant did not dispute that the recording was her voice and her statements. Pursuant to 18 U.S.C. 3142(c)(1)(B) and (c)(3), and in consideration of the [168] Pretrial Violation Report and the representations made at the hearing, in particular the contents of the audio recording, the Court finds that the current conditions of release for Defendant LAUREN HANDY as established in the [12] Order Setting Conditions of Release are insufficient to ensure the safety of the community and Defendant's continued participation in this case. At the hearing on February 21, 2023, Defendant agreed in principle to a restriction relating to her instructing/directing of others' actions within—as opposed to outside of—reproductive services clinics.

Accordingly, it is hereby **ORDERED** that the [12] Order Setting Conditions of Release as to Defendant LAUREN HANDY is AMENDED to add the following condition: Defendant shall not conspire, plan, instruct, assist, abet, direct, or otherwise aid in any way others from entering reproductive services clinics for any reason other than for the receipt of such services.

**SO ORDERED**.

**Dated:** February 21, 2023

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　United States District Judge