UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Crim. No.: 22-96 (CKK)** |
| **v.** : | |
| : | |
| **LAUREN HANDY et al.,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America hereby informs the Court that Assistant United States Attorney John Crabb Jr. is entering his appearance in this matter on behalf of the government.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

_____/s/_____
John Crabb Jr.
N.Y. Bar No. 2367670
601 D Street, N.W.
Washington, D.C. 20530
john.d.crabb@usdoj.gov
(202) 252-1794