UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | :    CRIMINAL NO. 22-CR-96 (CKK) |
| | : |
| LAUREN HANDY, | : |
| JONATHAN DARNEL, | : |
| PAULA "PAULETTE" HARLOW, | : |
| JEAN MARSHALL, | : |
| JOHN HINSHAW, | : |
| HEATHER IDONI, | : |
| WILLIAM GOODMAN, | : |
| JOAN BELL, and | : |
| HERB GERAGHTY, | : |
|       Defendants. | : |

## GOVERNMENT'S MOTION TO CORRECT
## THE AMENDED PRETRIAL SCHEDULING ORDER

The United States, by and through the undersigned counsel, respectfully moves this Court to correct the amended pretrial scheduling order (ECF No. 154). In support of this motion, the Government states as follows:

1. On November 30, 2022, the Government filed an unopposed motion to continue the discovery deadlines previously set by this Court to accommodate technical issues the parties encountered in facilitating production of voluminous discovery. ECF No. 141.

2. Shortly thereafter, Defendants Bell and Goodman moved this Court to extend deadlines for discovery motions. ECF Nos. 143, 144.

3. After granting the Government's motion, this Court issued an amended pretrial scheduling order on December 22, 2022. ECF. No. 154.

4. According to this Court's amended pretrial scheduling order, the Government's FRE 404(b) notice is due April 14, 2023, and the Government's evidentiary pretrial motions (such as *Daubert* and other crimes (404(b)) is due March 24, 2023.  *Id*.

5. Because the Government's FRE 404(b) notice date falls after its FRE 404(b) motion deadline, the Government respectfully requests that this Court change the aforementioned deadlines, and proposes the following:

    a. Government's FRE 404(b) notice is due **March 24, 2023**;

    b. Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) is due **April 7, 2023**.  Defendants' response to Government's evidentiary motions is due **April 21, 2023**.  Government's reply as to evidentiary motions is due **April 28, 2023**.

6. The proposed correction to the pretrial scheduling order will allow the Government to first provide any Defendant with notice in advance of a pretrial motion seeking admission of FRE 404(b) evidence.  This will allow any noticed Defendant to sufficiently investigate and respond in a timely manner.

7. The Government submits that all other deadlines set by this Court should remain in place.

Respectfully submitted,

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

*/s/ Sanjay H. Patel*
SANJAY H. PATEL
IL Bar. No. 6272840
Trial Attorney
Criminal Section
Civil Rights Division

4 Constitution Square
150 M St. NE, 7.121
Washington, D.C. 20530
Email: Sanjay.Patel@usdoj.gov

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/Elizabeth Aloi*
ELIZABETH ALOI
JOHN CRABB, Jr.
D.C. Bar. No. 1015864 (Aloi)
NY Bar No. 2367670 (Crabb)
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20001
Email: Elizabeth.Aloi@usdoj.gov
           John.D.Crabb@usdoj.gov

## **CERTIFICATE OF SERVICE**

      SANJAY H. PATEL, attorney for the United States, hereby certifies that a true and correct copy of the motion has been electronically filed and accordingly served upon attorney for the defendant.

DATED: March 15, 2023                           */s/ Sanjay H. Patel*
                                                                      Sanjay H. Patel

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : **CRIMINAL NO. 22-CR-96 (CKK)** |
| | : |
| **LAUREN HANDY,** | : |
| **JONATHAN DARNEL,** | : |
| **PAULA "PAULETTE" HARLOW,** | : |
| **JEAN MARSHALL,** | : |
| **JOHN HINSHAW,** | : |
| **HEATHER IDONI,** | : |
| **WILLIAM GOODMAN,** | : |
| **JOAN BELL, and** | : |
| **HERB GERAGHTY,** | : |
| Defendants. | : |

## ORDER

**AND NOW**, this _____ day of _____ 202__, after reviewing the Government's motion to correct the amended pretrial scheduling order;

It is hereby **ORDERED** that the Government's motion is **GRANTED**.

**BY THE COURT:**

_____
**THE HONORABLE COLLEEN KOLLAR-KOTELLY**
United States District Judge