# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | |
| | : | |
| **LAUREN HANDY** | : | **NO. 1:22-cr-00096CKK** |

## NOTICE OF FILING DOCUMENT

Please find attached Exhibit E for Defendant Lauren Handy's Reply in Support of her Motion to Dismiss [ECF 197].

Date: March 21, 2023                                             Respectfully submitted,

*/s/ Dennis E. Boyle*
Dennis E. Boyle, Esquire
Blerina Jasari, Esquire
Boyle & Jasari
1050 Connecticut Ave, Suite 500
Washington, D.C., 20036
Email:  dboyle@dennisboylelegal.com
            bjasari@dennisboylelegal.com
Phone: (202) 430-1900

*Counsel for Defendant Lauren Handy*