UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 22-CR-96 (CKK)** |
| | : | |
| **LAUREN HANDY,** | : | |
| **JONATHAN DARNEL,** | : | |
| **PAULA "PAULETTE" HARLOW,** | : | |
| **JEAN MARSHALL,** | : | |
| **JOHN HINSHAW,** | : | |
| **HEATHER IDONI,** | : | |
| **WILLIAM GOODMAN,** | : | |
| **JOAN BELL, and** | : | |
| **HERB GERAGHTY,** | : | |
| **Defendants.** | : | |

## NOTICE OF FILING

The United States, by and through the undersigned counsel, respectfully notes the filing of the attached Federal Rule of Evidence 404(b) notice (Exhibit A).

                   Respectfully submitted,

                   KRISTEN CLARKE
                   ASSISTANT ATTORNEY GENERAL
                   CIVIL RIGHTS DIVISION

                   */s/ Sanjay H. Patel*
                   SANJAY H. PATEL
                   IL Bar. No. 6272840
                   Trial Attorney
                   Criminal Section
                   Civil Rights Division
                   4 Constitution Square
                   150 M St. NE, 7.121
                   Washington, D.C. 20530
                   Email: Sanjay.Patel@usdoj.gov

                   MATTHEW M. GRAVES
                   UNITED STATES ATTORNEY
                   D.C. Bar No. 481052

2

                                                                                      */s/Elizabeth Aloi*
                                                                                      ELIZABETH ALOI
JOHN CRABB, Jr.
D.C. Bar. No. 1015864 (Aloi)
NY Bar No. 2367670 (Crabb)
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20001
Email: Elizabeth.Aloi@usdoj.gov
       John.D.Crabb@usdoj.gov

## **CERTIFICATE OF SERVICE**

      SANJAY H. PATEL, attorney for the United States, hereby certifies that a true and correct copy of the motion has been electronically filed and accordingly served upon attorney for the defendant.

DATED: March 24, 2023                          */s/ Sanjay H. Patel*
                                                                            Sanjay H. Patel