**U.S. Department of Justice**

Civil Rights Division

*Criminal Section – 4CON*
*950 Pennsylvania Ave, NW*
*Washington DC 20530*

March 24, 2023

Martin Cannon (Attorney for Defendant **Handy** – Trial Group 1)
Thomas More Society
10506 Burt Circle, Suite 110
Omaha, NE 68114

Dennis Boyle & Blerina Jasari (Attorneys for Defendant Handy)
Boyle & Jasari
1050 Connecticut Ave. Suite 500
Washington, DC 20036

Robert Dunn (Attorney for Defendant **Idoni** – Trial Group 1)
1413 Center Ave.
Bay City, MI 48708

Howard Walsh, III (Attorney for Defendant **Goodman** – Trial Group 1)
3712 Cardiff Court
Chevy Chase, MD 20815

Alfred Guillaume, III (Attorney for Defendant **Hinshaw** – Trial Group 1)
Law Offices of Alfred Guillaume III
1350 Connecticut Ave. NW, Suite 308
Washington, DC 20036

Brian Chavez-Ochoa (Attorney for Defendant **Darnel** – Trial Group 2)
Chavez-Ochoa Law Offices
4 Jean St., Suite 4
Valley Springs, CA 95252

Stephen Brennwald (Attorney for Defendant **Bell** – Trial Group 2)
Brennwald & Robertson
922 Pennsylvania Ave., SE
Washington, DC 20003

   **Re**: *United States v. Handy*, et al., 22-cr-96-CKK
      Notice of Intent to Use Evidence of Crime, Wrongs, or Other Acts (FRE 404(b))

Dear Counsel:

The United States hereby provides notice of its intent to introduce evidence in its case-in-chief of the following acts for the purpose of proving – as permitted by Federal Rule of Evidence Rule 404(b) – intent, motive, preparation, plan, and knowledge:

1. <u>January 30, 2021, Silver Spring, Maryland</u>: As to Defendants **Handy** and **Darnel**, the Government will present testimony and video evidence that Handy and Darnel, while aiding and abetting one another and other individuals, conspired to and did use threats and a physical obstruction during a planned clinic invasion at the Silver Spring Gynecology and Family Planning clinic, located in Silver Spring, Maryland. This incident occurred on January 30, 2021, during which Defendants Handy, Darnel, and others agreed to and engaged in conduct that intimidated and interfered with patients and providers of reproductive health services. The stated purpose of the clinic invasion was to prevent patients from receiving, and clinicians from providing, reproductive health services. The incident was livestreamed on social media.

2. <u>November 16, 2021, Alexandria, Virginia</u>: As to Defendants **Handy**, **Darnel**, and **Bell**, the Government will present testimony that Handy, Darnel, Bell, and others trespassed into the Alexandria Women's Health Center, located in Alexandria, Virginia, and physically obstructed patients and providers of reproductive health services. This incident occurred on November 16, 2021, during which Defendants Handy, Darnel, Bell, and others, while aiding and abetting each other, blocked the facility doors and disrupted clinic operations in an attempt to prevent patients and providers from exercising their reproductive health care rights.

3. <u>May 26, 2018, Washington, D.C.</u>: As to Defendant **Handy**, the Government will present testimony that Handy and others trespassed into the Capital Women's Services clinic, located in Washington, D.C., and discouraged patients from obtaining reproductive health services. This incident occurred on May 26, 2018, during which Defendant Handy and others, while aiding and abetting each other, disrupted clinic operations in an attempt to prevent patients and providers from exercising their reproductive health care rights.

4. <u>March 19, 2019, Washington, D.C.</u>: As to Defendant **Handy**, the Government will present testimony that Handy and others had previously trespassed into the Washington Surgi-clinic prior to the date of the charged offenses in this case, and protested against the clinic's provision of reproductive health services. This incident occurred on March 19, 2019, during which Defendant Handy and others, while aiding and abetting each other, disrupted clinic operations in an attempt to prevent patients and providers from exercising their reproductive health care rights.

5. <u>August 27, 2020, Sterling Heights, Michigan</u>: As to Defendant **Idoni**, the Government will present testimony and video evidence that Idoni and others conspired to and did participate in a clinic blockade at the Northland Family Planning Clinic, located in Sterling Heights, Michigan. This incident occurred on August 27, 2020, during which Defendant Idoni and others agreed to and did use their bodies to physically blockade the entrances to the clinic.

The stated purpose of the blockade was to prevent patients from receiving, and clinicians from providing, reproductive health services.  The incident was livestreamed on social media.  Defendant Idoni has been indicted for this incident in the Eastern District of Michigan under case number 23-cr-20100.

6. April 16, 2021, Saginaw, Michigan: As to Defendant **Idoni**, the Government will present testimony and video evidence that Idoni and another person participated in a clinic blockade at the Women's Health Clinic, located in Saginaw, Michigan.  This incident occurred on April 16, 2021, during which Defendant Idoni and another individual used their bodies to physically blockade the entrances to the clinic.  Specifically, Defendant Idoni had chained herself to a clinic entrance.  The stated purpose of the blockade was to prevent patients from receiving, and clinicians from providing, reproductive health services.  Defendant Idoni has been indicted for this incident in the Eastern District of Michigan under case number 23-cr-20100.

7. March 5, 2021, Mount Juliet, Tennessee: As to Defendant **Idoni**, the Government will present testimony and video evidence that Idoni and others conspired to and did participate in a clinic blockade at the carafem Health Center, located in Mount Juliet, Tennessee.  This incident occurred on March 5, 2021, during which Defendant Idoni and others agreed to and did use their bodies to physically blockade the entrance to the carafem clinic.  The stated purpose of the blockade was to prevent patients from receiving, and clinicians from providing, reproductive health services.  The incident was livestreamed on social media.  Defendant Idoni has been indicted for this incident in the Middle District of Tennessee under case number 22-cr-327.

8. October 14, 2020, Shrewsbury, New Jersey: As to Defendants **Bell** and **Goodman**, the Government will present testimony that Bell, Goodman, and others participated in a clinic invasion at the Planned Parenthood clinic, located in Shrewsbury, New Jersey.  This incident occurred on October 14, 2020, during which Defendants Bell and Goodman, while aiding and abetting one another and other individuals, blocked the clinic building's vestibule and trespassed into the clinic, disrupting clinic operations in an attempt to prevent patients and providers from exercising their reproductive health care rights.  The stated purpose was to prevent the clinic from providing, and patients from receiving, reproductive health services.

9. November 27, 2021, White Plains, New York: As to Defendant **Goodman**, the Government will present evidence that Goodman, while aiding and abetting others, participated in a clinic invasion at the All Women's Health and Medical Services clinic, located in White Plains, New York.  This incident occurred on November 27, 2021, during which Defendant Goodman and others trespassed into the clinic after making a fake appointment, and disrupted the clinic's operations in an attempt to prevent patients and providers from exercising their reproductive health care rights.

10. May 14, 2020. Washington, D.C.: As to Defendant **Goodman**, the Government will present evidence that Goodman participated in a clinic invasion at the Capital Women's Services clinic, located in Washington, D.C.  This incident occurred on May 14, 2020,

during which Defendant Goodman and another other individual trespassed into and disrupted the clinic's operations in an attempt to prevent patients and providers from exercising their reproductive health care rights.

11. <u>April 24, 2021, Manhasset, New York</u>: As to Defendant **Hinshaw**, the Government will present evidence that Hinshaw, while aiding and abetting others, participated in a clinic invasion at the All Women's Care clinic in Manhasset, New York. This incident occurred on April 24, 2021, during which Defendant Hinshaw and others trespassed into and disrupted the clinic's operations in an attempt to prevent patients and providers from exercising their reproductive health care rights.

12. <u>August 27, 2021, West Chester, Pennsylvania</u>: As to Defendant **Hinshaw**, the Government will present evidence that Hinshaw, while aiding and abetting others, participated in a clinic invasion at the Planned Parenthood clinic, located in Chester County, Pennsylvania. This incident occurred on August 27, 2021, during which Defendant Hinshaw and others trespassed into and disrupted the clinic's operations in an attempt to prevent patients and providers from exercising their reproductive health care rights.

Finally, please take notice that the proposed evidence described above has been previously disclosed, which includes but is not limited to the materials provided under discovery labeled United States Rule 404(b) – Productions 1 and 2. The United States may provide supplemental FRE 404(b) disclosures to the extent materials have been received by the Government following the prior discovery productions. Any discovery provided by the Government may be offered in the trial of this cause, pursuant to FRE 404(b).

Sincerely,

*/s/ Sanjay Patel*
Sanjay Patel
Trial Attorney
Criminal Section, Civil Rights Division
U.S. Department of Justice

Elizabeth Aloi
John Crabb, Jr.
Assistant United States Attorneys
U.S. Attorney's Office for the District of Columbia