UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Crim. No.: 22-96 (CKK)** |
| **v.** : | |
| : | |
| **PAULA HARLOW et al.,** : | |
| : | |
| **Defendant.** : | |

## MOTION FOR ENLARGEMENT OF TIME

The United States of America hereby requests additional time to respond to defendant Harlow's motion to suppress statements [ECF #212].

On April 21, 2023, Defendant Harlow filed a motion to suppress statements, and the Court ordered to the government to respond by May 8, 2023.

Due to the press of other matters, the government asks for 3 additional days to respond to defendant's motion. We have contacted defendant's counsel, and he does not oppose this request.

Respectfully submitted,

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

*/s/ Sanjay H. Patel*
SANJAY H. PATEL
IL Bar. No. 6272840
Trial Attorney
Criminal Section
Civil Rights Division
4 Constitution Square
150 M St. NE, 7.121
Washington, D.C. 20530
Email: Sanjay.Patel@usdoj.gov

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ John Crabb Jr.*
JOHN CRABB Jr.
NY Bar No. 2367670 (Crabb)
Assistant United States Attorney
601 D Street, NW
Washington, DC 20001
Email: John.D.Crabb@usdoj.gov