# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Crim. No.: 22-96 (CKK)** |
| **v.** : | |
| : | |
| **PAULA HARLOW, et al.,** : | |
| : | |
| **Defendant.** : | |

# ORDER

Based on the government's request for an enlargement of time to respond to Defendant Harlow's Motion to Suppress Statements [ECF # 212] and the defendant's lack of opposition,

**ORDERED**, that the government shall respond to Defendant Harlow's motion to suppress by May 11, 2023.

**Dated**: May ___, 2023

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge