UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No.: 22-cr-96 (CKK) |
| v. : | |
| PAULA "PAULETTE" HARLOW *et al.*, : | |
| Defendant. : | |

## STATUS REPORT

The government submits the following status report:

On June 7, 2023, the Court held a hearing on defendant Harlow's motion to suppress her custodial statements.

Harlow was arrested on October 22, 2020. She was taken to the Metropolitan Police Department's Second District and placed in a holding cell. At the suppression hearing – *for the first time* – Harlow claimed that, while she was in the holding cell, an unidentified police officer told her that she had to speak to the FBI in order to be released.

We have determined that there were approximately 15 surveillance cameras, that monitored some portion of the Second District's cell block at the time Harlow was confined there. Per its practice, the Metropolitan Police Department preserves cell block surveillance video for approximately 60 days. Accordingly, cell block surveillance video from October 20, 2020, no longer exists.

Respectfully submitted,

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
*/s/ Sanjay H. Patel*
SANJAY H. PATEL
IL Bar. No. 6272840
Trial Attorney
Criminal Section
Civil Rights Division
4 Constitution Square
150 M St. NE, 7.121
Washington, D.C. 20530
Email: Sanjay.Patel@usdoj.gov

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052
*/s/ John Crabb Jr.*
JOHN CRABB Jr.
NY Bar No. 2367670
Assistant United States Attorney
601 D Street, NW
Washington, DC 20001