**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| **v.** | : | |
| | : | |
| **LAUREN HANDY** | : | **NO. 1:22-cr-00096-CKK** |

## DEFENDANT LAUREN HANDY'S MOTION
## FOR ENLARGEMENT OF TIME

Defendant Lauren Handy ("Ms. Handy"), by and through undersigned counsel, respectfully moves this Court, pursuant to Rule 45 of the Federal Rules of Criminal Procedure, for an Order granting an enlargement of time in which to file her response to the government's omnibus motion *in limine* [ECF 248], by one (1) week.  In support of her motion, Ms. Handy states as follows:

1.      The government filed its' omnibus motion *in limine* on June 2, 2023.  Ms. Handy's response to this motion is due on June 16, 2023.

2.      Undersigned counsel requires additional time to research and review the issues regarding the government's motion *in limine*.

3.      Counsel for the government advised that the government opposes Ms. Handy's motion.

**WHEREFORE**, Defendant Lauren Handy respectfully requests that this Court grant her motion for an enlargement of time to respond to the government's omnibus motion *in limine*, and that the deadline for her response be due by June 23, 2023.

Date: June 16, 2023                                             Respectfully submitted,

_/s/ Martin A. Cannon_
Martin A. Cannon, Esquire (Admitted _Pro Hac Vice_)
Thomas More Society
10506 Burt Circle, Suite 110
Omaha, Nebraska 68114
Email: mcannonlaw@gmail.com
Phone: (402) 690-1484


_/s/ Dennis E. Boyle_
Dennis E. Boyle, Esquire
Blerina Jasari, Esquire
Boyle & Jasari
1050 Connecticut Ave, Suite 500
Washington, D.C., 20036
Email:  dboyle@dennisboylelegal.com
          bjasari@dennisboylelegal.com
Phone: (202) 430-1900

_Counsel for Defendant Lauren Handy_

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of June 2023, I electronically filed the foregoing

Motion and proposed Order with the Clerk of Court using the CM/ECF system, which will send

an electronic notification of such filing to all counsel of record.


*/s/ Dennis E. Boyle*
Dennis E. Boyle, Esquire