# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : Case No. 1:22-CR-00096 (CKK) |
| v. | : |
| | : |
| **LAUREN HANDY** | : |
| | : |
| **Defendant.** | : |
| | : |

## [PROPOSED] ORDER

Upon consideration of Defendant Lauren Handy's Motion for an Enlargement of Time, it is hereby, **ORDERED**, that the Motion is **GRANTED**.


Date: _____           _____
                                Colleen Kollar-Kotelly
                                United States Judge