UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 22-cr-96 (CKK)** |
| v. | : | |
| LAUREN HANDY, | : | |
| JONATHAN DARNEL, | : | |
| JAY SMITH (aka JUANITO PICHARDO), | : | |
| PAULA "PAULETTE" HARLOW, | : | |
| JEAN MARSHALL, | : | |
| JOHN HINSHAW, | : | |
| HEATHER IDONI, | : | |
| WILLIAM GOODMAN, and | : | |
| JOAN BELL, | : | |
| **Defendants.** | | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Rebecca G. Ross is entering her appearance in the above-captioned matter as counsel for the United States of America.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052


*/s/ Rebecca G. Ross*
REBECCA G. ROSS
N.Y. Bar No. 5590666
Assistant United States Attorney
United States Attorney's Office
601 D Street NW
Washington, D.C. 20001
Telephone: 202-252-6937
Email: Rebecca.Ross2@usdoj.gov