AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  22-cr-96

# PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Dr. Francisco J. Diaz
was received by me on *(date)*    7/7/2023   .

☒  I served the subpoena by delivering a copy to the named person as follows:   Mailing Subpoena via
USPS First Class Mail
on *(date)*    7/7/2023   ; or

☐  I returned the subpoena unexecuted because: _____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $  0  for travel and $  0  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  7/7/2023

*Server's signature*

Andrew Meck, Esq.
*Printed name and title*

1050 Connecticut Ave NW, Suite 500, Washington, D.C. 20036
*Server's address*

Additional information regarding attempted service, etc: