AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Lauren Handy | ) Case No. 22-cr-96 |
| Defendant | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Dr. Francisco J. Diaz
401 E. Street, S.W.,
Washington, D.C. 20024

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court for the District of Columbia 333 Constitution Ave. N.W, Washington, D.C. 20001 | Courtroom No.: | 28A |
|---|---|---|---|
| | | Date and Time: | August 9, 2023, at 9:00am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

You are directed to bring with you all documentation of any sort in any medium, including investigator's notes or other staff notes, autopsy or other reports, written correspondence, emails, texts, photographs and videos relating to the fetal remains recovered by law enforcement from the home of defendant Lauren Handy, 409 1/2 6th Street Southeast, Washington, D.C. 20003, on or about March 30th, 2022.

(SEAL)

Date: 07/05/2023

CLERK OF COURT

/s/ Charles Briggs
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Lauren Handy
_____, who requests this subpoena, are:

Martin A. Cannon, Esq.
10506 Burt Circle, Suite 110
Omaha, Nebraska 68114
Email: mcannonlaw@gmail.com
Phone: (402) 690-1484

Dennis E. Boyle, Esq.
1050 Connecticut Ave, Suite 500
Washington, D.C. 20036
Email: dboyle@dennisboylelegal.com
Phone: (202) 430-1900