AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 22-cr-96

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Rodney Adams, Esq.
was received by me on *(date)* 7/7/2023 .

☐ I served the subpoena by delivering a copy to the named person as follows: Mailing Subpoena via USPS First Class Mailx

on *(date)*          ; or

☐ I returned the subpoena unexecuted because:                                                     .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$              .

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/7/2023

*Server's signature*

Andrew Meck, Esq.
*Printed name and title*

1050 Connecticut Ave. NW, Suite 500, Washington, D.C. 20036
*Server's address*

Additional information regarding attempted service, etc: