AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 22-cr-96

# PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* **Dr. Cesare Santangelo**
was received by me on *(date)* **7/7/2023**.

☒ I served the subpoena by delivering a copy to the named person as follows: **Mailing Subpoena via USPS First Class Mail**

on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **7/7/2023**

*Server's signature*

**Andrew Meck, Esq.**
*Printed name and title*

**1050 Connecticut Ave. NW, Suite 500, Washington, D.C. 20036**
*Server's address*

Additional information regarding attempted service, etc: