AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) |
| Lauren Handy | ) Case No. 22-cr-96 |
| Defendant | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Dr. Cesare Santangelo
2112 F. Street N.W., Suite 401,
Washington, D.C. 20037

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court for the District of Columbia 333 Constitution Ave. N.W, Washington, D.C. 20001 | Courtroom No.: | 28A |
| --- | --- | --- | --- |
| | | Date and Time: | August 9, 2023, at 9:00am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 07/05/2023

CLERK OF COURT

/s/ *Charles Briggs*
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Lauren Handy
, who requests this subpoena, are:

Martin A. Cannon, Esq.
10506 Burt Circle, Suite 110
Omaha, Nebraska 68114
Email: mcannonlaw@gmail.com
Phone: (402) 690-1484
Dennis E. Boyle, Esq.
1050 Connecticut Ave, Suite 500
Washington, D.C. 20036
Email: dboyle@dennisboylelegal.com
Phone: (202) 430-1900