IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| LAUREN HANDY | : | NO. 1:22-cr-00096-CKK |

### DEFENDANT LAUREN HANDY'S EXHIBIT LIST

Defendant Lauren Handy ("Ms. Handy"), by and through undersigned counsel, may offer any of the following exhibits at trial. This list is subject to change.

1. All Exhibits identified by the USA
2. All Exhibits identified by co-defendants
3. All documents, photographs and videos in the provided by the USA in discovery
4. Santangelo Video 1
5. Santangelo Video 2
6. Santangelo Handout from Day of Event
7. Curtis Bay Truck Video
8. Curtis Bay Truck Photo 1
9. Curtis Bay Truck Photo 2
10. Curtis Bay Truck Photo 3
11. Curtis Bay Contents Video
12. Photo 1 (container)
13. Photo 2 (container)
14. Photo Small Containers
15. Photo Baby 1
16. Photo Baby 2

17. Photo Baby 3

18. Photo Baby 4

19. Photo Baby 5

20. Cooley Letter to Law Enforcement (2pp)

21. Email from Steve Cooley Office

22. Email from Cooley

23. Letter from Members of Congress to Mayor Bowser

24. Response Letter from Mayor Bowser

25. Examination of Fetuses by OCME (1 page report)

Date: July 7, 2023                               Respectfully submitted,

                                                 */s/ Martin A. Cannon*
                                                 Martin A. Cannon, Esquire (Admitted *Pro Hac Vice*)
                                                 Thomas More Society
                                                 10506 Burt Circle, Suite 110
                                                 Omaha, Nebraska 68114
                                                 Email: mcannonlaw@gmail.com
                                                 Phone: (402) 690-1484


                                                 */s/ Dennis E. Boyle*
                                                 Dennis E. Boyle, Esquire
                                                 Blerina Jasari, Esquire
                                                 Boyle & Jasari
                                                 1050 Connecticut Ave, Suite 500
                                                 Washington, D.C., 20036
                                                 Email: dboyle@dennisboylelegal.com
                                                         bjasari@dennisboylelegal.com
                                                 Phone: (202) 430-1900

                                                 *Counsel for Defendant Lauren Handy*