# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 22-CR-96 (CKK)** |
| | : | |
| **LAUREN HANDY,** | : | |
| **JONATHAN DARNEL,** | : | |
| **PAULA "PAULETTE" HARLOW,** | : | |
| **JEAN MARSHALL,** | : | |
| **JOHN HINSHAW,** | : | |
| **HEATHER IDONI,** | : | |
| **WILLIAM GOODMAN,** | : | |
| **JOAN BELL, and** | : | |
| **HERB GERAGHTY,** | : | |
| | : | |
| **Defendants.** | : | |

## MOTION FOR ENLARGEMENT OF TIME

The United States of America hereby requests additional time to submit its exhibit list.

Specifically, the government asks to be allowed two additional business days – until July 11, 2023 – to submit its exhibit list. This additional time is needed primarily due to the illness of a team member. Inasmuch as (1) the government's exhibits have previously been provided to the defense in discovery and (2) *voir dire* is not scheduled to begin for over a month, this short continuance will not prejudice the defendants.

Respectfully submitted,

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

*/s/ Sanjay H. Patel*
SANJAY H. PATEL
IL Bar. No. 6272840
Trial Attorney
Criminal Section
Civil Rights Division
4 Constitution Square
150 M St. NE, 7.121
Washington, D.C. 20530
Email: Sanjay.Patel@usdoj.gov

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ John Crabb Jr.*
JOHN CRABB Jr.
NY Bar No. 2367670 (Crabb)
Assistant United States Attorney
601 D Street, NW
Washington, DC 20001
Email: John.D.Crabb@usdoj.gov