IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | |
| LAUREN HANDY : | NO. 1:22-cr-00096-CKK |

**DEFENDANT HANDY'S PROPOSED VOIR DIRE QUESTIONS**

    **Case-Specific Questions**

1. Were you, a family member, or a close personal friend either living near or working at the Washington Surgi-Clinic, 2112 F Street NW, Washington, DC, on October 22, 2020?

2. Have you followed the news or watched videos, including on social media, about the events that took place at the Washington Surgi-Clinic, 2112 F Street NW, Washington, DC, on October 22, 2020?

3. There has been significant news coverage of the events that occurred that day. Have you heard or seen anything in the news or elsewhere about the Washington Surgi-Clinic, or about Lauren Handy, Jonathan Darnel, Paula Harlow, Jean Marshal, Jay Smith, John Hinshaw, Heather Idoni, William Goodman, Joan Bell, or Herb Geraghty, the defendants in this case?

4. Have you had experiences of any kind that would affect your view of abortion related protests or protesters?

5. Have you seen abortion-related protest activity at the Washington Surgi-Clinic or any other medical clinic?

6. If you have seen protest activity at any clinic, did it include any of these 9 defendants?

1

7. How do you feel about such activity?

8. Do you have any opinion about whether a person who protests abortion at clinics that provide it has violated the law?

9. Do you have any opinion about whether a person who enters a clinic to stage a protest or influence women's decisions has violated the law?

10. Do you have such strongly held beliefs about people who support abortion or who oppose it that you would not be able to fairly and impartially judge the evidence in this case and follow the law as I instruct you?

**Individuals Involved in the Proceedings**

11. The Government in this case is represented by _____. The defendant, Lauren Handy, is represented by Martin Cannon, Dennis Boyle and Blerina Jasari. The other defendants are represented by _____. Do you know any of these attorneys?

12. [Each side will introduce its witnesses by name, general area of residence, and employment.] Do you know any of the witnesses who have been introduced to you?

13. If I could ask that you take a minute and look at the other potential jurors: do you recognize or think that you know any of the other potential jurors in the panel?

14. The Courtroom Deputy is _____ and the court reporter is _____. My law clerks are sitting on either side of me. Do you know me or any member of my staff?

**Presumption of Innocence/Instructions**

15. The government bears the burden of proving each defendant guilty beyond a reasonable doubt, and a defendant is presumed innocent unless and until the government meets that burden. This burden of proof never shifts to the defendant, and he has no obligation

to offer his own evidence. Would you have any difficulty or hesitation with respecting this allocation of the burden of proof?

16. A defendant has a constitutional right not to testify, and if any defendant decides not to testify, I will instruct you that you cannot hold his silence against him in any way. Would you have any difficulty following that instruction?

17. If you are selected as a juror in this case, I will instruct you to avoid all media coverage relating to this case, including radio, television, podcasts, social media, and other Internet sources. That is, you will be forbidden from reading any newspaper articles about this case, listening to any radio or podcast stories about this case, or watching any TV news about this case. You will also be forbidden from Googling this case, or blogging, tweeting, reading, or posting comments about this case on social media sites or anywhere else on the Internet. Do you have any reservations or concerns about your ability or willingness to follow this instruction?

18. I will be instructing the jury at the end of the trial that the testimony of a police officer should be treated the same as the testimony of any other witness and that the jury should not give either greater or lesser weight to the testimony of a witness simply because that witness is a police officer. Does anyone have such strong feelings or opinions about the police – either positive or negative – that would make it difficult for you to be a fair and impartial juror in the case?

**Experience with the Justice System**

19. [The next three questions relate to you, members of your immediate family, and close personal friends.] Does anyone in this group now work for, or previously worked for, any law-enforcement agency? This includes any police department in or outside the

        District, and it includes special police officers, as well as prosecutors' offices, such as the U.S. Attorney's Office, a State Attorney's Office. It also includes federal law enforcement agencies like the Department of Justice, the FBI, the Secret Service, the Department of Homeland Security, and the U.S. Park Police. And it includes any local police or sheriffs' departments.

20. Has any member of that group ever attended law school, worked as a lawyer, or worked in a law office?

21. Has any member of that group ever been arrested for, charged with, or convicted of a crime or been a victim of or witness to a crime?

22. Have you served as a juror in a criminal or civil case or as a grand juror?

23. Under certain circumstances, the government can obtain authorization from a judge to search a premises or electronic media to obtain evidence including, but not limited to, emails, text messages, video recordings, letters, financial information and other materials or information. The Judge will instruct you that any evidence that is presented to you at trial was obtained legally and you can consider it. Is there any reason why you could not follow this instruction?

**Hardship and Catch-All**

24. We expect the presentation of evidence in this case last ten business days. Once the trial begins, we will typically sit from 9:30 a.m. to 5:00 p.m. After the close of the evidence, the jury will deliberate until it reaches a decision. Would serving as a juror in this case be an extreme hardship to you? Ordinary personal or professional obligations typically do not qualify as extreme hardship.

25. Do you have any health or physical problems that would make it difficult to serve on this jury?

26.      Do you have any difficulty reading, speaking, or understanding English?

27.      My final question is what I call my "catch-all question." Is there any other reason that I have not asked about that might make it difficult for you to sit fairly, impartially, and attentively as a juror? Perhaps you have a religious, moral, or philosophical reason, or strong personal or political beliefs, that you believe would make it hard for you to be a fair and impartial juror. In sum, is there some reason that I have not already mentioned that would make it difficult for you to sit as a fair and impartial juror in this case?