IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| v. | ) | Crim. No.22cr96 |
| | ) | Hon. Colleen Kollar-Kotelly |
| HERB GERAGHTY, | ) | |
| Defendant. | ) | |

## DEFENDANT GERAGHTY'S NOTICE OF JOINDER

Comes now Defendant Herb Geraghty, through undersigned counsel, and hereby provides Notice of Joinder to co-Defendant Lauren Handy's Witness List (Doc 274), Exhibit List (Doc 275), Proposed Jury Instructions (Doc. 277), and Proposed Voir Dire (Doc. 280), as well as all other such motions filed on behalf of any other co-defendants in this matter..

Respectfully Submitted,

HERB GERAGHTY
By Counsel

_____/s/_____
John C. Kiyonaga

510 King St, Suite 400
Alexandria, VA 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonagaa.com

Counsel for the Defendant

Certificate of Electronic Service

I hereby certify that on July 7, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

_____/s/_____
John C. Kiyonaga