UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CRIMINAL NO. 22-CR-96 (CKK)** |
| : | |
| **LAUREN HANDY, et al.** : | |
| : | |
| **Defendants.** : | |

## GOVERNMENT'S NOTICE OF SUPPLEMENTAL AUTHORITY

The government hereby submits its notice of supplemental authority to bring to the Court's attention *United States v. Gallagher*, Case No. 3:22-cr-00327, Doc. No. 282 (M.D. Tenn. Jul. 3, 2023), attached hereto as Ex. A.[1]

In *Gallagher*, eleven co-defendants were charged with 18 U.S.C. § 248(a)(1) (clinic access obstruction) (the "FACE Act"), and seven of those co-defendants were also charged with 18 U.S.C. § 241 (conspiracy against rights). Ex. A at 10. In rejecting the defendants' arguments in multiple motions to dismiss, the *Gallagher* court ruled, *inter alia*, that the Supreme Court's decision in *Dobbs v. Jackson Women's Health Org.*, 142 S. Ct. 2228 (2022), did not impact the FACE Act's definition of "reproductive health services" and did not impact the Section 241 charge because the FACE Act is a federal statute granting the right to freedom of many different types of reproductive health services, including abortion. Ex A. at 12-14, 26-28. The *Gallagher* court further found that the FACE Act is not inconsistent with the Free Speech and Free Exercise Clauses of the First Amendment and the Religious Freedom Restoration Act. Ex. A at 18-26.

---

[1] Neither the Federal Rules of Criminal Procedure nor the Local Rules of this Court provide for the filing of supplemental authorities. In practice, however, this Court has allowed notices of supplemental authority to be filed without leave of court, provided that such notices are limited. *Cf.* FED. R. APP. PRO. 28(j) (A party may file a letter "setting forth the citations" and "stat[ing] the reasons for the supplemental citations" in 350 words or less).

Respectfully submitted,

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
*/s/ Sanjay H. Patel*
SANJAY H. PATEL
IL Bar. No. 6272840
Trial Attorney
Criminal Section, Civil Rights Division
Sanjay.Patel@usdoj.gov

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052
*/s/ John Crabb Jr.*
JOHN CRABB JR.
NY Bar No. 2367670
REBECCA G. ROSS
NY Bar No. 5590666
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20001
john.d.crabb@usdoj.gov
Rebecca.Ross2@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the Government's Notice of Supplemental Authority has been filed and served upon all parties listed on the Electronic Case Filing (ECF) System and is available for viewing and downloading from the ECF system.

DATE: July 11, 2023.

                                            */s/ Rebecca G. Ross*
                                            REBECCA G. ROSS
                                            Assistant United States Attorney