UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL NO. 22-CR-96 (CKK) |
| | : | |
| LAUREN HANDY, et al. | : | |
| | : | |
| **Defendants.** | : | |

## GOVERNMENT'S EXHIBIT LIST

The government hereby submits its exhibit list.

We note the following. First, we have included items that may be marked for identification but not admitted into evidence, *e.g.* for refreshment or impeachment purposes (*see generally* 7000 Series). Second, we have not included exhibits that may be admitted in conjunction with the presentation of other acts evidence. We will update the exhibit list accordingly, after the Court has ruled on the government's motion to admit other acts evidence.

Respectfully submitted,

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
*/s/ Sanjay H. Patel*
SANJAY H. PATEL
IL Bar. No. 6272840
Trial Attorney
Criminal Section, Civil Rights Division
Email: Sanjay.Patel@usdoj.gov

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052
*/s/ John Crabb Jr.*
JOHN CRABB JR.
NY Bar No. 2367670
REBECCA G. ROSS
NY Bar No. 5590666
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20001
john.d.crabb@usdoj.gov