**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 22-CR-96 (CKK)** |
| v. | : | |
| | : | |
| **LAUREN HANDY et al.** | : | |
| | : | |
| **Defendants.** | : | |

<u>**GOVERNMENT'S TRIAL EXHIBIT LIST**</u>

## I.    SERIES 1000:  VIDEOS

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | **DATE** | **WITNESS** | **DATE** | **WITNESS** |
| 1001 | Clinic Surveillance Video Clip | US-0002239 | | | | |
| 1002 | Clinic Surveillance Video Clip | US-0002240 | | | | |
| 1003 | Clinic Surveillance Video Clip | US-0002241 | | | | |
| 1004 | Clinic Surveillance Video Clip | US-0002242 | | | | |
| 1005 | Clinic Surveillance Video Clip | US-0002243 | | | | |
| 1006 | Clinic Surveillance Video Clip | US-0002244 | | | | |
| 1007 | Clinic Surveillance Video Clip | US-0002245 | | | | |
| 1008 | Clinic Surveillance Video | US-0002246 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 1009 | MPD BWC Video Clip | US-0002247 | | | | |
| 1010 | MPD BWC Video Clip | US-0002248 | | | | |
| 1011 | MPD BWC Video Clip | US-0002249 | | | | |
| 1012 | MPD BWC Video Clip | US-0002250 | | | | |
| 1013 | MPD BWC Video Clip | US-0002251 | | | | |
| 1014 | MPD BWC Video Clip | US-0002252 | | | | |
| 1015 | MPD BWC Video Clip | US-0002253 | | | | |
| 1016 | MPD BWC Video | US-0002254 | | | | |
| 1017 | Darnel Livestream Video Clip | US-0002258 | | | | |
| 1018 | Darnel Livestream Video Clip | US-0002259 | | | | |
| 1019 | Darnel Livestream Video Clip | US-0002260 | | | | |
| 1020 | Darnel Livestream Video Clip | US-0002261 | | | | |
| 1021 | Darnel Livestream Video Clip | US-0002262 | | | | |
| 1022 | Darnel Livestream Video Clip | US-0002263 | | | | |
| 1023 | Darnel Livestream Video Clip | US-0002264 | | | | |
| 1024 | Darnel Livestream Video Clip | US-0002265 | | | | |
| 1025 | Darnel Second Livestream Video Clip | US-0002266 | | | | |
| 1026 | Darnel Second Livestream Video Clip | US-0002267 | | | | |
| 1027 | Darnel Second Livestream Video Clip | US-0002268 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 1028 | Darnel Second Livestream Video Clip | US-0002269 | | | | |
| 1029 | Darnel Livestream Video | US-0002270 | | | | |
| 1030 | Darnel Second Livestream Video | US-0002271 | | | | |
| 1031 | Darnel Second Livestream Video | US-0002932 | | | | |
| 1032 | Darnel and Geraghty Second Rescue Video | US-0002933 | | | | |
| 1033 | Darnel and Geraghty Second Rescue Video | US-0002934 | | | | |
| 1034 | Darnel Livestream Video | US-0002935 | | | | |
| 1035 | Darnel and Geraghty Second Rescue Video | US-0002936 | | | | |
| 1036 | Darnel and Geraghty Second Rescue Video | US-0002937 | | | | |
| 1037 | Clinic Surveillance Video Clip | US-0004344 | | | | |
| 1038 | Clinic Surveillance Video Clip | US-0004345 | | | | |
| 1039 | MPD BWC Video | US-0004346 | | | | |
| 1040 | MPD BWC Video | US-0004347 | | | | |
| 1041 | MPD BWC Video | US-0004348 | | | | |
| 1042 | MPD BWC Video | US-0004349 | | | | |
| 1043 | MPD BWC Video | US-0004350 | | | | |
| 1044 | MPD BWC Video | US-0004351 | | | | |
| 1045 | MPD BWC Video | US-0004352 | | | | |
| 1046 | MPD BWC Video | US-0004353 | | | | |
| 1047 | MPD BWC Video | US-0004354 | | | | |
| 1048 | MPD BWC Video | US-0004355 | | | | |
| 1049 | MPD BWC Video | US-0004356 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 1050 | MPD BWC Video | US-0004357 | | | | |
| 1051 | MPD BWC Video | US-0004358 | | | | |
| 1052 | MPD BWC Video | US-0004359 | | | | |
| 1053 | MPD BWC Video | US-0004406 | | | | |
| 1054 | Darnel Livestream Video | US-0004407 | | | | |
| 1055 | Darnel Second Livestream Video | US-0004408 | | | | |
| 1056 | | | | | | |
| 1057 | MPD Interview Room Surveillance Video | US-0004410 | | | | |
| 1058 | MPD Interview Room Surveillance Video | US-0004411 | | | | |
| 1059 | MPD BWC Video | US-0004412 | | | | |
| 1060 | MPD BWC Video | US-0004413 | | | | |
| 1061 | MPD BWC Video | US-0004414 | | | | |
| 1062 | MPD BWC Video | US-0004415 | | | | |
| 1063 | MPD BWC Video | US-0004416 | | | | |
| 1064 | MPD BWC Video | US-0004417 | | | | |
| 1065 | MPD BWC Video | US-0004418 | | | | |
| 1066 | MPD BWC Video | US-0004419 | | | | |
| 1067 | MPD BWC Video | US-0004420 | | | | |
| 1068 | MPD BWC Video | US-0004440 | | | | |
| 1069 | MPD BWC Video | US-0004441 | | | | |
| 1070 | MPD BWC Video | US-0004442 | | | | |
| 1071 | | | | | | |
| 1072 | MPD BWC Video | US-0004450 | | | | |
| 1073 | MPD Interview Room Surveillance Video | US-0004451 | | | | |
| 1074 | MPD Interview Room Surveillance Video | US-0004452 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 1075 | Clinic Surveillance Video | US-0004453 | | | | |
| 1076 | Clinic Surveillance Video | US-0004454 | | | | |
| 1077 | Clinic Surveillance Video | US-0004455 | | | | |
| 1078 | Clinic Surveillance Video | US-0004456 | | | | |
| 1079 | Clinic Surveillance Video | US-0004457 | | | | |
| 1080 | Clinic Surveillance Video | US-0009671 | | | | |
| 1081 | Clinic Surveillance Video | US-0009670 | | | | |
| 1082 | Clinic Surveillance Video | US-0009669 | | | | |
| 1083 | Clinic Surveillance Video | US-0009668 | | | | |
| 1084 | Clinic Surveillance Video | US-0009667 | | | | |
| 1085 | Video of Chained Blockaders | US-0008270 | | | | |
| 1086 | Video of Nurse's Ankle | US-0008269 | | | | |
| 1087 | Darnel Second Livestream Video Clip | US-0008249 | | | | |
| 1088 | Darnel Second Livestream Video Clip | US-0008248 | | | | |
| 1089 | Darnel Second Livestream Video Clip | US-0008247 | | | | |
| 1090 | Darnel Second Livestream Video Clip | US-0008246 | | | | |
| 1091 | Darnel Second Livestream Video | US-0008245 | | | | |
| 1092 | Darnel Livestream Video Clip | US-0008244 | | | | |
| 1093 | Darnel Livestream Video Clip | US-0008243 | | | | |
| 1094 | Darnel Livestream Video Clip | US-0008242 | | | | |
| 1095 | Darnel Livestream Video Clip | US-0008241 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 1096 | Darnel Livestream Video Clip | US-0008240 | | | | |
| 1097 | Darnel Livestream Video Clip | US-0008239 | | | | |
| 1098 | Darnel Livestream Video Clip | US-0008238 | | | | |
| 1099 | Darnel Livestream Video Clip | US-0008237 | | | | |
| 1100 | Darnel Livestream Video | US-0008236 | | | | |
| 1101 | MPD BWC Video Clip | US-0008235 | | | | |
| 1102 | MPD BWC Video Clip | US-0008234 | | | | |
| 1103 | MPD BWC Video Clip | US-0008233 | | | | |
| 1104 | MPD BWC Video Clip | US-0008232 | | | | |
| 1105 | MPD BWC Video Clip | US-0008231 | | | | |
| 1106 | MPD BWC Video Clip | US-0008230 | | | | |
| 1107 | MPD BWC Video Clip | US-0008229 | | | | |
| 1108 | MPD BWC Video | US-0008228 | | | | |
| 1109 | Clinic Surveillance Video Clip | US-0008227 | | | | |
| 1110 | Clinic Surveillance Video Clip | US-0008226 | | | | |
| 1111 | Clinic Surveillance Video Clip | US-0008225 | | | | |
| 1112 | Clinic Surveillance Video Clip | US-0008224 | | | | |
| 1113 | Clinic Surveillance Video Clip | US-0008223 | | | | |
| 1114 | Clinic Surveillance Video Clip | US-0008222 | | | | |
| 1115 | Clinic Surveillance Video Clip | US-0008221 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 1116 | Clinic Surveillance Video | US-0008220 | | | | |
| 1117 | BWC 11/27/2021 | US-0009672 | | | | |
| 1118 | Video of ankle (Washington Surgi-Clinic) | US-0000006 | | | | |
| 1119 | Video of people in lobby (Washington Surgi-Clinic) | US-0000008 | | | | |
| 1120 | Video of protesters inside hallway | US-0000471 | | | | |
| 1121 | Video from car | US-0001360 | | | | |

## II.    SERIES 2000:  PHOTOGRAPHS

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 2001 | PAAU Santangelo Letter Photograph | US-0009088 | | | | |
| 2002 | | | | | | |
| 2003 | PAAU Santangelo Letter Photograph | US-0009085 | | | | |
| 2004 | Protest Photograph | US-0009063 | | | | |
| 2005 | DC Area Anti-Abortion Advocacy Facebook Photograph | US-0008681 | | | | |
| 2006 | Photo of people sitting in lobby (Washington Surgi-Clinic) | US-0000004 | | | | |
| 2007 | Photo of ankle (Washington Surgi-Clinic) | US-0000005 | | | | |
| 2008 | Photo of people sitting in lobby (Washington Surgi-Clinic) | US-0000007 | | | | |
| 2009 | Photo of people sitting in lobby (Washington Surgi-Clinic) | US-0000009 | | | | |
| 2010 | Photo of ankle (Washington Surgi-Clinic) | US-0000010 | | | | |
| 2011 | Photo of ankle (Washington Surgi-Clinic) | US-0000011 | | | | |
| 2012 | Photo of group of people meeting in office | US-0003329 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 2013 | Photo of group of people standing for a group photo | US-0003330 | | | | |
| 2014 | Photo of group of people meeting in office | US-0003331 | | | | |

## III.   SERIES 3000:  SOCIAL MEDIA

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 3001 | DC Area Anti-Abortion Advocacy Facebook Page | US-0002255 | | | | |
| 3002 | DC Area Anti-Abortion Advocacy Facebook Page | US-0002256 | | | | |
| 3003 | DC Area Anti-Abortion Advocacy Facebook Page | US-0002257 | | | | |
| 3004 | Lauren Handy Facebook Page | US-0002272 | | | | |
| 3005 | Lauren Handy Facebook Page | US-0002273 | | | | |
| 3006 | Lauren Handy Facebook Page | US-0002274 | | | | |
| 3007 | Lauren Handy Facebook Page | US-0002275 | | | | |
| 3008 | PAAU Press Release | US-0002276 | | | | |

## IV.    SERIES 4000:  ELECTRONIC COMMUNICATIONS

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 4001 | L. Handy Forensic Examination | US-0009268 | | | | |

## V.    SERIES 5000:  RECORDS

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 5001 | Herb Geraghty and Lauren Handy Cell Information | US-0001417 | | | | |
| 5002 | Payment Information | US-0001421 | | | | |
| 5003 | Cell Data | US-0001422 | | | | |
| 5004 | Financial Information | US-0001423 | | | | |
| 5005 | AT&T Records Information | US-0001424 | | | | |
| 5006 | AT&T Email | US-0001440 | | | | |
| 5007 | AT&T Cell Records | US-0001441 | | | | |
| 5008 | AT&T Cell Records | US-0001552 | | | | |
| 5009 | AT&T Cell Records | US-0001637 | | | | |
| 5010 | AT&T Cell Records | US-0001639 | | | | |
| 5011 | AT&T Cell Records | US-0001641 | | | | |
| 5012 | AT&T Cell Records | US-0001657 | | | | |
| 5013 | AT&T Cell Records | US-0001670 | | | | |
| 5014 | AT&T Cell Records | US-0001671 | | | | |
| 5015 | AT&T Cell Records | US-0001690 | | | | |
| 5016 | AT&T Cell Records | US-0001692 | | | | |
| 5017 | AT&T Cell Records | US-0001694 | | | | |
| 5018 | AT&T Cell Records | US-0001695 | | | | |
| 5019 | Comcast Records | US-0001698 | | | | |
| 5020 | Comcast Records | US-0001699 | | | | |
| 5021 | Mercy Missions Records | US-0001700 | | | | |
| 5022 | Mercy Missions Records | US-0001701 | | | | |
| 5023 | Mercy Missions Records | US-0001703 | | | | |
| 5024 | Mercy Missions Records | US-0001704 | | | | |
| 5025 | T-Mobile Records | US-0001760 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 5026 | T-Mobile Records | US-0001770 | | | | |
| 5027 | T-Mobile Records | US-0001833 | | | | |
| 5028 | Cell Records | US-0001838 | | | | |
| 5029 | Cell Records | US-0001839 | | | | |
| 5030 | USAA Records | US-0001841 | | | | |
| 5031 | Verizon Records | US-0002156 | | | | |
| 5032 | Verizon Records | US-0002167 | | | | |
| 5033 | Verizon Records | US-0002168 | | | | |
| 5034 | Verizon Records | US-0002171 | | | | |
| 5035 | Verizon Records | US-0002172 | | | | |
| 5036 | Verizon Records | US-0002173 | | | | |
| 5037 | Verizon Records | US-0002174 | | | | |
| 5038 | Verizon Records | US-0002175 | | | | |
| 5039 | Verizon Records | US-0002176 | | | | |
| 5040 | Verizon Records | US-0002177 | | | | |
| 5041 | Verizon Records | US-0002178 | | | | |
| 5042 | Verizon Records | US-0002187 | | | | |
| 5043 | Verizon Records | US-0002216 | | | | |
| 5044 | Verizon Records | US-0002227 | | | | |
| 5045 | Verizon Records | US-0002228 | | | | |
| 5046 | Verizon Records | US-0002231 | | | | |
| 5047 | Verizon Records | US-0002232 | | | | |
| 5048 | Verizon Records | US-0002233 | | | | |
| 5049 | Verizon Records | US-0002234 | | | | |
| 5050 | Verizon Records | US-0002235 | | | | |
| 5051 | Verizon Records | US-0002236 | | | | |
| 5052 | Verizon Records | US-0002237 | | | | |
| 5053 | Hazel Jenkins Appointment Information | US-0002238 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 5054 | Jonathan Darnel Gmail Information | US-0002415 | | | | |
| 5055 | Jonathan Darnel Gmail Information | US-0002416 | | | | |
| 5056 | Jonathan Darnel Gmail Information | US-0002418 | | | | |
| 5057 | Jonathan Darnel Gmail Information | US-0002419 | | | | |
| 5058 | Jonathan Darnel Gmail Information | US-0002420 | | | | |
| 5059 | Jonathan Darnel Gmail Information | US-0002422 | | | | |
| 5060 | Jonathan Darnel Gmail Information | US-0002423 | | | | |
| 5061 | Jonathan Darnel Gmail Information | US-0002424 | | | | |
| 5062 | Jonathan Darnel Gmail Information | US-0002489 | | | | |
| 5063 | Jonathan Darnel Facebook Information | US-0002490 | | | | |
| 5064 | Jonathan Darnel Facebook Information | US-0002611 | | | | |
| 5065 | Jonathan Darnel Facebook Information | US-0002723 | | | | |
| 5066 | Jonathan Darnel Facebook Information | US-0002735 | | | | |
| 5067 | Jonathan Darnel Facebook Information | US-0002747 | | | | |
| 5068 | Jonathan Darnel Facebook Information | US-0002748 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 5069 | Jonathan Darnel Facebook Information | US-0002755 | | | | |
| 5070 | Jonathan Darnel Facebook Information | US-0002757 | | | | |
| 5071 | Jonathan Darnel Facebook Information | US-0002783 | | | | |
| 5072 | Jonathan Darnel Facebook Information | US-0002786 | | | | |
| 5073 | DC Area Anti-Abortion Advocacy Facebook Information | US-0002787 | | | | |
| 5074 | DC Area Anti-Abortion Advocacy Facebook Information | US-0002789 | | | | |
| 5075 | DC Area Anti-Abortion Advocacy Facebook Information | US-0002793 | | | | |
| 5076 | DC Area Anti-Abortion Advocacy Facebook Information | US-0002811 | | | | |
| 5077 | DC Area Anti-Abortion Advocacy Facebook Information | US-0002857 | | | | |
| 5078 | DC Area Anti-Abortion Advocacy Facebook Information | US-0002861 | | | | |
| 5079 | Lauren Handy Facebook Information | US-0002938 | | | | |
| 5080 | Lauren Handy Facebook Information | US-0002954 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 5081 | Lauren Handy Facebook Information | US-0002967 | | | | |
| 5082 | Lauren Handy Facebook Information | US-0003012 | | | | |
| 5083 | Lauren Handy Facebook Information | US-0003015 | | | | |
| 5084 | Lauren Handy Facebook Information | US-0003043 | | | | |
| 5085 | Lauren Handy Facebook Information | US-0003047 | | | | |
| 5086 | Lauren Handy Facebook Information | US-0003048 | | | | |
| 5087 | Lauren Handy Facebook Information | US-0003049 | | | | |
| 5088 | Lauren Handy Facebook Information | US-0003056 | | | | |
| 5089 | Lauren Handy Facebook Information | US-0003057 | | | | |
| 5090 | Lauren Handy Facebook Information | US-0003088 | | | | |
| 5091 | Lauren Handy Facebook Information | US-0003116 | | | | |
| 5092 | Verizon Records | US-0004458 | | | | |
| 5093 | Verizon Records | US-0004511 | | | | |
| 5094 | Verizon Records | US-0004637 | | | | |
| 5095 | Verizon Records | US-0004638 | | | | |
| 5096 | Verizon Records | US-0004639 | | | | |
| 5097 | Verizon GJ2022030187812 subpoena return: excel sheet | US-0004641 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 5098 | Verizon GJ2022030187812 subpoena return: excel sheet | US-0004642 | | | | |
| 5099 | Verizon GJ2022030187812 subpoena return: excel sheet | US-0004644 | | | | |
| 5060 | Verizon GJ2022030187812 subpoena return: excel sheet | US-0004647 | | | | |
| 5061 | Verizon GJ2022030187812 subpoena return: excel sheet | US-0004648 | | | | |
| 5062 | Verizon GJ2022030187812 subpoena return: excel sheet | US-0004650 | | | | |
| 5063 | Verizon GJ2022030187812 subpoena return: excel sheet | US-0004651 | | | | |
| 5064 | Verizon GJ2022030187812 subpoena return: excel sheet | US-0004653 | | | | |
| 5065 | Verizon GJ2022030187812 | US-0004654 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| | subpoena return: excel sheet | | | | | |
| 5066 | Verizon GJ2022030187812 subpoena return: excel sheet (Caryn Evirs) | US-0004656 | | | | |
| 5067 | Verizon GJ2022030187812 subpoena return: excel sheet | US-0004657 | | | | |
| 5068 | T-Mobile subpoena return: subscriber info (Terrence Ramsey) | US-0009266 | | | | |
| 5069 | T-Mobile subpoena return: subscriber info (Anthony B. Handy) | US-0009265 | | | | |
| 5070 | T-Mobile subpoena response: subscriber info for MSISDN: 4344209634 | US-0009263 | | | | |
| 5071 | T-Mobile subpoena response: subscriber info for MSISDN: 4344209634 | US-0009262 | | | | |
| 5072 | T-Mobile subpoena return: subscriber info for MSISDN: 2038020787 | US-0009253 | | | | |
| 5073 | T-Mobile subpoena return: billing period 9/19/20 – 10/18/20 | US-0009245 to 0009252 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 5074 | T-Mobile subpoena return: billing period 8/19/20 – 9/18/20 | US-0009239 to 0009244 | | | | |
| 5074 | Jail call log & summary (Jonathan Darnel) | US-0009137 | | | | |
| 5075 | T-Mobile search warrant return: info for MSISDN: 4344209634 | US-0009073 | | | | |
| 5076 | T-Mobile search warrant return: info for MSISDN: 5167495792 | US-0009072 | | | | |
| 5077 | T-Mobile search warrant return: info for MSISDN: 4344209634 | US-0009071 | | | | |
| 5078 | T-Mobile search warrant return: info for | US-0008909 to 0009061 | | | | |
| 5079 | Serving system log | US-0008908 | | | | |
| 5080 | Pen summary | US-0008903 to 0008907 | | | | |
| 5081 | Incoming/outgoing call log | US-0008902 | | | | |
| 5082 | PRTT and geolocation data | US-0008821 to 0008901 | | | | |
| 5083 | Serving system log | US-0008820 | | | | |
| 5084 | Pen summary | US-0008817 to 0008819 | | | | |
| 5085 | Incoming/outgoing call log | US-0008816 | | | | |
| 5086 | PRTT and geolocation data | US-0008775 to 0008815 | | | | |
| 5087 | Serving system log | US-0008774 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 5088 | Pen summary | US-0008772 to 0008773 | | | | |
| 5089 | Incoming/outgoing call log | US-0008771 | | | | |
| 5090 | PRTT and geolocation data | US-0008693 to 0008770 | | | | |
| 5091 | Serving system log | US-0008692 | | | | |
| 5092 | Pen summary | US-0008689 to 0008691 | | | | |
| 5093 | Incoming/outgoing call log | US-0008688 | | | | |
| 5094 | Phone records | US-0008687 | | | | |
| 5095 | Phone records | US-0008686 | | | | |
| 5096 | Phone records | US-0008685 | | | | |
| 5097 | Phone records | US-0008684 | | | | |
| 5098 | Google confidential and proprietary warning | US-0000475 | | | | |
| 5099 | Google subscriber info (Darnel) | US-0000478 | | | | |
| 5100 | Google confidential and proprietary warning | US-0000479 | | | | |
| 5101 | Google Android device info | US-0000485 | | | | |
| 5102 | Darnel email data | US-0000488 | | | | |
| 5103 | Darnel's Facebook information | US-0002493 | | | | |
| 5104 | Darnel's Facebook information | US-0002497 | | | | |
| 5104 | Handy's Facebook information | US-0003017 | | | | |

## VI.   SERIES 6000:    GRAND JURY TRANSCRIPTS

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | **DATE** | **WITNESS** | **DATE** | **WITNESS** |
| 6001 | Testimony of Michael Biscardi, 3/24/22 | US-0002313 to 0002386 | | | | |
| 6002 | Testimony of Patient A, 6/8/21 | US-0002387 to 0002409 | | | | |
| 6003 | Testimony of Michael Biscardi, 10/14/22 | US-0007690 to 0007774 | | | | |

## VII.   SERIES 7000:  LAW ENFORCEMENT DOCUMENTS

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 7001 | FBI receipt for property | US-0000015 | | | | |
| 7002 | Consent to search computers | US-0000016 | | | | |
| 7003 | FBI 302: phone call from Clinic Admin B (Washington Surgi-Clinic) | US-0000017 | | | | |
| 7004 | FBI 302: spot check conducted inside parking garage of Clinic | US-0000019 | | | | |
| 7005 | Vehicle registration details | US-0000020 | | | | |
| 7006 | Spot check photo email | US-0000024 | | | | |
| 7007 | FBI 1036: MPD arrest report for Jonathan Darnel | US-0000028 | | | | |
| 7008 | MPD arrest packet (Darnel) | US-0000030 | | | | |
| 7009 | MPD offense report | US-0000042 | | | | |
| 7010 | FBI 302: files provided by MPD Det Jonathan Lauderdale | US-0000052 | | | | |
| 7011 | FBI 1A/1C cover sheet: files and videos of events at 2112 F St. | US-0000053 | | | | |
| 7012 | FBI 1087: receipt of 2112 F St camera footage | US-0000054 | | | | |
| 7013 | FBI receipt of property (thumb drive) | US-0000056 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 7014 | FBI 302: spot check conducted in vicinity of The Statesmen apartment bldg | US-0000057 | | | | |
| 7015 | FBI 1087: receipt of video footage from MPD custodial interviews | US-0000058 | | | | |
| 7016 | FBI 302: Interview of Nurse K (Surgi-Clinic) | US-0000060 | | | | |
| 7017 | Agent notes | US-0000061 | | | | |
| 7018 | FBI 302: information provided by security director for the National Abortion Federation | US-0000062 | | | | |
| 7019 | FBI 1087: image and clips provided RE Surgi-Clinic | US-0000063 | | | | |
| 7020 | FBI 302: 1 TB hard drive received | US-0000065 | | | | |
| 7021 | FBI 1004: evidence chain of custody | US-0000066 | | | | |
| 7022 | FBI 1036: victim services division documentation of services | US-0000067 | | | | |
| 7023 | FBI 302: Interview of Clinic Admin B from Surgi-Clinic on 11/9/20 | US-0000069 | | | | |
| 7024 | Agent notes (Clinic Admin B) | US-0000072 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 7025 | FBI 302: Interview of Med. Spec. H (Clinic) on 11/9/20 | US-0000077 | | | | |
| 7026 | Agent notes (Med. Spec. H) | US-0000079 | | | | |
| 7027 | FBI 302: Interview of Nurse K (Clinic) on 11/9/20 | US-0000081 | | | | |
| 7028 | Agent notes (Nurse K) | US-0000083 | | | | |
| 7029 | FBI 302: arrest of Paulette Harlow | US-0000085 | | | | |
| 7030 | FBI Advice of Rights form (Harlow) | US-0000086 | | | | |
| 7031 | FBI 1A/1C cover sheet: recorded interview of Harlow, Smith, Marshall, and Hinshaw | US-0000088 | | | | |
| 7032 | FBI 302: arrest of Jean Marshall | US-0000089 | | | | |
| 7033 | FBI Advice of Rights form (Marshall) | US-0000090 | | | | |
| 7034 | FBI 302: arrest of John Hinshaw | US-0000092 | | | | |
| 7035 | FBI Advice of Rights form (Hinshaw) | US-0000094 | | | | |
| 7036 | FBI 302: arrest of Jay Smith | US-0000096 | | | | |
| 7037 | FBI Advice of Rights form (Smith) | US-0000098 | | | | |
| 7038 | FBI 302: Interview of [redacted] on 12/16/20 | US-0000100 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| | regarding events witnessed at the Clinic on 10/22/20 | | | | | |
| 7039 | Agent notes | US-0000102 | | | | |
| 7040 | FBI 302: Interview of [redacted] RE events he witness at the Clinic on 10/22/20 | US-0000104 | | | | |
| 7041 | Agent notes | US-0000106 | | | | |
| 7042 | FBI 302: Interview of Capital Women's Services Asst. Office Mgr. | US-0000107 | | | | |
| 7043 | Agent notes (Asst. Office Mgr.) | US-0000109 | | | | |
| 7044 | FBI 302: Interview with NAF Security Director | US-0000110 | | | | |
| 7045 | Agent notes | US-0000112 | | | | |
| 7046 | FBI 302: search warrant issued | US-0000116 | | | | |
| 7047 | FBI 302: interview with [redacted] on 12/11/20 RE events that took place at the Surgi-Clinic on 10/22/20 | US-0000117 | | | | |
| 7048 | Agent notes | US-0000119 | | | | |
| 7049 | FBI 1036: document CLETS request | US-0000120 | | | | |
| 7050 | Email with attached CA DL results for Handy | US-0000121 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 7051 | Registered vehicles (Handy) | US-0000123 | | | | |
| 7052 | FBI 1057: convert 1D1 to 1A | US-0000142 | | | | |
| 7053 | FBI 1A/1C cover sheet: thumb drive containing footage from 2112 F St | US-0000143 | | | | |
| 7054 | FBI 302: arrest of Joan Bell by MPD | US-0000146 | | | | |
| 7055 | Agent notes (Bell) | US-0000148 | | | | |
| 7056 | FBI Advice of Rights (Bell) | US-0000149 | | | | |
| 7057 | FBI 1057: Red Rose Rescue anti abortion event | US-0000150 | | | | |
| 7058 | MCPD incident report – disorderly conduct at protest | US-0000156 | | | | |
| 7059 | MCPD incident report – disorderly conduct at protest | US-0000161 | | | | |
| 7060 | FBI 1036: confidential human source reporting document | US-0000166 | | | | |
| 7061 | FBI 1023: CHS reporting document RE Red Rose Rescue event | US-0000167 | | | | |
| 7062 | FBI 302: arrest of William Goodman | US-0000168 | | | | |
| 7063 | FBI Advice of Rights (Goodman) | US-0000170 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 7064 | Agent notes (Goodman) | US-0000171 | | | | |
| 7065 | FBI 302: arrest of Lauren Handy | US-0000172 | | | | |
| 7066 | Agent notes (Handy) | US-0000174 | | | | |
| 7067 | FBI Advice of Rights (Handy) | US-0000175 | | | | |
| 7068 | FBI 302: arrest of Ruth Heather | US-0000176 | | | | |
| 7069 | Agent notes (Heather) | US-0000178 | | | | |
| 7070 | FBI Advice of Rights (Heather) | US-0000179 | | | | |
| 7071 | FBI 1087: SW returns from Facebook | US-0000180 | | | | |
| 7072 | FBI 1A/1C cover sheet: disc containing SW returns for Darnel, Handy, & DCAreaAntiAbortionAdvocacy accounts | US-0000183 | | | | |
| 7073 | FBI 302: Agent spoke with Patient A's father and mother | US-0000185 | | | | |
| 7074 | FBI 1036: to document SW return | US-0000186 | | | | |
| 7075 | Facebook SW return 20-SC-3431 | US-0000187 | | | | |
| 7076 | Facebook SW return 20-SC-3431 | US-0000188 | | | | |
| 7077 | FBI 1057: document planned interview of Patient A | US-0000189 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 7078 | FBI 1036: document return of property to Surgi-Clinic | US-0000191 | | | | |
| 7079 | FBI 1A/1C cover sheet: Serial 44 | US-0000192 | | | | |
| 7080 | FBI receipt for property (Clinic Admin B) | US-0000193 | | | | |
| 7081 | FBI 1057: surveillance of Patient A's resience | US-0000205 | | | | |
| 7082 | FBI 302: Interview of Patient A on 5/26/21 | US-0000207 | | | | |
| 7083 | Agent notes (Patient A) | US-0000212 | | | | |
| 7084 | FBI 1057: document the return of evidence 1B3 to Surgi-Clinic | US-0000218 | | | | |
| 7085 | FBI evidence chain of custody | US-0000219 | | | | |
| 7086 | FBI 302: Interview of Patient A on 6/8/21 | US-0000220 | | | | |
| 7087 | Agent notes | US-0000222 | | | | |
| 7088 | Joshua Borchert driver's license and criminal history | US-0000251 | | | | |
| 7089 | FBI 1036: NCIC results for Handy | US-0000262 | | | | |
| 7090 | NCIC results for Handy | US-0000263 | | | | |
| 7091 | FBI 302: Interview with Nurse K (Surgi-Clinic) on 9/13/21 | US-0000275 | | | | |
| 7092 | Agent notes (Nurse K) | US-0000279 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 7093 | FBI 302: Interview with Med. Spec. H (Surgi-Clinic) on 9/13/21 | US-0000292 | | | | |
| 7094 | Agent notes | US-0000297 | | | | |
| 7095 | FBI 302: Interview of Clinic Admin. B on 9/20/21 | US-0000303 | | | | |
| 7096 | Agent notes | US-0000306 | | | | |
| 7097 | FBI 302: attempt to review DVD containing Facebook SW return | US-0000309 | | | | |
| 7098 | FBI 1A/1C cover sheet: DVD containing Facebook SW return (Handy, Darnel, & DC4A accounts) | US-0000310 | | | | |
| 7099 | FBI 302: email from AUSA indicating that protestors may have entered the AWHC | US-0000311 | | | | |
| 7100 | FBI 302: digital copy of | US-0000342 | | | | |
| 7101 | Agent notes | US-0000356 | | | | |
| 7102 | FBI 302: Interview of Clinic Admin B (Surgi-Clinic) on 12/16/21 | US-0000357 | | | | |
| 7103 | Human Life Alliance flyer pt 1 | US-0000359 | | | | |
| 7104 | Human Life Alliance flyer pt 2 | US-0000360 | | | | |
| 7105 | Agent email containing NAF Member Security | US-0000361 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| | Alert: Two Invasions in Washington DC | | | | | |
| 7106 | FBI 1036: document updated NCIC results | US-0000364 | | | | |
| 7107 | Updated NCIC results | US-0000365 | | | | |
| 7108 | NCIC results: Jean Marshall | US-0000391 | | | | |
| 7109 | NCIC results: Joan Bell | US-0000394 | | | | |
| 7110 | NCIC results: John Hinshaw | US-0000433 | | | | |
| 7111 | NCIC results: Jonathan Darnel | US-0000440 | | | | |
| 7112 | NCIC results: Lauren Handy | US-0000455 | | | | |
| 7113 | NCIC results: Paula Harlow | US-0000468 | | | | |
| 7114 | FBI 302: Google 2703(d) returns received for Darnel | US-0000472 | | | | |
| 7115 | 21-sc-1516 Sealed Filing | US-0000553 | | | | |
| 7116 | 21-sc-1516 Sealed Filing | US-0000557 | | | | |
| 7117 | Google response letter to agent | US-0000558 | | | | |
| 7118 | FBI import form: arrest reports for Handy | US-0000562 | | | | |
| 7119 | Email Re Handy's 2018 arrest at Surgi-Clinic | US-0000563 | | | | |
| 7120 | MDP arrest info: Handy | US-0000568 | | | | |
| 7121 | Email RE arrest packets | US-0000587 | | | | |
| 7122 | MPD arrest info: Handy | US-0000593 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 7123 | Email attaching 3 arrest reports | US-0000612 | | | | |
| 7124 | MPD arrest info: Handy | US-0000616 | | | | |
| 7125 | MPD arrest info: Handy | US-0000690 | | | | |
| 7126 | MPD arrest info: Handy | US-0000708 | | | | |
| 7127 | FBI 1036: document email from FBI USPP TFO | US-0000748 | | | | |
| 7128 | Email from agent RE Handy's arrest history | US-0000749 | | | | |
| 7129 | Arrest info: Handy (DC Superior Court) | US-0000752 | | | | |
| 7130 | FBI 1036: document updated NCIC, Accurint, & VA DMV queries | US-0000753 | | | | |
| 7131 | Criminal record report (Heather Idoni) | US-0000755 | | | | |
| 7131 | Criminal record report (Jean Marshall) | US-0000808 | | | | |
| 7132 | Criminal record report (Joan Bell) | US-0000850 | | | | |
| 7133 | Criminal record report (John Hinshaw) | US-0000876 | | | | |
| 7134 | Criminal record report (Jonathan Darnel) | US-0000898 | | | | |
| 7135 | Criminal record report (Juanito Pichardo) | US-0000941 | | | | |
| 7136 | Criminal record report (Lauren Handy) | US-0000962 | | | | |
| 7137 | Criminal record report (Paula Harlow) | US-0000996 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 7138 | | US-0001042 | | | | |
| 7139 | Email RE CH/WW WI DMV – William Goodman | US-0001240 | | | | |
| 7140 | NCIC info | US-0001241 | | | | |
| 7141 | FBI WFO message RE NCIC and VA DMV Queries | US-0001255 | | | | |
| 7142 | NCIC info: Heather Idoni | US-0001257 | | | | |
| 7143 | NCIC info: Jean Marshall | US-0001268 | | | | |
| 7144 | NCIC info: Joan Bell | US-0001271 | | | | |
| 7145 | NCIC info: John Hinshaw | US-0001312 | | | | |
| 7146 | NCIC info: Jonathan Darnel | US-0001320 | | | | |
| 7147 | NCIC info: Juanito Pichardo | US-0001331 | | | | |
| 7148 | NCIC info: Lauren Handy | US-0001339 | | | | |
| 7149 | NCIC info: Paula Harlow | US-0001353 | | | | |
| 7150 | FBI 302: surveillance conducted @ 5556 16th St | US-0001356 | | | | |
| 7151 | NLETS response | US-0001357 | | | | |
| 7152 | | | | | | |
| 7153 | FBI 1036: document receipt of emails regarding Handy | US-0001361 | | | | |
| 7154 | Email Re Security Alert: "Red Rose" Invasion | US-0001367 | | | | |
| 7155 | FBI 1036: document VA DMV info | US-0001388 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 7156 | Email from agent RE VA Tags and DL info | US-0001389 | | | | |
| 7157 | Vehicle Registration of Anthony Handy and Holly Handy | US-0001397 | | | | |
| 7158 | MPD CCN#20151272 Arrest Packets – 002019718 Idoni Ruth Heather | US-0003161 | | | | |
| 7159 | MPD OTHE-2020-007289 CCN20151272 0 Case Overview dated 10/22/2020 | US-0003230 | | | | |
| 7160 | Email from Clinic Administrator B to Jonathan Lauderdale at DC Gov re: IMG_1335 dated 10/22/2020 | US-0003253 | | | | |
| 7161 | Notes regarding Lauren Handy and FB Live Stream and Phone Number from DC4A who protested against Dr. Carhart's Bethesda Clinic | US-0003256 | | | | |
| 7162 | Facebook Page of "DC Area Anti-Abortion Advocacy" | US-0003257 | | | | |
| 7163 | MPD CCN#20151272 Offense Report | US-0003262 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 7164 | MPD Papering Cover Sheet re: Heather Ruth Idoni | US-0003332 | | | | |
| 7165 | Printout of NetViewer – Event Informaiton 120200564432 DISGRP – Disturbance Group (more than 3) at 2112 F St NW DC, Suite 400 @ Clinic dated 10/22/2020 | US-0003350 | | | | |
| 7166 | MPD Initial Case Resume Investigative Services Bureau Criminal Investigations Division Report with Victim Info #1 – Medical Facility | US-0003352 | | | | |
| 7167 | Comprehensive Report: Heather Ruth Idoni 202010221527 dated 10/22/2020 | US-0003375 | | | | |
| 7168 | MPD Papering Cover Sheet re: Jay Smith | US-0003494 | | | | |
| 7169 | Comprehensive Report: Juanito Pichardo 202010221444 dated 10/22/2020 | US-0003508 | | | | |
| 7170 | Comprehensive Report: Jean A. Marshall 202010221452 dated 10/22/2020 | US-0003558 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 7171 | MPD Papering Cover Sheet re: Jean Marshall | US-0003700 | | | | |
| 7172 | Email from Jessi Khan to Jonathan Lauderdale DC GOV dated 10/22/2020 re: Khan, Jessica GW Hospital Discharge Sheet | US-0003720 | | | | |
| 7173 | GW Patient Report: Jessica Lynn Khan MRN: GWU4274193 Medication Special Consideration of crutch walking and ankle sprain | US-0003721 | | | | |
| 7174 | MPD Papering Cover Sheet re: Joan Bell | US-0003723 | | | | |
| 7175 | Comprehensive Report: Joan E Bell 202010221622 dated 10/22/2020 | US-0003743 | | | | |
| 7176 | MPD Papering Cover Sheet re: John Hinshaw | US-0003887 | | | | |
| 7177 | Comprehensive Report: John Hinshaw 202010221454 dated 10/22/2020 | US-0003901 | | | | |
| 7178 | MPD Papering Cover Sheet re: Lauren Handy | US-0003969 | | | | |
| 7179 | Comprehensive Report: Lauren B Handy 202010221625 dated 10/22/2020 | US-0003985 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 7180 | Facebook Page from Lauren Handy of photo of traditional lock and block rescue | US-0004074 | | | | |
| 7181 | MPD Papering Cover Sheet re: Paulette Harlow | US-0004076 | | | | |
| 7182 | Comprehensive Report: Paulette M Harlow 202010221449 dated 10/22/2020 | US-0004094 | | | | |
| 7183 | MPD Papering Cover Sheet re: William Goodman | US-0004276 | | | | |
| 7184 | LINXNCR/MPDC/MPD C prinout by Dane County Sheriff's Office on 10/22/2020 | US-0004292 | | | | |
| 7185 | Email from AA Front to Jonathan Lauderdale of DC GOV regarding DC Clinic Blockade | US-0004299 | | | | |
| 7186 | MPD Initial Case Resume Investigative Services Bureau Criminal Investigations Division Report with Victim Info #1 – Medical Facility | US-0004300 | | | | |
| 7187 | MPD Initial Case Resume Investigative Services Bureau Criminal Investigations Division | US-0004322 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| | Report with Victim Info #1 – Medical Facility | | | | | |
| 7188 | FBI 302: 10/26/2022 toll record analysis on GJ subpoena for Jonthan Darnel's cellular telephone | US-0009236 | | | | |
| 7189 | FBI 302: 10/3/2022 jail calls between Lauren Handy and Herb Geraghty | US-0009235 | | | | |
| 7190 | FBI 302: redacted interview 5/16/22 | US-0009233 | | | | |
| 7191 | FBI 302: arrest warrant for Jonathan Darnel 4/10/22 | US-0009231 | | | | |
| 7192 | FBI 302: arrest warrant for Jay Smith 4/4/22 | US-0009229 | | | | |
| 7193 | FBI 302: arrest warrant for Jean Marshall 4/4/22 | US-0009228 | | | | |
| 7194 | FBI 302: arrest warrant for Heather Ruth Idoni 4/4/22 | US-0009227 | | | | |
| 7195 | FBI 1023: redacted CHS Reporting Document | US-0009226 | | | | |
| 7196 | FBI 302: arrest warrant for John Hinshaw 4/1/22 | US-0009223 | | | | |
| 7197 | USDC-DC 22-cr-00096 Arrest Warrant of Paula Harlow 3/24/22 | US-0009216 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 7198 | FBI 1057: report on clarification on custodial interviews conducted on 10/22/20 dated 3/24/20 | US-0009215 | | | | |
| 7199 | FBI 302: redacted report 1/13/22 | US-0009213 | | | | |
| 7200 | FBI 302: redacted report 9/21/21 | US-0009209 | | | | |
| 7201 | FBI 302: redacted report 6/9/21 | US-0009207 | | | | |
| 7202 | FBI 1057: report on document the return of evidence 1B3 to Washington Surgi-Clinic 6/7/21 | US-0009206 | | | | |
| 7203 | FBI 302: report on Ruth Idoni 2/3/21 | US-0009204 | | | | |
| 7204 | FBI 302: report on William Louis Goodman 2/3/21 | US-0009202 | | | | |
| 7205 | FBI 302: report on Joan Bell 2/1/21 | US-0009200 | | | | |
| 7206 | Registered Vehicles Report for Lauren Handy | US-0009183 | | | | |
| 7207 | FBI 302: redacted patient medical information 1/18/21 | US-0009181 | | | | |
| 7208 | FBI 302: redacted report 1/9/21 | US-0009179 | | | | |
| 7209 | FBI 302: redacted report 12/31/20 | US-0009177 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 7210 | FBI 302: report on Jay Smith 12/11/20 | US-0009175 | | | | |
| 7211 | FBI 302: report on John Hinshaw 12/11/20 | US-0009173 | | | | |
| 7212 | FBI 302: report on Jean Marshall 12/11/20 | US-0009172 | | | | |
| 7213 | FBI 302: report on Paulette Harlow 12/11/20 | US-0009171 | | | | |
| 7214 | FBI 302: report on western digital 1.5TB HDD, Serial WMAZA3968838 11/9/20 | US-0009170 | | | | |
| 7215 | FBI 302: redacted report dated 11/3/2 | US-0009169 | | | | |
| 7216 | FBI 1087: redacted report on receipt of 2112 F St NW 1st Floor camera footage 10/26/20 | US-0009167 | | | | |
| 7217 | FBI 302: report on John Harlow 10/26/20 | US-0009166 | | | | |
| 7218 | FBI 1087: Evidence collected from Washington Surgi-Center 10/22/20 | US-0009163 | | | | |
| 7219 | FBI 302: redacted report on GJ subpoena for Lauren Handy's cell phone and toll records 11/28/22 | US-0009161 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 7220 | FBI 302: redacted report on GJ subpoena for Lauren Handy's cell phone and toll records 11/28/22 | US-0009159 | | | | |
| 7221 | FBI 302: redacted report on GJ subpoena for Herb Geraghty's cell phone and toll records 10/26/22 | US-0009157 | | | | |
| 7222 | FBI 302: redacted report on GJ subpoena for Herb Geraghty's cell phone and toll records 10/26/22 | US-0009156 | | | | |
| 7223 | FBI 1036: redacted report on Herb Geraghty 10/26/22 | US-0009154 | | | | |
| 7224 | FBI 1036: redacted report of Herb Geraghty 10/26/22 | US-0009150 | | | | |
| 7225 | FBI 302: redacted report of Herb Geraghty 10/24/22 | US-0009148 | | | | |
| 7226 | FBI 1057: arrest report of Heather Idoni 10/10/22 | US-0009147 | | | | |
| 7227 | Facebook post live from Red Rose Rescue dated 6/29 | US-0009138 | | | | |
| 7228 | Drivers Record for Herb Geraghty | US-0009136 | | | | |
| 7229 | FBI 302: jails calls between Lauren Handy | US-0009135 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| | and Herb Geraghty dated 10/3/22 | | | | | |
| 7230 | USDC-DC 22-sw-85 Search Warrant 7/14/22 | US-0009098 | | | | |
| 7231 | FBI 999: redacted report dated 6/24/22 | US-0009096 | | | | |
| 7232 | FBI 999: redacted report dated 6/21/22 | US-0009094 | | | | |
| 7233 | Twitter page of ProlifeSF | US-0009089 | | | | |
| 7234 | Webpage of Created Equal | US-0009087 | | | | |
| 7235 | FBI 302: report on Jonathan Darnel 4/10/22 | US-0008682 | | | | |
| 7236 | USDC-DC 22-cr-00096 Arrest Warrant of Jay Smith 3/24/22 – signed by FBI agent 3/30/22 | US-0008677 | | | | |
| 7237 | USDC-DC 22-cr-00096 Arrest Warrant of Jean Marshall 3/24/22 – signed by FBI agent 4/4/22 | US-0008676 | | | | |
| 7238 | USDC-DC 22-cr-00096 Arrest Warrant of John Hinshaw 3/24/22 – signed by FBI agent on 4/1/22 | US-0008674 | | | | |
| 7239 | USDC-DC 22-cr-00096 Arrest Warrant of Heather Idoni 3/24/22 – | US-0008672 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| | signed by FBI agent on 3/30/22 | | | | | |
| 7240 | USDC-DC 22-cr-00096 Arrest Warrant of William Louis Goodman 3/24/22 – signed by FBI agent on 4/1/22 | US-0008671 | | | | |
| 7241 | Handwritten notes | US-0008643 | | | | |
| 7242 | FBI 395: Advice of Rights | US-0008641 | | | | |
| 7243 | USDC-DC 22-cr-00096 Arrest Warrant of Joan Bell 3/24/22 | US-0008640 | | | | |
| 7244 | FBI 302: arrest report on Joan Bell 4/5/22 | US-0008638 | | | | |
| 7245 | FBI 302: report on Jonathan Darnel 4/5/22 | US-0008637 | | | | |
| 7246 | DMV Drivers Record for John Hinshaw | US-0008634 | | | | |
| 7247 | DMV Drivers Record for Jay Smith | US-0008629 | | | | |
| 7248 | FBI 1023: redacted CHS Reporting Document | US-0008626 | | | | |
| 7249 | FBI 395: Advice of Rights | US-0008622 | | | | |
| 7250 | FBI 302: report on Jay Smith 4/4/22 | US-0008620 | | | | |
| 7251 | USDC-DC 22-cr-00096 Arrest Warrant of William Louis Goodman 3/24/22 | US-0008617 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 7252 | FBI 302: report on arrest of William Goodman 4/4/22 | US-0008615 | | | | |
| 7253 | USDC-DC 22-cr-00096 Arrest Warrant of Heather Idoni 3/24/22 | US-0008613 | | | | |
| 7254 | FBI 302: report on Heather Idoni 4/4/22 | US-0008612 | | | | |
| 7255 | FBI 1087: report on seizure of Lauren Handy's cell phone 4/1/22 | US-0008610 | | | | |
| 7256 | USDC-DC 22-sw-85 Search Warrant 4/1/22 | US-0008580 | | | | |
| 7257 | USDC-DC 22-cr-00096 Arrest Warrant of John Hinshaw 3/24/22 | US-0008578 | | | | |
| 7258 | FBI 395: Advice of Rights | US-0008577 | | | | |
| 7259 | FBI 302: report on John Hinshaw 4/1/22 | US-0008574 | | | | |
| 7260 | FBI 302: redacted report 3/31/22 | US-0008573 | | | | |
| 7261 | USDC-DC 22-cr-00096 Arrest Warrant of Lauren Handy 3/24/22 signed by FBI agent | US-0008572 | | | | |
| 7262 | FBI 302: report on Lauren Handy 3/31/22 | US-0008568 | | | | |
| 7263 | FBI 302: redacted report 3/30/22 | US-0008567 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 7264 | FBI 302: arrest warrant of Paulette Harlow 3/30/22 | US-0008566 | | | | |
| 7265 | USDC-DC 22-sc-818 Search Warrant 3/25/22 | US-0008535 | | | | |
| 7266 | USDC-DC 22-cr-00096 Arrest Warrant of Jonathan Darnel 3/24/22 | US-0008533 | | | | |
| 7267 | USDC-DC 22-cr-00096 Arrest Warrant of Joan Bell 3/24/22 | US-0008531 | | | | |
| 7268 | USDC-DC 22-cr-00096 Arrest Warrant of John Hinshaw 3/24/22 | US-0008529 | | | | |
| 7269 | USDC-DC 22-cr-00096 Arrest Warrant of William Louis Goodman 3/24/22 | US-0008527 | | | | |
| 7270 | USDC-DC 22-cr-00096 Arrest Warrant of Lauren Handy 3/24/22 | US-0008525 | | | | |
| 7271 | USDC-DC 22-cr-00096 Arrest Warrant of Jay Smith 3/24/22 | US-0008523 | | | | |
| 7272 | USDC-DC 22-cr-00096 Arrest Warrant of Jean Marshall 3/24/22 | US-0008521 | | | | |
| 7273 | USDC-DC 22-cr-00096 Arrest Warrant of Paula Harlow 3/24/22 | US-0008519 | | | | |
| 7274 | FBI 1057: redacted report on clarification on | US-0008470 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| | custodial interviews conducted 10/22/20 dated 3/24/22 | | | | | |
| 7275 | Report on William Louis Goodman on temporary protection order | US-0008453 | | | | |
| 7276 | FBI 302: digital copy of security video from the Alexandria Women's Health Clinic 12/7/21 | US-0008452 | | | | |
| 7277 | Handwritten notes redacted | US-0008448 | | | | |
| 7278 | Handwritten notes | US-0008442 | | | | |
| 7279 | FBI 302: redacted report | US-0008437 | | | | |
| 7280 | Handwritten notes | US-0008433 | | | | |
| 7281 | NCIC report of Lauren B Handy | US-0008421 | | | | |
| 7282 | FBI 1036: NCIC results for Lauren Handy | US-0008420 | | | | |
| 7283 | Facebook page of Lauren Handy | US-0008398 | | | | |
| 7284 | Handwritten note | US-0008397 | | | | |
| 7285 | FBI 302: redacted report 6/9/21 | US-0008395 | | | | |
| 7286 | Handwritten notes | US-0008390 | | | | |
| 7287 | FBI 302: redacted report 6/3/21 | US-0008385 | | | | |
| 7288 | FBI 302: redacted report 4/23/21 | US-0008384 | | | | |
| 7289 | FBI 395: Advise of Rights | US-0008383 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 7290 | FBI 302: interview of Ruth Heather Idoni 2/3/21 | US-0008381 | | | | |
| 7291 | FBI 302: interview of Lauren Handy 2/3/21 | US-0008379 | | | | |
| 7292 | FBI 302: interview of William Louis Goodman 2/3/21 | US-0008377 | | | | |
| 7293 | FBI 302: interview of Joan Bell 2/1/21 | US-0008375 | | | | |
| 7294 | Registered Vehicles, Wants and Warrants | US-0008357 | | | | |
| 7295 | Redacted notes | US-0008356 | | | | |
| 7296 | FBI 302: redacted patient medical information 1/18/21 | US-0008354 | | | | |
| 7297 | USDC-DC Warrant 20-sc-3431 dated 12/31/20 | US-0008320 | | | | |
| 7298 | Notes with names and incident of protests | US-0008313 | | | | |
| 7299 | FBI 302: redacted report 1/9/21 | US-0008311 | | | | |
| 7300 | FBI 302: redacted report 12/31/20 | US-0008309 | | | | |
| 7301 | Redacted notes on meeting and protest | US-0008308 | | | | |
| 7302 | FBI 302: redacted patient medical information 12/30/20 | US-0008306 | | | | |
| 7303 | Redacted notes on meeting and protest | US-0008305 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 7304 | FBI 302: redacted patient medical information 12/21/20 | US-0008303 | | | | |
| 7305 | FBI 302: interview report for Jay Smith 12/11/20 | US-0008301 | | | | |
| 7306 | FBI 302: interview report for John Hinshaw 12/11/20 | US-0008299 | | | | |
| 7307 | FBI Unclassified Physical 1A/1C Cover Sheet for Serial Export | US-0008298 | | | | |
| 7308 | FBI 302: interview report of Paulette Harlow 12/11/20 | US-0008297 | | | | |
| 7309 | Handwritten notes | US-0008295 | | | | |
| 7310 | FBI 302: redacted report 11/24/20 | US-0008293 | | | | |
| 7311 | Handwritten notes | US-0008291 | | | | |
| 7312 | FBI 302: redacted report 11/23/20 | US-0008289 | | | | |
| 7313 | Handwritten notes | US-0008284 | | | | |
| 7314 | FBI 302: redacted report 11/23/20 | US-0008281 | | | | |
| 7315 | FBI 302: redacted report 11/3/20 | US-0008279 | | | | |
| 7316 | Handwritten note | US-0008278 | | | | |
| 7317 | FBI 302: redacted report 10/29/20 | US-0008277 | | | | |
| 7318 | FBI 1087: redacted report 10/26/20 | US-0008275 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 7319 | FBI 1087: redacted report on thumb drive 10/26/20 | US-0008274 | | | | |
| 7320 | FBI 302: redacted report 10/26/20 | US-0008272 | | | | |
| 7321 | FBI 597: Receipt for Property 10/22/20 | US-0008271 | | | | |
| 7322 | FBI 1057: redacted report incident at the Washington Surgi-Clinic on 10/22/20 | US-0008266 | | | | |
| 7323 | Press release for Immediate Release regarding Washington Surgi-Clinic dated 10/22/20 | US-0008253 | | | | |
| 7324 | Facebook page from Lauren Handy dated 10/23/20 picture of arrests | US-0008252 | | | | |
| 7325 | Facebook page from Lauren Handy dated 10/22/20 | US-0008250 | | | | |
| 7326 | Ex. 13 (241_txts_from_Handy phone ).pdf | US-0008217 | | | | |
| 7327 | Ex. 12 Abbie Augustine.06-08-21.pdf | US-0008194 | | | | |
| 7328 | Ex. 11 2020-R-002384.03-24-22.MB.pdf | US-0008120 | | | | |
| 7329 | Ex. 1 (#542.1).pdf | US-0008117 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 7330 | FBI 302: Interview for records of Herb Geraghty | US-0008116 | | | | |
| 7331 | Redacted versions of financial statements and transactions | US-0007787 | | | | |
| 7332 | FBI 1057: receipt of Google records | US-0009675 | | | | |
| 7333 | FBI 302: Receipt of Verizon records | US-0009678 | | | | |
| 7334 | FBI 302: Receipt of AT&T records | US-0009731 | | | | |
| 7335 | FBI 302: Receipt of Verizon records | US-0009813 | | | | |
| 7336 | FBI 302: Receipt of T-Mobile records | US-0009829 | | | | |
| 7337 | FBI 302: Receipt of Bandwidth response | US-0009844 | | | | |
| 7338 | FBI 302: Interview of Cassie Speck on 3/5/21 | US-0009848 to 0009850 | | | | |
| 7339 | FBI 302: Interview of Ken Suke Nakamura on 3/5/21 | US-0009851 | | | | |
| 7340 | FBI 1A/1C cover sheet: documents | US-0009852 | | | | |
| 7341 | FBI 302: Interview of Courtney Forbis on 3/5/21 | US-0009853 | | | | |
| 7342 | FBI 302: Interview of Melissa Mendez on 3/5/21 | US-0009854 to 0009855 | | | | |

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | DATE | WITNESS | DATE | WITNESS |
| 7343 | FBI 302: Interview of James Blackston on 3/10/21 | US-0009864 to 0009866 | | | | |
| 7344 | FBI 1A/1C cover sheet: documents and photos provided by James Blackston | US-0009871 | | | | |
| 7345 | FBI 302: Interview of Lauren Willnow | US-0009881 | | | | |
| 7346 | FBI 1036: Record of information furnished by other agency | US-0009882 | | | | |

## VIII. SERIES 8000:  AUDIO

| EXHIBIT NO. | ITEM | BATES NO. | IDENTIFIED | | ADMITTED | |
|---|---|---|---|---|---|---|
| | | | **DATE** | **WITNESS** | **DATE** | **WITNESS** |
| 8001 | Carafem worker calling RE protesters harassing employees | US-0010114 | | | | |
| 8002 | Person at Carafem calling RE protesters | US-0010115 | | | | |