UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 22-CR-96 (CKK)** |
| | : | |
| **LAUREN HANDY, et al.** | : | |
| | : | |
| Defendants. | : | |

## GOVERNMENT'S NOTICE OF PRODUCTION

1. The Government has provided materials as provided for by 18 U.S.C. § 3500 and Fed. R. Crim. P. 26.2, with one possible exception. The Government is still reviewing the FBI agents' electronic communications to determine if they contain any producible statements and will provide any such statements as soon as the review is completed.

2. The Government has provided all potential impeachment material for the witnesses we intend to call at trial, with one possible exception. We have not yet determined whether there is any potentially impeaching material for any FBI agents, whom we intend to call as a witness at trial. Such information may be stale if it is requested too far in advance of trial. The Government has requested such information and anticipates that it will obtain and produce any such information that may exist by next week.

Respectfully submitted,

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
*/s/ Sanjay H. Patel*
SANJAY H. PATEL
IL Bar. No. 6272840
Trial Attorney
Criminal Section, Civil Rights Division
Sanjay.Patel@usdoj.gov

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052
*/s/ John Crabb Jr.*
JOHN CRABB JR.
NY Bar No. 2367670
REBECCA G. ROSS
NY Bar No. 5590666
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20001
john.d.crabb@usdoj.gov
Rebecca.Ross2@usdoj.gov
