UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 22-CR-96 (CKK)** |
| | : | |
| **LAUREN HANDY, et al.** | : | |
| | : | |
| **Defendants.** | : | |

### GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME

The United States hereby requests additional time to respond to Defendant Idoni's proposed jury instruction on defense of a third person.

On July 12, 2023, Defendant Idoni submitted a request that the jury be instructed on defense of a third person. (ECF # 288) The Court ordered the government to respond to this request by July 20, 2023. (July 14, 2023 Minute Order) The government requests that its time to respond to Defendant Idoni's jury instruction request be extended until Monday, July 24, 2023.

The government asks be allowed two additional business days to respond to the jury instruction request. We note that the request was submitted only eight days ago, the pre-trial conference is scheduled for August 8, 2023, trial is not scheduled to begin until August 9, 2023, and generally parties are provided 14 days to respond to a motion. LCrR 47 (b).

Respectfully submitted,

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

*/s/ Sanjay H. Patel*
SANJAY H. PATEL
IL Bar. No. 6272840
Trial Attorney
Criminal Section
Civil Rights Division
4 Constitution Square
150 M St. NE, 7.121
Washington, D.C. 20530
Email: Sanjay.Patel@usdoj.gov

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ John Crabb Jr.*
JOHN CRABB Jr.
NY Bar No. 2367670 (Crabb)
Assistant United States Attorney
601 D Street, NW
Washington, DC 20001
Email: John.D.Crabb@usdoj.gov

2