# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 22-CR-96 (CKK)** |
| : | |
| **LAUREN HANDY, et al.** : | |
| : | |
| **Defendants.** : | |

## ORDER

Based on the government's request for an enlargement of time to submit its response to Defendant Idoni's request for a jury instruction on defense of a third person; it is

**ORDERED**, that the government shall submit its response by 24, 2023.

**Dated**: July ___, 2023

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

cc:    counsel of record