# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAUREN HANDY, *et al.*,<br><br>Defendants. | Criminal Action No. 22-096 (CKK) |

**ORDER**
(July 25, 2023)

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**, that Defendant Handy's [159] Motion to Dismiss for Lack of Jurisdiction is **DENIED**.

**SO ORDERED**.

Dated: July 25, 2023

                                                  /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge