# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL NO. 22-CR-96 (CKK)** |
| | **:** | |
| **LAUREN HANDY,** *et al.* | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

## <u>ORDER</u>

Based on the government's motion *in limine* to exclude certain exhibits, any opposition

thereto, and the entire record in this matter; it is

**ORDERED**, that Defendant Handy's Exhibits 4-25 will not be admitted.


**Dated**:  July ___, 2023



_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

cc:      counsel of record