**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 1:22-CR-00096 (CKK)** |
| **v.** | : | |
| **LAUREN HANDY, *et al.*,** | : | |
| **Defendant.** | : | |

**DEFENDANT LAUREN HANDY'S MOTION FOR ADMISSION *PRO HAC VICE* OF STEPHEN M. CRAMPTON**

Defendant Lauren Handy ("Ms. Handy") files this motion, pursuant to Rule 83.2 of the Rules of the United States District Court for the District of Columbia, for the *pro hac vice* admission of Stephen M. Crampton, Esquire, and in support thereof states as follows:

1. Mr. Crampton is a Senior Counsel at the Thomas More Society, P.O. Box 4506, Tupelo, MS 38806, and his telephone number is (662) 255-9439. *See* Exhibit A.

2. Mr. Crampton is a member in good standing of the Mississippi bar. *See* Exhibit B. Mr. Crampton has not been denied admission, nor has he been disciplined by any Court. *See* Ex. A.

3. Mr. Crampton has reviewed and is familiar with the Local Rules of this Court.

4. Ms. Handy requests that this motion be granted so that Mr. Crampton may attend and participate in all matters on behalf of Ms. Handy.

5. The required fee for admission *pro hac vice* is being submitted with the filing of this motion.

6. This motion is made by Blerina Jasari, Esquire, who is a member in good standing of this Bar.

WHEREFORE, Defendant Lauren Handy respectfully requests that this Court enter an Order granting her motion and admitting Mr. Crampton *pro hac vice* for the purpose of representing Ms. Handy in this matter.

Respectfully Submitted,

*/s/ Blerina Jasari*

Blerina Jasari, Esquire
Dennis E. Boyle, Esquire
Boyle & Jasari
1050 Connecticut Ave, Suite 500
Washington, D.C., 20036
Email: dboyle@dennisboylelegal.com
bjasari@dennisboylelegal.com
Phone: (202) 430-1900

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of August 2023, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send an electronic notification of such filing to all counsel of record.

*/s/ Blerina Jasari*
Blerina Jasari, Esquire