# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 22-CR-96 (CKK)** |
| | : | |
| **LAUREN HANDY,** | : | |
| **JONATHAN DARNEL,** | : | |
| **PAULA "PAULETTE" HARLOW,** | : | |
| **JEAN MARSHALL,** | : | |
| **JOHN HINSHAW,** | : | |
| **HEATHER IDONI,** | : | |
| **WILLIAM GOODMAN,** | : | |
| **JOAN BELL, and** | : | |
| **HERB GERAGHTY,** | : | |
| | : | |
| **Defendants.** | : | |

## GOVERNMENT'S NOTICE OF STATUS UPDATE REGARDING STIPULATIONS

On July 11, 2023, the government emailed defense counsel for all of the Defendants and asked if they would stipulate as to the authenticity of the government's exhibits, such as video and business records. The government made clear that this would not prevent defense counsel from any other objections.

On July 28, 2023, the government sent defense counsel a proposed stipulation, attached hereto as Exhibit A. The proposed stipulation identified each exhibit by exhibit number and bates number, allowing defense counsel to easily locate each exhibit in the government's productions.

In response to emails from defense counsel, even though it was under no obligation to do so, the government organized the exhibits in the proposed stipulation and provided all defense counsel with just those exhibits. For defense counsel's convenience, the government also separately provided the certificates of authenticity for the business records listed in the proposed stipulation.

**Trial One**

It is the government's understanding that the Defendants in trial one will not stipulate unless (1) the government stipulates to all defense exhibits taken from the government's discovery productions and (2) the government provides them with an additional production of all the government exhibits.[1]

In response to the Defendants' request that the government stipulate to <u>all</u> defense exhibits taken from the government's discovery productions, the government indicated it would be open to stipulating, but requested a list of the bates numbers of any such exhibits the Defendants intend to introduce. It is worth noting that just because the government produced something, does not mean that the government endorses it. The government has not received a list of exhibits from the Defendants and thus, has not and cannot agree to this request.

In response to the Defendants' request for an additional production of all government exhibits, the government notes that every exhibit on the exhibit list was previously provided through discovery and was identified on the exhibit list by the beginning bates number. In other words, the government has already supplied the exhibits and the exhibits can easily be located through each exhibit's corresponding bates number. Nevertheless, the government indicated that the while the government filed a longer exhibit list with the Court, the exhibits listed on the stipulation are the exhibits the government intends to admit at trial, absent just a few. As such, even though the government was not required to do so, the government has provided the Defendants almost all the exhibits that it expects to admit at trial in an organized folder via USAfX yesterday. The government did so even though it is not the government's responsibility to

---

[1] With the exception of Defendant Idoni, who has indicated she is willing to agree to the government's proposed stipulation.

2

organize materials for defense counsel, let alone do so more than it already has in an effort to make trial more efficient. *See United States v. Tarantino*, 846 F.2d 1384, 1418 (D.C. Cir. 1988) (we have an adversarial criminal justice system).

### Trial Two

The government has heard from Defendant Darnel that he agrees to the government's proposed stipulation. The government has heard from Defendant Harlow that she will not agree to the government's proposed stipulation. The government has not heard from Defendant Marshall or Defendant Bell (through standby counsel).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052
*/s/ John Crabb Jr.*
JOHN CRABB JR.
NY Bar No. 2367670
REBECCA G. ROSS
NY Bar No. 5590666
Assistant United States Attorneys
john.d.crabb@usdoj.gov
Rebecca.Ross2@usdoj.gov

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
*/s/ Sanjay H. Patel*
SANJAY H. PATEL
IL Bar. No. 6272840
Trial Attorney
Criminal Section, Civil Rights Division
Email: Sanjay.Patel@usdoj.gov

## **CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the Government's Notice has been filed and served upon all parties listed on the Electronic Case Filing (ECF) System and is available for viewing and downloading from the ECF system.

DATE: August 4, 2023.

             */s/ Rebecca G. Ross*
             REBECCA G. ROSS
             Assistant United States Attorney