IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES, | ) |
| v. | ) Crim. No.22cr96 |
|  | ) Hon. Colleen Kollar-Kotelly |
| HERB GERAGHTY, | ) |
| Defendant. | ) |

## MOTION TO COMPEL DISCLOSURE OF GOVERNMENT EXHIBITS

Comes now Defendant Herb Geraghty, by counsel, and, on behalf of all defendants in Group 1, moves this Court to compel the government to disclose forthwith to counsel for the Group 1 defendants, copies of its Trial Exhibits.

Counsel for the defendants have requested more than once that the government provide copies of the Government's Exhibits because such is normally the practice, because the Court has ordered such, and primarily because the discovery provided by the government has been voluminous (i.e., multiple terabytes) and cumbersome in the extreme.  In response to repeated requests,[1] the government yesterday sent a USAfx link which undersigned has not yet managed to open.  Consequently, undersigned cannot say whether the data accessible through the link presents the government's exhibits in discrete documents arranged in conformity with the government's exhibit list, whether the exhibits are the only content in the data accessed…  The government's discovery disclosures to date have been unwieldy in the extreme.  If these are any guide, the latest link promises to be no better.

To require defendants' counsel, at this late stage, to seek from any database the items reflected in the government's List of Trial Exhibits – all of which have presumably already been

---

[1] See attached, undersigned's email of yesterday to counsel for the government, representative of defense efforts at a collaborative dialogue with the government.

1

parsed by the government - imposes an unfair burden on the defendants and materially impedes counsels' representation.

In order to spare a Group 1 defendant from having to seek a continuance consequent to the government's dilatory performance, Defendant respectfully requests the government be compelled to disclose to defendants' counsel pdf copies of its Trial Exhibits no later than 9:00 a.m. on Sunday the 6th and hard copies to counsel's offices no later than 9:00 a.m. on Monday the 7th.

Respectfully Submitted,

HERB GERAGHTY
By Counsel

_____/s/_____
John C. Kiyonaga

510 King Street, Ste. 400
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 836-4285
E-mail: john@johnckiyonagaa.com

Counsel for the Defendant

Certificate of Electronic Service

I hereby certify that on August 4, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

_____/s/_____
John C. Kiyonaga