**john@johnckiyonaga.com**

| | |
|---|---|
| **From:** | John Kiyonaga <jkiyonaga@earthlink.net> |
| **Sent:** | Friday, August 4, 2023 12:11 PM |
| **To:** | John Kiyonaga |
| **Subject:** | Fwd: Government Exhibits |

Sent from my iPhone

Begin forwarded message:

> **From:** John Kiyonaga <jkiyonaga@earthlink.net>
> **Date:** August 3, 2023 at 2:58:26 PM EDT
> **To:** Sanjay Patel <Sanjay.Patel@usdoj.gov>
> **Cc:** Martin Cannon <mcannon@thomasmoresociety.org>, Alfred Guillaume <ag3law@gmail.com>, Dennis Boyle <dboyle@dennisboylelegal.com>, Steve Crampton <scrampton@thomasmoresociety.org>, Blerina Jasari <bjasari@dennisboylelegal.com>, Howard Walsh <hwalshesq@gmail.com>, Robert Dunn <rjdunn928@yahoo.com>
> **Subject: Government Exhibits**
>
> Sanjay
>
> All of the Group 1 defendants are agreeable to stipulating to the Government's Exhibits in toto with two caveats:
>
> 1. That the government stipulate to the authenticity of any defense exhibits drawn from the government's discovery disclosures; and
>
> 2. That we receive post haste the Government's Exhibits (the discovery you have provided is far too voluminous and difficult to access to expect us to seek out your exhibits ourselves - moreover, I've never had a case where the government has failed to provide its exhibits).
>
> I have been deputed to move the court to compel disclosure of your exhibits - but I would rather not.
>
> Please advise.
>
> Thanks
>
> John
>
> Sent from my iPhone