UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL NO. 22-CR-96 (CKK) |
| | : |
| LAUREN HANDY, | : |
| JONATHAN DARNEL, | : |
| PAULA "PAULETTE" HARLOW, | : |
| JEAN MARSHALL, | : |
| JOHN HINSHAW, | : |
| HEATHER IDONI, | : |
| WILLIAM GOODMAN, | : |
| JOAN BELL, and | : |
| HERB GERAGHTY, | : |
| | : |
| Defendants. | : |

**DECLARATION OF STEPHEN M. CRAMPTON IN FURTHER SUPPORT OF ADMISSION PRO HAC VICE**

COMES NOW Stephen M. Crampton, pursuant to the Court's Minute Order dated August 2, 2023, and certifies that he has familiarized himself with the Local Rules of the United States District Court for the District of Columbia. Counsel further certifies that he has submitted his registration for e-filing via PACER, which registration is still pending as of this morning, August 7, 2023. The PACER E-File Registration page indicates that counsel's request is "pending action by the court." Counsel states that promptly upon approval of his registration for e-filing he will file his Notice of Appearance in this action.

This the 7th day of August, 2023.

/s/Stephen M. Crampton
Stephen M. Crampton

Respectfully submitted,

<u>/s/ Blerina Jasari</u>
Blerina Jasari, Esquire
Dennis E. Boyle, Esquire
Boyle & Jasari
1050 Connecticut Ave, Suite 500
Washington, D.C., 20036
Email: dboyle@dennisboylelegal.com
bjasari@dennisboylelegal.com
Phone: (202) 430-1900

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2023, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send an electronic notification of such filing to all counsel of record.

<u>/s/Blerina Jasari</u>
Blerina Jasari, Esquire