AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-CR-00096 (CKK) |
| LAUREN HANDY, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Lauren Handy.

Date:    08/07/2023

/s/Stephen M. Crampton
*Attorney's signature*

Stephen M. Crampton
*Printed name and bar number*

PO Box 4506
Tupelo, MS  38803

*Address*

*E-mail address*

(662) 255-9439
*Telephone number*

(312) 782-1887
*FAX number*