IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | )<br>)<br>) |
| v. | ) Crim. No.22cr96<br>) Hon. Colleen Kollar-Kotelly |
| HERB GERAGHTY,<br>    Defendant. | )<br>)<br>) |

NOTICE OF OBJECTION (CORRECTED)

Comes now Defendant Herb Geraghty, by counsel, and notices his objection to the Court's Order Regarding COVID Procedures (Doc 321) as violating Defendant's rights under the Fifth and Sixth Amendments to effective representation and a fair trial.

Face masks impede air flow rendering speech difficult as well as comprehension of the speaker's words. Moreover, the jury is deprived of a signal component of its normal evaluative process when it cannot see a speaker's (accused, counsel or witness) full face.

Respectfully Submitted,

HERB GERAGHTY
By Counsel
_____/s/_____
John C. Kiyonaga
510 King Street, Ste. 400
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonagaa.com

Counsel for the Defendant

Certificate of Electronic Service

I hereby certify that on August 7, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.
_____/s/_____
John C. Kiyonaga

1