IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 22-CR-96 (CKK)** |
| | : | |
| **LAUREN HANDY,** | : | |
| **JONATHAN DARNEL,** | : | |
| **PAULA "PAULETTE" HARLOW,** | : | |
| **JEAN MARSHALL,** | : | |
| **JOHN HINSHAW,** | : | |
| **HEATHER IDONI,** | : | |
| **WILLIAM GOODMAN,** | : | |
| **JOAN BELL, and** | : | |
| **HERB GERAGHTY,** | : | |
| | : | |
| Defendants. | : | |

**GOVERNMENT'S NOTICE OF SIGNED DECLARATIONS**

On August 3, 2023, Defendant Idoni moved *in limine* to preclude testimony by government witness Caroline Davis. ECF No. 332. This Court denied Defendant Idoni's motion but ordered the government to "file (1) a sworn affidavit from Ms. Davis' current counsel confirming that Ms. Davis waives any purported conflict between defense counsel's prior representation of Ms. Davis and defense counsel's current representation of Defendant here, and (2) a sworn declaration executed by Ms. Davis attesting to this waiver and demonstrating informed consent." ECF No. 350. The government hereby provides notice of its filing of those signed declarations, which are attached hereto as Exhibit A.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052
*/s/ John Crabb Jr.*
JOHN CRABB JR.
NY Bar No. 2367670
REBECCA G. ROSS
NY Bar No. 5590666
Assistant United States Attorneys
john.d.crabb@usdoj.gov
Rebecca.Ross2@usdoj.gov

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
*/s/ Sanjay H. Patel*
SANJAY H. PATEL
IL Bar. No. 6272840
Trial Attorney
Criminal Section, Civil Rights Division
Email: Sanjay.Patel@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the Government's Notice has been filed and served upon all parties listed on the Electronic Case Filing (ECF) System and is available for viewing and downloading from the ECF system.

DATE: August 11, 2023.

                                        */s/ Rebecca G. Ross*
                                        REBECCA G. ROSS
                                        Assistant United States Attorney