# EXHIBIT A

I, James Waske, hereby attest to the following:

1) I am a lawyer in good standing licensed to practice in the State of Michigan.

2) I currently represent Ms. Caroline Davis in *United States v. Zastrow*, No. 2:23-cr-20100 (E.D. Mich. Feb. 15, 2023).

3) Ms. Davis was previously represented by Mr. Robert Dunn in a Michigan State matter, which involved a women's reproductive health clinic. *Sterling Heights v. Davis*, Case No. 2020-SH-229396-OM (Mich. Dist. Ct. 41A).

4) Ms. Davis has signed a plea agreement in the Eastern District of Michigan, case no. 23-cr-20100, before the Honorable Matthew J. Leitman.

5) As part of Ms. Davis' signed plea agreement, Ms. Davis has agreed to cooperate with the government, which may include testifying in *United States v. Handy, et al.*, case no. 22-cr-00096-CKK, in the District Court for the District of Columbia.

6) Ms. Davis is aware Mr. Dunn currently represents Ms. Heather Idoni, a defendant in case no. 22-cr-00096-CKK, and that this could create a potential conflict.

7) Ms. Davis and I have discussed that potential conflict and Ms. Davis knowingly and voluntarily agrees to waive 1) any privilege she holds with regards to communications with Mr. Dunn and 2) any potential conflict that Mr. Dunn's representation of Ms. Idoni in case no. 22-cr-00096-CKK may present.

8) After discussing this matter with Ms. Davis, Ms. Davis also knowingly and voluntarily agrees that Mr. Dunn can continue to represent Ms. Idoni.

9) After discussing this matter with Ms. Davis, Ms. Davis also knowingly and voluntarily agrees that Mr. Dunn can challenge her if she is called to testify in case no. 22-cr-00096-CKK.

_____
James Waske

Date   August 8, 2023

Sworn to and subscribed to before me this 8th day of August, 2023

_____
Sharon A. Payne, Notary Public
Oakland County, Michigan
My commission expires:   11-2-2028

I, Caroline Davis, hereby attest to the following:

1) I am represented by James Waske, in *United States v. Zastrow*, No. 2:23-cr-20100 (E.D. Mich. Feb. 15, 2023).

2) I was previously represented by Mr. Robert Dunn in a Michigan State matter, which involved a women's reproductive health clinic. *Sterling Heights v. Davis*, Case No. 2020-SH-229396-OM (Mich. Dist. Ct. 41A).

3) I have signed a plea agreement in the Eastern District of Michigan, case no. 23-cr-20100, before the Honorable Matthew J. Leitman.

4) As part of my signed plea agreement, I have agreed to cooperate with the government, which may include testifying in *United States v. Handy, et al.*, case no. 22-cr-00096-CKK in the District Court for the District of Columbia.

5) I am aware Mr. Dunn currently represents Ms. Heather Idoni, a defendant in case no. 22-cr-00096-CKK, and that this could create a potential conflict.

6) I have discussed that potential conflict with my lawyer, Mr. Waske, and I knowingly and voluntarily agree to waive 1) any privilege I hold with regards to my communications with Mr. Dunn and 2) any potential conflict that Mr. Dunn's representation of Ms. Idoni in case no. 22-cr-00096-CKK may present.

7) After discussions with Mr. Waske, I also knowingly and voluntarily agree that Mr. Dunn can continue to represent Ms. Idoni in in case no. 22-cr-00096-CKK.

8) After discussions with Mr. Waske, I also knowingly and voluntarily agree that Mr. Dunn can challenge me if I am called to testify in case no. 22-cr-00096-CKK.

_____     _____8/9/23_____
Caroline Davis                                         Date