### **Freedom of Access to Clinic Entrances ("FACE") Act—COUNT TWO**

You need not unanimously find that a Defendant used force <u>and</u> physical obstruction to find that the Government proved this first element.  But to find that the Government proved this element, you must unanimously agree that the Government proved beyond a reasonable doubt that a Defendant used either force, physical obstruction, or both by indicating so on the Verdict.  In other words, you may find that the Government proved this element if you unanimously agree that a Defendant used only force, or you unanimously agree that a Defendant used only physical obstruction, or you unanimously agree that a Defendant used both force and physical obstruction.