UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | CRIMINAL NO. 22-CR-96 (CKK) |
| : | |
| LAUREN HANDY, : | |
| JOHN HINSHAW, : | |
| HEATHER IDONI, : | |
| WILLIAM GOODMAN, and : | |
| HERB GERAGHTY, : | |
| : | |
| Defendants.  : | |

**JURY VERDICT FORM**

**DEFENDANT LAUREN HANDY**

**COUNT ONE**

With respect to the offense of Conspiracy Against Rights, we the jury find Defendant Lauren Handy

_____ Guilty          _____ Not Guilty

**COUNT TWO**

With respect to the offense of Clinic Access Obstruction, we the jury find Defendant Lauren Handy

_____ Guilty          _____ Not Guilty

Special Findings:

With respect to Count Two, we the jury make the following Special Findings:

Force:

    Guilty: _____      Not Guilty: _____

Physical Obstruction:

    Guilty: _____      Not Guilty: _____

**DEFENDANT JOHN HINSHAW**

## COUNT ONE

With respect to the offense of Conspiracy Against Rights, we the jury find Defendant John Hinshaw

_____ Guilty      _____ Not Guilty

## COUNT TWO

With respect to the offense of Clinic Access Obstruction, we the jury find Defendant John Hinshaw

_____ Guilty      _____ Not Guilty

Special Findings:

With respect to Count Two, we the jury make the following Special Findings:

Force:

            Guilty: _____            Not Guilty: _____

Physical Obstruction:

            Guilty: _____            Not Guilty: _____

**DEFENDANT HEATHER IDONI**

## COUNT ONE

With respect to the offense of Conspiracy Against Rights, we the jury find Defendant Heather Idoni

_____ Guilty            _____ Not Guilty

## COUNT TWO

With respect to the offense of Clinic Access Obstruction, we the jury find Defendant Heather Idoni

_____ Guilty            _____ Not Guilty

<u>Special Findings</u>:

With respect to Count Two, we the jury make the following Special Findings:

Force:

            Guilty: _____            Not Guilty: _____

Physical Obstruction:

Guilty: _____     Not Guilty: _____

**DEFENDANT WILLIAM GOODMAN**

## **COUNT ONE**

With respect to the offense of Conspiracy Against Rights, we the jury find Defendant William Goodman

_____ Guilty     _____ Not Guilty

## **COUNT TWO**

With respect to the offense of Clinic Access Obstruction, we the jury find Defendant William Goodman

_____ Guilty     _____ Not Guilty

Special Findings:

With respect to Count Two, we the jury make the following Special Findings:

Force:

Guilty: _____     Not Guilty: _____

Physical Obstruction:

Guilty: _____     Not Guilty: _____

**DEFENDANT HERB GERAGHTY**

## **COUNT ONE**

With respect to the offense of Conspiracy Against Rights, we the jury find Defendant Herb Geraghty

_____ Guilty                           _____ Not Guilty

## COUNT TWO

With respect to the offense of Clinic Access Obstruction, we the jury find Defendant Herb Geraghty

_____ Guilty                           _____ Not Guilty

Special Findings:

With respect to Count Two, we the jury make the following Special Findings:

Force:

        Guilty: _____                    Not Guilty: _____

Physical Obstruction:

        Guilty: _____                    Not Guilty: _____