UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.                                                          Case No. 1:22-CR-00096-7-CKK

LAUREN HANDY, *et al.*

Defendants

### DEFENDANT LAUREN HANDY'S WAIVER OF RIGHT TO APPEAR FOR JURY INSTRUCTIONS

Defendant Lauren Handy ("Ms. Handy"), by and through undersigned counsel, waives her right to appear for the discussion of jury instructions, which is currently scheduled for August 23, 2023, at 3:00 p.m.  Ms. Handy is unable to attend the discussion due to medical reasons.  Counsel for the government has been advised of her waiver and does not oppose Ms. Handy's waiver.

Dated: August 23, 2023

_____
Lauren Handy

Respectfully Submitted

_____
Dennis E. Boyle
Blerina Jasari
Boyle & Jasari
1050 Connecticut Ave, NW
Suite 500
Washington, D.C. 20036
(202) 798-7600
Email: dboyle@boylejasari.com
        bjasari@boylejasari.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on this date via the ECF system which sent notification to all parties on record.