IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : <br> : <br> : Case No. 1:22-CR-00096 (CKK) |
| v. | : <br> : |
| **LAUREN HANDY** | : <br> : |
| **Defendant.** | : <br> : |

### [PROPOSED] ORDER

Upon consideration of Defendant Lauren Handy's Emergency Motion for Reconsideration of Order of Detention Pending Imposition of Sentence, it is

**ORDERED**, that the Motion is **GRANTED**. It is further **ORDERED**, that Defendant Lauren Handy be released from detention immediately.


Date: _____          _____
                               Colleen Kollar-Kotelly
                               United States Judge