# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 22-CR-96 (CKK)** |
| : | |
| **LAUREN HANDY,** : | |
| **JOHN HINSHAW,** : | |
| **HEATHER IDONI,** : | |
| **WILLIAM GOODMAN, and** : | |
| **HERB GERAGHTY,** : | |
| : | |
| **Defendants.** : | |

## MOTION FOR ENLARGEMENT OF TIME

The United States of America hereby requests additional time to respond to Defendants' Emergency Motion for Reconsideration of Detention Pending Imposition of Sentence [ECF #387], filed earlier today, on August 30, 2023. This Court has ordered the Government to respond no later than today at 5:00 p.m. The government respectfully asks for additional time to respond and asks this Court to move the government's response deadline to tomorrow, August 31, 2023, at 10:00 a.m.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052
*/s/ John Crabb Jr.*
JOHN CRABB JR.
NY Bar No. 2367670
REBECCA G. ROSS
NY Bar No. 5590666
Assistant United States Attorneys
john.d.crabb@usdoj.gov
Rebecca.Ross2@usdoj.gov

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
*/s/ Sanjay H. Patel*
SANJAY H. PATEL
IL Bar. No. 6272840
Trial Attorney
Criminal Section, Civil Rights Division
Email: Sanjay.Patel@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the Government's Notice has been filed and served upon all parties listed on the Electronic Case Filing (ECF) System and is available for viewing and downloading from the ECF system.

DATE: August 30, 2023.

                                               */s/ Rebecca G. Ross*
                                               REBECCA G. ROSS
                                               Assistant United States Attorney