IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 22-CR-96 (CKK)** |
| | : | |
| **LAUREN HANDY,** | : | |
| **JOHN HINSHAW,** | : | |
| **HEATHER IDONI,** | : | |
| **WILLIAM GOODMAN, and** | : | |
| **HERB GERAGHTY,** | : | |
| | : | |
| **Defendants.** | : | |

# ORDER

Based on the government's request for an enlargement of time to respond to Defendants' Emergency Motion for Reconsideration of Order of Detention Pending Imposition of Sentence [ECF #387]; it is

**ORDERED**, that the government shall submit its response to Defendant's Emergency Motion for Reconsideration of Order of Detention Pending Imposition of Sentence by August 31, 2023, at 10:00 a.m.

**Dated**: August ___, 2023

_____
COLLEEN KOLLAR-KOTELLY
United States District Court