# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. 22-CR-96
)
Lauren Handy )

**NOTICE OF APPEAL**

Name and address of appellant: Lauren Handy
William G. Truesdale Adult Detention Center
2001 Mill Rd
Alexandria, VA 22314

Name and address of appellant's attorney: Dennis E. Boyle
Boyle & Jasari
1050 Connecticut Ave, NW, Suite 500
Washington, D.C. 20036

Offense: 18 U.S.C. § 241 (Conspiracy Against Rights); 18 U.S.C. §§ 248(a)(1), 2 (Clinic Access Obstruction)

Concise statement of judgment or order, giving date, and any sentence:

Memorandum Opinion and Order Denying Emergency Motion for Reconsideration of Order of Detention Pending Imposition of Sentence, August 31, 2023.

Name and institution where now confined, if not on bail: William G. Truesdale Adult Detention Center

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

August 31, 2023                          /s/ Lauren Handy
DATE                                     APPELLANT
                                         /s/ Dennis E. Boyle
                                         ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  [ ]
CJA, NO FEE           [ ]
PAID USDC FEE         [ ]
PAID USCA FEE         [ ]

Does counsel wish to appear on appeal?                      YES [✓]   NO [ ]
Has counsel ordered transcripts?                            YES [ ]   NO [✓]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [ ]   NO [✓]