IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | ) |
| v. | ) Crim. No.22cr96 |
| | ) Hon. Colleen Kollar-Kotelly |
| HERB GERAGHTY | ) |
| Alexandria Adult Detention Center | ) |
| 2001 Mill Road | ) |
| Alexandria, VA 22314, | ) |
|     Defendant. | ) |

NOTICE OF APPEAL

Comes now Defendant Herb Geraghty, by counsel, and notices his appeal of the Memorandum Opinion and Order of this Court (Doc 397) denying Defendants' Emergency Motions for Reconsideration of Order of Detention Pending Imposition of Sentence (Docs 387 and 389). This appeal is not pursuant to the 1984 Sentencing Reform Act.

Respectfully Submitted,

HERB GERAGHTY
By Counsel
_____/s/_____
John C. Kiyonaga

510 King Street, Ste. 400
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonagaa.com

Counsel for Appellant

Certificate of Electronic Service

I hereby certify that on Sept. 1, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.
_____/s/_____
John C. Kiyonaga