UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Crim. No.: 22-96 (CKK)** |
| v.  : | |
| : | |
| **HERB GERAGHTY et al.,** : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S RESPONSE TO MOTION FOR FURLOUGH

The United States of America does not oppose Defendant Geraghty's motion for furlough [Doc. # 423], and apologizes to the Court and the defendant for any inconvenience caused by this late response.

Respectfully submitted,

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
*/s/ Sanjay H. Patel*
SANJAY H. PATEL
IL Bar. No. 6272840
Civil Rights Division
4 Constitution Square
150 M St. NE, 7.121
Washington, D.C. 20530

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052
*/s/ John Crabb Jr.*
JOHN CRABB Jr.
NY Bar No. 2367670
Assistant United States Attorney
601 D Street, NW
Washington, DC 20001
Email: John.D.Crabb@usdoj.gov