UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| Plaintiff (s) | ) | CRIMINAL NO.: 22-096 (CKK) |
| | ) | |
| VS. | ) | |
| | ) | |
| **LAUREN HANDY** | ) | |
| **JOHN HINSHAW** | ) | |
| **HEATHER IDONI** | ) | |
| **WILLIAM GOODMAN** | ) | |
| **HERB GERAGHTY** | ) | |

## Counsel's Acknowledgments Concerning Trial Exhibits

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the courtroom deputy and have agreed on what exhibits will be submitted to the jury during deliberations.

_____
Counsel for Government

_____
Counsel for Defendant LAUREN HANDY

_____
Counsel for Defendant JOHN HINSHAW

_____
Counsel for Defendant HEATHER IDONI

_____
Counsel for Defendant WILLIAM GOODMAN

_____
Counsel for Defendant HERB GERAGHTY

8/29/23
_____
DATE