United States of America

vs.

Lauren Handy, et al.

Civil/Criminal No. 22-CR-96 (CKK)

- [✓] Government
- [ ] Plaintiff
- [ ] Defendant
- [ ] Joint
- [ ] Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1001 | Clinic Surveillance Video Clip | 8-16-23 | 8-16-23 | Compton | 8-25-23 |
| 1002 | Clinic Surveillance Video Clip | | | | |
| 1003 | Clinic Surveillance Video Clip | | | | |
| 1004 | Clinic Surveillance Video Clip | 8-16-23 | 8-16-23 | Jones | 8-25-23 |
| 1005 | Clinic Surveillance Video Clip | | | | |
| 1006 | Clinic Surveillance Video Clip | | | | |
| 1007 | Clinic Surveillance Video Clip | | | | |
| 1008 | Clinic Surveillance Video | 8-16-23 | 8-16-23 | Jones | 8-25-23 |
| 1009 | MPD BWC Video Clip | 8-16-23 | 8-16-23 | Whyte | " |
| 1010 | MPD BWC Video Clip | 8-16-23 | 8-16-23 | Khans | " |

United States of America

vs.

Lauren Handy, et al.

Civil/Criminal No. 22-CR-96 (CKK)

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1011 | MPD BWC Video Clip | 8-16-23 | 8-16-23 | Jones | 8-25-23 |
| 1012 | MPD BWC Video Clip | 8-16-23 | 8-16-23 | Whyte | |
| 1013 | MPD BWC Video Clip | 8-16-23 | 8-16-23 | Whyte | |
| 1014 | MPD BWC Video Clip | 8-16-23 | 8-16-23 | Whyte | |
| 1015 | MPD BWC Video Clip | 8-16-23 | 8-16-23 | Whyte | |
| 1016 | MPD BWC Video | 8-16-23 | 8-16-23 | Jones | |
| 1017 | Darnel Livestream Video Clip | 8-21-23 | 8-21-23 | Buscardi | |
| 1018 | Darnel Livestream Video Clip | 8-17-23 | 8-17-23 | Buscardi | |
| 1019 | Darnel Livestream Video Clip | 8-17-23 | 8-17-23 | Buscardi | 8-25-23 |
| 1020 | Darnel Livestream Video Clip | | | | |

United States of America

vs.

Lauren Handy, et al.

Civil/Criminal No. 22-CR-96 (CKK)

Government ✓
Plaintiff
Defendant
Joint
Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1021 | Darnel Livestream Video Clip | | | | |
| 1022 | Darnel Livestream Video Clip | 8-17-23 | 8-17-23 | Biscardi | 8-25-23 |
| 1023 | Darnel Livestream Video Clip | 8-17-23 | 8-17-23 | Biscardi | / |
| 1024 | Darnel Livestream Video Clip | 8-21-23 | 8-21-23 | Biscardi | 8-25-23 |
| 1025 | Darnel Second Livestream Video Clip | | | | |
| 1026 | Darnel Second Livestream Video Clip | 8-21-23 | 8-21-23 | Biscardi | 8-25-23 |
| 1027 | Darnel Second Livestream Video Clip | | | | |
| 1028 | Darnel Second Livestream Video Clip | | | | |
| 1029 | Darnel Livestream Video | | | | |
| 1030 | Darnel Second Livestream Video | | | | |

United States of America

vs.

Lauren Handy, et al.

Civil/Criminal No. 22-CR-96 (CKK)

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1079B | Clinic Surveillance Video Clip #2 | 8-17-23 | 8-17-23 | Hollan | 8-25-23 |
| 1080 | Clinic Surveillance Video | | | | |
| 1081 | Clinic Surveillance Video | | | | |
| 1082 | Clinic Surveillance Video | | | | |
| 1083 | Clinic Surveillance Video | | | | |
| 1084 | Clinic Surveillance Video | | | | |
| 1085 | Video of Chained Blockaders | | | | |
| 1086 | Video of Nurse's Ankle | | | | |
| 1087 | Darnel Second Livestream Video Clip | | | | |
| 1088 | Darnel Second Livestream Video Clip | | | | |

United States of America

vs.

Lauren Handy, et al.

Civil/Criminal No. 22-CR-96 (CKK)

Government ✓
Plaintiff
Defendant
Joint
Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1119 | Video of people in lobby (Washington Surgi- Clinic) | | | | |
| 1120 | Video of protesters inside hallway | | | | |
| 1121 | Video from car | | | | |
| 1122 | MPD BWC video clip | | | | |
| 1123 | Video outside of Alexandria Sheriff's Office | | | | |
| 1124 | Maryland BWC video | 8-21-23 | 8-21-23 | Digilio | 8-25-23 |
| 2001 | PAAU Santangelo Letter Photograph | | | | |
| 2002 | [Intentionally left blank] | | | | |
| 2003 | PAAU Santangelo Letter Photograph | | | | |
| 2004 | Protest Photograph | | | | |

United States of America

vs.

Lauren Handy, et al.

Civil/Criminal No. 22-CR-96 (CKK)

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 2005 | DC Area Anti-Abortion Advocacy Facebook Photograph | | | | |
| 2006 | Photo of people sitting in lobby (Washington Surgi-Clinic) | | | | |
| 2007 | Photo of ankle (Washington Surgi- Clinic) | 8-16-23 | 8-16-23 | Compton | 8-25-23 |
| 2008 | Photo of people sitting in lobby (Washington Surgi-Clinic) | | | | |
| 2009 | Photo of people sitting in lobby (Washington Surgi-Clinic) | | | | |
| 2010 | Photo of ankle (Washington Surgi- Clinic) | 8-16-23 | 8-16-23 | Compton | 8-25-23 |
| 2011 | Photo of ankle (Washington Surgi- Clinic) | | | | |
| 2012 | Photo of group of people meeting in office | | | | |
| 2013 | Photo of group of people standing for a group photo | | | | |
| 2014 | Photo of group of people meeting in office | | | | |

United States of America

vs.

Lauren Handy, et al.

Civil/Criminal No. 22-CR-96 (CKK)

- [✓] Government
- [ ] Plaintiff
- [ ] Defendant
- [ ] Joint
- [ ] Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 2015 | Photos of Defendants | 8-17-23 | 8-17-23 | Honaker | 8-25-23 |
| 2016 | Photos of ankle – photos taken from home | 8-16-23 | 8-16-23 | Compton | |
| 3001 | DC Area Anti-Abortion Advocacy Facebook Page | 8-17-23 | 8-17-23 | Biscardi | |
| 3002 | DC Area Anti-Abortion Advocacy Facebook Page | 8-17-23 | 8-17-23 | Biscardi | |
| 3003 | DC Area Anti-Abortion Advocacy Facebook Page | 8-17-23 | 8-17-23 | Biscardi | |
| 3004 | Lauren Handy Facebook Page | 8-17-23 | 8-17-23 | Biscardi | |
| 3005 | Lauren Handy Facebook Page | 8-16-23 | 8-16-23 | Davis | |
| 3006 | Lauren Handy Facebook Page | 8-17-23 | 8-17-23 | Biscardi | 8-25-23 |
| 3007 | Lauren Handy Facebook Page | 8-17-23 | | Biscardi | |
| 3008 | PAAU Press Release | | | | |

United States of America

vs.

Lauren Handy, et al.

Civil/Criminal No. 22-CR-96 (CKK)

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 4001 | L. Handy Forensic Examination | | | | |
| 4001A | L. Handy Forensic Examination | 8-17-23 | 8-17-23 | Bucardi | 8-25-23 |
| 5001 | Herb Geraghty and Lauren Handy Cell Information Aci B & O information | 8-17-23 | 8-17-23 | Bucardi | |
| 5002 | Payment Information | 8-17-23 | 8-17-23 | Bucardi | 8-25-23 |
| 5003 | Cell Data | | | | |
| 5004 | Financial Information | | | | |
| 5005 | AT&T Records Information | | | | |
| 5006 | AT&T Email | | | | |
| 5007 | AT&T Cell Records | | | | |
| 5008 | AT&T Cell Records | | | | |

United States of America

vs.

Lauren Handy, et al.

Civil/Criminal No. 22-CR-96 (CKK)

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 5049 | Verizon Records | | | | |
| 5050 | Verizon Records | | | | |
| 5051 | Verizon Records | | | | |
| 5052 | Verizon Records | | | | |
| 5053 | Hazel Jenkins Appointment Information | 8-16-23 | 8-16-23 | Compton | 8.25.23 |
| 5054 | Jonathan Darnel Gmail Information | | | | |
| 5055 | Jonathan Darnel Gmail Information | | | | |
| 5056 | Jonathan Darnel Gmail Information | | | | |
| 5057 | Jonathan Darnel Gmail Information | | | | |
| 5058 | Jonathan Darnel Gmail Information | | | | |

United States of America

Civil/Criminal No. 22-CR-96 (CKK)

vs.

Lauren Handy, et al.

- [✓] Government
- [ ] Plaintiff
- [ ] Defendant
- [ ] Joint
- [ ] Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 5059 | Jonathan Darnel Gmail Information | | | | |
| 5060 | Jonathan Darnel Gmail Information | | | | |
| 5061 | Jonathan Darnel Gmail Information | | | | |
| 5062 | Jonathan Darnel Gmail Information | | | | |
| 5063 | Jonathan Darnel Facebook Information | | | | |
| 5064 | Jonathan Darnel Facebook Information | | | | |
| 5065 | Jonathan Darnel Facebook Information | | | | |
| 5066 | Jonathan Darnel Facebook Information | 8-17-23 | 8-17-23 | Biccardi | 8-25-23 |
| 5067 | Jonathan Darnel Facebook Information | | | | |
| 5068 | Jonathan Darnel Facebook Information | | | | |

United States of America

vs.

Lauren Handy, et al.

Civil/Criminal No. 22-CR-96 (CKK)

- [✓] Government
- [ ] Plaintiff
- [ ] Defendant
- [ ] Joint
- [ ] Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 5069 | Jonathan Darnel Facebook Information | | | | |
| 5070 | Jonathan Darnel Facebook Information | 8-17-23 | 8-17-23 | Biscardi | 8.25.23 |
| 5071 | Jonathan Darnel Facebook Information | | | | |
| 5072 | Jonathan Darnel Facebook Information | 8-17-23 | 8-17-23 | Biscardi | 8.25.23 |
| 5073 | DC Area Anti-Abortion Advocacy Facebook Information | | | | |
| 5074 | DC Area Anti-Abortion Advocacy Facebook Information | | | | |
| 5075 | DC Area Anti-Abortion Advocacy Facebook Information | | | | |
| 5076 | DC Area Anti-Abortion Advocacy Facebook Information | | | | |
| 5077 | DC Area Anti-Abortion Advocacy Facebook Information | | | | |
| 5078 | DC Area Anti-Abortion Advocacy Facebook Information | | | | |

United States of America

vs.

Lauren Handy, et al.

Civil/Criminal No. 22-CR-96 (CKK)

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 5079 | Lauren Handy Facebook Information | | | | |
| 5080 | Lauren Handy Facebook Information | | | | |
| 5081 | Lauren Handy Facebook Information | | | | |
| 5082 | Lauren Handy Facebook Information | | | | |
| 5083 | Lauren Handy Facebook Information | 8-17-28 | 8-17-28 | Nondeer | 8-25-23 |
| 5084 | Lauren Handy Facebook Information | | | | |
| 5085 | Lauren Handy Facebook Information | | | | |
| 5086 | Lauren Handy Facebook Information | | | | |
| 5087 | Lauren Handy Facebook Information | | | | |
| 5088 | Lauren Handy Facebook Information | | | | |

United States of America

vs.

Lauren Handy, et al.

Civil/Criminal No. 22-CR-96 (CKK)

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 5089 | Lauren Handy Facebook Information | | | | |
| 5090 | Lauren Handy Facebook Information | | | | |
| 5091 | Lauren Handy Facebook Information | 8-17-23 | 8-17-23 | Biscardi | 8.25.23 |
| 5092 | Verizon Records | | | | |
| 5093 | Verizon Records | | | | |
| 5094 | Verizon Records | | | | |
| 5095 | Verizon Records | | | | |
| 5096 | Verizon Records | | | | |
| 5097 | Verizon GJ202203018 7812 subpoena return: excel sheet | | | | |
| 5098 | Verizon GJ202203018 7812 subpoena return: excel sheet | | | | |

United States of America

vs.

Lauren Handy, et al.

Civil/Criminal No. 22-CR-96 (CKK)

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7359 | Shrewsbury Investigation Report (Christopher Moscinski & Joan Bell) | | | | |
| 8001 | Carafem worker calling RE protesters harassing employees | | | | |
| 8002 | Person at Carafem calling RE protesters | | | | |
| 7360 | Plea Agreement of Ms. Davis | 8-17-23 | 8-17-23 | Davis | 8.25.23 |