CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

LAUREN HANDY, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, HERB GERAGHTY

Civil/Criminal No.: 22-096 (CKK)

## NOTE FROM JURY

Instruction # 24

What's the meaning under the law of "oppress" and intimidate?

Date: 8/25/2023
Time: 11:52am

FOREPERSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAUREN HANDY, *et al.*,<br><br>Defendants. | Criminal Action No. 22-096 (CKK) |

**RESPONSE TO NOTE**
(August 25, 2023)

The Court responds to the following question from the jury:

> What's the meaning under the law of "oppress" and "intimidate" in Instruction No. 24 as it relates to Count One.

The Court provides the following answer:

> The words "oppress" and "intimidate" are not used in any technical sense, but cover a variety of conduct intended to harm, frighten, punish, prevent, or obstruct a person's exercise or enjoyment of a right guaranteed by the laws of the United States.

Dated: August 25, 2023

                                                  COLLEEN KOLLAR-KOTELLY
                                                  United States District Judge

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

LAUREN HANDY, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, HERB GERAGHTY

Civil/Criminal No.: 22-096 (CKK)

## NOTE FROM JURY

- Cannot get exhibit 1001 to play.

Date: 8/25/23
Time: 12:21 PM

FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

LAUREN HANDY, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, HERB GERAGHTY

Civil/Criminal No.: 22-096 (CKK)

### NOTE FROM JURY

Regarding Count Two special findings, is "Force" limited to physical force or can forceful language/yelling be considered force?

Dear Jury,
The answer is No.
Judge C Kolla-Kotly   8/25/23

Date: 8/25/2023
Time: 1:56 pm

FOREPERSON

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

LAUREN HANDY, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, HERB GERAGHTY

Civil/Criminal No.: 22-096 (CKK)

### NOTE FROM JURY

We are not going to make a decision before 5pm today.

Date: 8/25/2023
Time: 4:44pm

FOREPERSON

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

LAUREN HANDY, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, HERB GERAGHTY

Civil/Criminal No.: 22-096 (CKK)

## NOTE FROM JURY

We're having technical trouble playing video evidence.

Date: 8/29/2023

Time: 10:31 am

FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

LAUREN HANDY, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, HERB GERAGHTY

Civil/Criminal No.: __22-096 (CKK)__

### NOTE FROM JURY

We have a verdict

Date: 8/29/2023

Time: 1:05pm

FOREPERSON