# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAUREN HANDY, *et al.*,<br><br>Defendants. | Criminal Action No. 22-096 (CKK) |

**ORDER**
(November 16, 2023)

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**, that Defendant Idoni's [415] Motion to Dismiss Count 1 Pursuant to Rule 29 is **DENIED**. It is further

**ORDERED**, that Defendant Geraghty's [452] Motion for Dismissal Pursuant to Fed. R. Crim. P. 29 is **DENIED**. It is further

**ORDERED**, that Defendant Hinshaw's [454] Supplemental Motion for Judgment of Acquittal is **DENIED**. It is further

**ORDERED**, that Defendants Handy, Hinshaw, Goodman, and Geraghty's [455] Motion for Judgment of Acquittal is **DENIED**. It is further

**ORDERED**, that Defendant Goodman's [456] Supplemental Motion for Dismissal Pursuant to Fed. R. Crim. P. 29 is **DENIED**. It is further

**ORDERED**, that Defendant Darnel's oral motion for judgment of acquittal is **DENIED**. It is further

**ORDERED**, that Defendant Bell's *pro se* oral motion for judgment of acquittal is **DENIED**.

**SO ORDERED**.

Dated: November 16, 2023

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge