UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 22-CR-96 (CKK)** |
| | : | |
| **LAUREN HANDY,** | : | |
| **JONATHAN DARNEL,** | : | |
| **JEAN MARSHALL,** | : | |
| **JOHN HINSHAW,** | : | |
| **HEATHER IDONI,** | : | |
| **WILLIAM GOODMAN,** | : | |
| **JOAN BELL, and** | : | |
| **HERB GERAGHTY,** | : | |
| Defendants. | : | |

## JOINT STATUS REPORT PROPOSING SCHEDULE FOR SUBMISSION OF SENTENCING MEMORANDA

The parties hereby submit this joint status report as ordered by the Court:

1. Presentence reports as to Defendants Handy, Darnel, Marshall, Hinshaw, Idoni, Goodman, Bell, and Geraghty are due February 21, 2024. (*See* Minute Order, Nov. 16, 2023).

2. The parties have agreed to simultaneous submissions of sentencing memoranda, due March 6, 2024.

3. The parties have agreed that reply memoranda are due March 13, 2024.

4. Sentencing hearings to be determined by the Court beginning week of March 25, 2024.

Respectfully submitted,

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

*/s/ Sanjay H. Patel*
SANJAY H. PATEL
IL Bar. No. 6272840
Trial Attorney

Criminal Section
Civil Rights Division
4 Constitution Square
150 M St. NE, 7.121
Washington, D.C. 20530
Email: Sanjay.Patel@usdoj.gov

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/John Crabb*
JOHN CRABB, Jr.
NY Bar No. 2367670 (Crabb)
REBECCA ROSS
NY Bar No. 5590666
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20001
Email: John.D.Crabb@usdoj.gov
         Rebecca.Ross2@usdoj.gov