# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>LAUREN HANDY,<br>JONATHAN DARNEL,<br>JEAN MARSHALL,<br>JOHN HINSHAW,<br>HEATHER IDONI,<br>WILLIAM GOODMAN,<br>JOAN BELL, and<br>HERB GERAGHTY,<br><br>        Defendants. | Criminal Action No. 22-096 (CKK) |

**ORDER**
(December 1, 2023)

Upon consideration of the parties [482] Joint Status Report Proposing a Schedule for Submission of Sentencing Memoranda, and taking into account the time needed for the United States Probation Office to prepare and finalize the Presentence Investigation Reports for these eight Defendants, it is this 1st day of December 2023, hereby

ORDERED that the following schedule apply:

The Probation Office shall file its final Presentence Report by March 29, 2024.

The parties shall file their Sentencing Memoranda by April 12, 2024.

The parties shall file their Reply Memoranda by April 19, 2024.

Defendant Lauren Handy's Sentencing is set for May 14, 2024 at 9:00 a.m.

Defendant John Hinshaw's Sentencing is set for May 14, 2024 at 11:00 a.m.

Defendant Heather Idoni's Sentencing is set for May 14, 2024 at 1:30 p.m.

Defendant William Goodman's Sentencing is set for May 14, 2024, at 3:00 p.m.

Defendant Herb Geraghty's Sentencing is set for May 15, 2024 at 9:00 a.m.

Defendant Jonathan Darnel's Sentencing is set for May 15, 2024 at 11:00 a.m.

Defendant Jean Marshall's Sentencing is set for May 15, 2024 at 1:30 p.m.

Defendant Joan Bell's Sentencing is set for May 15, 2024 at 3:00 p.m.

2

All sentencings will be held in Courtroom 28A.

**SO ORDERED**.

_____/s/_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE