UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 22-CR-96 (CKK)** |
| | : | |
| **LAUREN HANDY, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

### GOVERNMENT'S GLOBAL RESPONSE TO DRAFT PRESENTENCE REPORTS

The United States, hereby, submits the following comments on each of the defendants' draft Presentence Reports.

First, with respect to the Vulnerable Victim Adjustment, USSG § 3A1.1(b)(1), the government believes that both Shampy Holler and Ashley Jones qualify as vulnerable victims. *See* USSG § 3A1.1(b)(1), app. n. 2 ("For purposes of subsection (b), 'vulnerable victim' means a person (A) who is a victim of the offense of conviction and *any conduct for which the defendant is accountable under §1B1.3 (Relevant Conduct)*") (emphasis added).   (To be clear, we are not suggesting that the adjustment should be applied for each victim.)

Second, with respect to the Victim Restraint Adjustment, USSG § 3A1.3, we believe that it should be applied to the Offense Level calculations for both Counts 1 and 2 because neither offense "hinge(s)" on whether the victim was restrained.   *See, e.g., United States v. Johnson*, 492 F.3d 254, 257–58 (4th Cir. 2007).

Respectfully submitted,

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
*/s/ Sanjay H. Patel*
SANJAY H. PATEL
IL Bar. No. 6272840
Trial Attorney
Criminal Section, Civil Rights Division
Email: Sanjay.Patel@usdoj.gov

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052
*/s/ John Crabb Jr.*
JOHN CRABB JR.
NY Bar No. 2367670
REBECCA G. ROSS
NY Bar No. 5590666
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20001
john.d.crabb@usdoj.gov