# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 1:22-CR-00096 (CKK) |
| LAUREN HANDY | : |
| Defendant. | : |

## DEFENDANT LAUREN HANDY'S UNOPPOSED MOTION
## FOR ENLARGEMENT OF TIME

Defendant Lauren Handy ("Ms. Handy"), by and through undersigned counsel, respectfully moves this Court for an order granting an enlargement of time in which to file her sentencing memorandum by one (1) week. In support of her Motion, Ms. Handy states as follows:

1. The current deadline to file sentencing memoranda is April 12, 2024.

2. Undersigned counsel requests additional time to research and review the issues regarding sentencing and gather additional mitigation materials.

3. Counsel for the government advised that the government does not object to an enlargement of time if it is permitted to file its reply on April 26, 2024.

**WHEREFORE**, based upon the foregoing, Defendant Lauren Handy respectfully requests that this Court grant her motion for an enlargement of time, and that she may file her sentencing memorandum on April 19, 2024.

Date: April 11, 2024                                             Respectfully submitted,

                                                                 */s/ Martin A. Cannon*
                                                                 Martin A. Cannon (Admitted *Pro Hac Vice*)
                                                                 Stephen M. Crampton (Admitted *Pro Hac Vice*)

Thomas More Society
10506 Burt Circle, Suite 110
Omaha, Nebraska 68114
Email:  mcannon@thomasmoresociety.org
       scrampton@thomasmoresociety.org
Phone: (402) 690-1484


*/s/ Dennis E. Boyle*
Dennis E. Boyle, Esquire
Blerina Jasari, Esquire
Boyle & Jasari
1050 Connecticut Ave, Suite 500
Washington, D.C., 20036
Email:  dboyle@boylejasari.com
       bjasari@boylejasari.com
Phone: (202) 430-1900

*Counsel for Defendant Lauren Handy*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 11th day of April 2024, I electronically filed the foregoing Motion and proposed Order with the Clerk of Court using the CM/ECF system, which will send an electronic notification of such filing to all counsel of record.

                                            */s/ Dennis E. Boyle*
                                            Dennis E. Boyle, Esquire