**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 1:22-CR-00096 (CKK)** |
| v. | : | |
| | : | |
| **LAUREN HANDY** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

<u>**[PROPOSED] ORDER**</u>

Upon consideration of Defendant Lauren Handy's Motion for Enlargement of Time, it is

hereby, **ORDERED**, that the Motion is **GRANTED**.

Date: _____                    _____
                                         Colleen Kollar-Kotelly
                                         United States Judge