USA Exhibit A

**GOVERNMENT EXHIBIT 5083**

**Photo ID**

1218068611901961

**Author** Juan Bustos (Facebook: 100003774983044)
**Sent** 2020-09-06 01:12:34 UTC
**Body** Smh trump is a clown.

**Thread** (10155325347444663)
**Current** 2021-02-03 21:50:56 UTC
**Participants** Will Goodman (Facebook: 665644662)
Lauren Handy (Facebook: 100002561006660)

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-15 22:16:44 UTC
**Body** Will missed your call.

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-15 22:16:54 UTC
**Body** Hey! Trying to call u

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-15 22:17:07 UTC
**Body** Can you call me to see if it will go through that way

**Author** Will Goodman (Facebook: 665644662)
**Sent** 2020-10-15 22:29:49 UTC
**Body** I will try when i get a sec.

**Author** Will Goodman (Facebook: 665644662)
**Sent** 2020-10-15 22:30:26 UTC
**Body** I also wondered if you will be writing "ACAB" on your hands or anywhere?

**Author** Will Goodman (Facebook: 665644662)
**Sent** 2020-10-15 22:30:39 UTC
**Body** Sorry for all of the questions.

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-15 22:31:00 UTC
**Body** No I won't be writing that

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-15 22:31:12 UTC
**Body** Questions are fine

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-16 00:06:46 UTC
**Body** Will

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-16 00:07:20 UTC

**Body**
I want to be able to address these questions quickly. Can you borrow someone's phone? Or have you tried calling me

**Author** Will Goodman (Facebook: 665644662)
**Sent** 2020-10-16 02:52:22 UTC
**Body** Sorry.  Been busy.

**Author** Will Goodman (Facebook: 665644662)
**Sent** 2020-10-16 02:52:31 UTC
**Body** Can i call you in 10 or 20?

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-16 02:53:11 UTC
**Body** Let's talk tomorrow. I'm in bed about to sleep

**Author** Will Goodman (Facebook: 665644662)
**Sent** 2020-10-16 02:53:35 UTC
**Body** Ok. Sorry to bother you.

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-16 02:53:44 UTC
**Body** It's all gods!

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-16 02:53:51 UTC
**Body** good*** lol

**Author** Will Goodman (Facebook: 665644662)
**Sent** 2020-10-16 02:54:08 UTC
**Body** You can send messages too. Or voicemail if we are unable to connect.

**Author** Will Goodman (Facebook: 665644662)
**Sent** 2020-10-16 02:54:21 UTC
**Body** But i will try calling you when i get a signal.

**Author** Will Goodman (Facebook: 665644662)
**Sent** 2020-10-16 02:54:26 UTC
**Body** Im on wifi now

**Author** Will Goodman (Facebook: 665644662)
**Sent** 2020-10-16 02:54:33 UTC
**Body** Goodnight and God bless you

**Author** Will Goodman (Facebook: 665644662)
**Sent** 2020-10-16 02:54:46 UTC
**Body** Will sent a GIF from Tenor GIF Keyboard.
**Attachments** gif-3648102105213956 (3648102105213956)
**Type** image/gif
**Size**
**URL** https://interncache-frc.fbsbx.com/v/t59.2708-21/24294644_1652481721481782_6932067938614640640_n.gif?ccb=2&_nc_sid=041f46&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbnRpcdHkvbWVzc2FnZV9hbmltYXRpYXRlZF9pbWFnZSJ9&_nc_ht=interncache-frc.fbsbx.com&oh=25219f2a69c6ae64bbf5cfadd8f06be3&oe=601CBD6B



**Photo ID** 3648102105213956

**Thread** (10153790032471167)
**Current** 2021-02-03 21:50:56 UTC
**Participants** Jonathan Darnel (Facebook: 579981166)
Lauren Handy (Facebook: 100002561006660)

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-09-01 18:47:08 UTC
**Body** I'm telling people about the upcoming Zoom Friday night (6 pm? 7 pm?) but if you don't have an agenda yet we can always delay it.

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-01 22:28:05 UTC
**Body** You sent a photo.
**Attachments** image-3491850387500208 (3491850387500208)
**Type** image/jpeg
**Size** 83753
**URL** https://interncache-frc.fbcdn.net/v/t1.15752-9/p 843x403/118407776_3491850437500203_1599 284455469338055_n.jpg?ccb=2&_nc_sid=73a6

a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2Nsa
WVudC9pbW9nZW46RFlJTWVkaWWFVdGIscyJ9&_n
c_ad=z-m&_nc_cid=0&_nc_ht=interncache-frc&t
p=6&oh=5bf46565c67ca2f4f956a4ecbf4a8740
&oe=60421F91

US-0003018

## New Activity

 **Jonathan Darnel** shared a link.                          •••
🌐 Visual Storyteller · 6 hrs · 🔳

PS Print has a 65% off sale going on until Labor Day!
If you have something that needs printing this is
probably the cheapest you'll be able to do it for a
while!

[http://links.psprint.mkt5647.com/servlet/MailView?
ms=Njg3MDczMjES1&r=NDQ4MjUwMjU4... See More



LINKS.PSPRINT.MKT5647.COM
**Labor Day Savings: up to 65% off!**

**Photo ID** 3491850387500208

**Author**
Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-01 22:28:28 UTC
**Body** Someone messaged me saying it looks like you got hacked because this post looks like spam

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-02 15:23:34 UTC
**Body** Quick Zoom agenda

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-02 15:23:36 UTC
**Body** What is Rescue in the broad sense
What is Rescue in the narrow
-Quick History

Types:
Traditional
Red Rose Rescue

People Rescue for many reasons
Resons for Rescues:
-The Results
-The Political
-The Spiritual

Rolls — as I explain  keep in mind that there are different part

What does a RRR look like from start to finish — omitting court details
— general Rescue principles
— finish means during arrest and in jail house holding

Rolls— explain in detail

what does the court proceedings look like
— general Rescue principles

Consequences

quick overview

questions

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-09-02 15:28:26 UTC
**Body** Seems pretty good.  We should include some quotes perhaps from Foreman's book and go over the FACE act quickly (it's a very short document). Is "Father" Imbarrato attending this?  Is so he could discuss his hopes for influencing the president through DC rescues.

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-02 15:35:40 UTC
**Body** this is a rough draft -- I'll flesh it out more

Fr. Stephen and Monica will not be invited -- this is local brain storming and they will dominate the convo

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-09-02 15:38:43 UTC
**Body**  also can you make a Zoom account so I can add you as a host

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-09-02 15:40:50 UTC
**Body**  also also this is the registration for the zoom meeting. An email is sent to me and I approve each person. Then they get an email for the password

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-09-02 15:40:52 UTC
**Body**  https://us02web.zoom.us/meeting/register/tZYpcuGvrz4qHdMwU5q IXvY0BZI90xbHm5bM
**Share**  **Date Created**  2020-09-02 15:40:52 UTC
**Summary**  Overview, Discussion, and Questions for having a Red Rose Rescue in Virginia
**Title**  Welcome! You are invited to join a meeting: Red Rose Rescue 2020. After registering, you will receive a confirmation email about joining the meeting.
**Url**  https://us02web.zoom.us/meeting/register/tZYpc uGvrz4qHdMwU5qIXvY0BZI90xbHm5bM

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-09-02 15:41:38 UTC
**Body**  so send the link out via your email list and personally message and private groups

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-09-02 15:41:52 UTC
**Body**  no public links

**Author**  Jonathan Darnel (Facebook: 579981166)
**Sent**  2020-09-02 15:49:27 UTC
**Body**  Can you remove the DC4A logo?  I mean, if it's not too much trouble.  DC4A isn't an organization.

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-09-02 15:49:45 UTC
**Body**  RRR isnt either

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-09-02 15:50:06 UTC
**Body**  Mercy Missions is the only org

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-09-02 15:50:29 UTC
**Body**  I can still change just let me know

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-09-02 15:50:56 UTC
**Body**  I added you to show its a local coalition

**Author**  Jonathan Darnel (Facebook: 579981166)
**Sent**  2020-09-02 15:51:54 UTC
**Body**  I understand.  I guess it doesn't matter that much.

**Author**
        Lauren Handy (Facebook: 100002561006660)
  **Sent** 2020-09-02 15:52:00 UTC
  **Body** ok

**Author** Lauren Handy (Facebook: 100002561006660)
  **Sent** 2020-09-02 15:52:24 UTC
  **Body** also when you make your zoom account tell me which email you
        used so I can make you a host

**Author** Jonathan Darnel (Facebook: 579981166)
  **Sent** 2020-09-02 15:53:57 UTC
  **Body** getseriouschurch.com
  **Share**   **Date Created** 2020-09-02 15:53:57 UTC
        **Summary** Why is abortion still legal in the US? The answer
            has more to do with Christian apathy than
            secular wickedness. It's time to get serious
            church.
          **Title** Revelation 3:2 Project, Get Serious Church
           **Url** http://www.getseriouschurch.com/

**Author** Jonathan Darnel (Facebook: 579981166)
  **Sent** 2020-09-02 15:54:06 UTC
  **Body** that one

**Author** Lauren Handy (Facebook: 100002561006660)
  **Sent** 2020-09-02 15:55:17 UTC
  **Body** thanks

**Author** Lauren Handy (Facebook: 100002561006660)
  **Sent** 2020-09-02 15:55:56 UTC
  **Body** You sent a photo.
**Attachments** image-733850674126565 (733850674126565)
      **Type** image/jpeg
      **Size** 47771
      **URL** https://interncache-frc.fbcdn.net/v/t1.15752-9/1
           18771321_733850677459898_46593847462755
           16776_n.png?ccb=2&_nc_sid=73a6a0&efg=eyJ
           1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pb
           W9nZW46RFlJTWVkaWFFVdGIscyJ9&_nc_ad=z-m
           &_nc_cid=0&_nc_ht=interncache-frc&oh=fe13f4
           995d09ef1fbae17dd1cdbd961a&oe=604184B5

Alternative Hosts

jonathan.darnel@getseriouschurch.com

jonathan.darnel@getseriouschurch.com is not associated with
a Zoom account.

**Photo ID** 733850674126565

**Author** Jonathan Darnel (Facebook: 579981166)

US-0003022

**Sent**
2020-09-02 15:57:07 UTC
**Body** I guess my own Zoom account doesn't use that address. Will that cause issues or not?

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-02 15:57:28 UTC
**Body** no it wont -- I need the email you use to login

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-09-02 15:59:34 UTC
**Body** I use jwd_ww@yahoo.com. Do I need to re-register?

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-02 15:59:47 UTC
**Body** no -- dont do anything else

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-09-02 16:00:09 UTC
**Body** Best advice I ever received

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-02 16:00:38 UTC
**Body** You sent a photo.
**Attachments** image-314583686663540 (314583686663540)
**Type** image/jpeg
**Size** 26439
**URL** https://interncache-frc.fbcdn.net/v/t1.15752-9/1
18765112_314583689996873_84429328794524
50145_n.png?ccb=2&_nc_sid=73a6a0&efg=eyJ
1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pb
W9nZW46RFlJTWVkaWFFVdGlscyJ9&_nc_ad=z-m
&_nc_cid=0&_nc_ht=interncache-frc&oh=081bb
039c70c63e87719fab6598fbcf6&oe=60406E91

jwd_ww@yahoo.com

jwd_ww@yahoo.com is not associated with a Zoom account.

**Photo ID** 314583686663540

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-02 16:01:02 UTC
**Body** offically annoyed -- I'll add you manually once the meeeting starts

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-02 16:01:25 UTC
**Body** the day of the zoom meeting use your get serious church email invite

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-09-02 16:02:05 UTC

**Body**

Okay ....

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-02 16:03:04 UTC
**Body** alright I have errands to run ttfn

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-02 16:03:40 UTC
**Body** oh -- I'm going to message the DC people you focus on MD and VA

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-09-03 16:30:15 UTC
**Body** Jonathan sent a photo.
**Attachments** image-362487418097122 (362487418097122)
**Type** image/jpeg
**Size** 25615
**URL** https://interncache-frc.fbcdn.net/v/t1.15752-9/p
843x403/118835672_362487524763778_40068
6030552515289_n.jpg?ccb=2&_nc_sid=73a6a0
&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaW
VudC9pbW9nZW46RFljTWVkaWFVdGIscyJ9&_nc_
ad=z-m&_nc_cid=0&_nc_ht=interncache-frc&tp
=6&oh=185b871e077f6b2bad62d2a4333ae203
&oe=603F1C68

US-0003024



**Photo ID**

362487418097122

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-03 16:31:46 UTC
**Body** Thank you!!!!

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-03 16:31:52 UTC
**Body** How much is it?

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-09-03 16:32:12 UTC
**Body** $25 supposedly

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-03 16:32:24 UTC
**Body** Cool beans

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-09-03 17:09:44 UTC
**Body** Treat yourself to some warm beans this time.   You've earned it.

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-09-03 19:54:41 UTC
**Body** Will everyone need to create a Zoom password to register for the call tomorrow?  Probably not, right?  They just go to the link provided?

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-04 13:46:53 UTC
**Body** They just go to the link provided and register

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-09-04 23:25:26 UTC
**Body** Jonathan sent a photo.
**Attachments** image-384768289184937 (384768289184937)
**Type** image/jpeg
**Size** 99487
**URL** https://interncache-frc.fbcdn.net/v/t1.15752-0/p 600x600/118848552_384768292518270_84529 05256414730806_n.jpg?ccb=2&_nc_sid=73a6a 0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2Nsa WVudC9pcmxnZW46ZW46RFIJTWVkaWFVdGlscyJ9&_n c_ad=z-m&_nc_cid=0&_nc_ht=interncache-frc&t p=6&oh=aa0be47d815fbe293d55e38298f730cc &oe=6041A48B

US-0003026



**Photo ID**  384768289184937

**Author** Jonathan Darnel (Facebook: 579981166)
  **Sent** 2020-09-04 23:25:26 UTC
  **Body** Wah!  Your face was dumb the whole time.

**Author** Lauren Handy (Facebook: 100002561006660)
  **Sent** 2020-09-04 23:25:40 UTC
  **Body** 🙁🙁

**Author** Lauren Handy (Facebook: 100002561006660)
  **Sent** 2020-09-04 23:25:54 UTC
  **Body** Jonathan missed your call.

**Author** Lauren Handy (Facebook: 100002561006660)
  **Sent** 2020-09-07 16:12:11 UTC
  **Body** Juan keeps taking over ProLife group chats and adding proaborts

**Author** Lauren Handy (Facebook: 100002561006660)
  **Sent** 2020-09-07 16:12:45 UTC
  **Body** He is creating chaos and it's 50% and 50% annoying

**Author** Lauren Handy (Facebook: 100002561006660)
  **Sent** 2020-09-07 16:12:58 UTC
  **Body** 50% funny

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-09-07 16:16:08 UTC
**Body** Just leave the chats.  He can't join them if we don't let him in.

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-09-07 21:47:01 UTC
**Body** The 25th is better for the Zoom call, but Saturday the 26th is okay, too, so long as it's after, say, 4 PM.  The Graham event is in the late morning Saturday.

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-08 02:44:40 UTC
**Body** I'll pick the 25th

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-11 17:09:01 UTC
**Body** hey!

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-11 17:09:18 UTC
**Body** here is the event registration link: https://us02web.zoom.us/meetin
g/register/tZYsc-GrrDsuE9JEaHtjaNOH-jDsEEgKKcVN
**Share** **Date Created** 2020-09-11 17:09:18 UTC
**Summary** Sponsored by Mercy Missions our discussion will focus on the history and current efforts to further non-violent direct action within the ProLife Movement. We will explore the question, "How can we as prolifers use these tactics to save babies, close abortion facilities and end government sanctioned....
**Title** Welcome! You are invited to join a meeting: 2020 ProLife Direct Action . After registering, you will receive a confirmation email about joining the meeting.
**Url** https://us02web.zoom.us/meeting/register/tZYsc-GrrDsuE9JEaHtjaNOH-jDsEEgKKcVN

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-11 17:10:18 UTC
**Body** also I am making this event public so post everywhere

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-11 17:35:34 UTC
**Body** just shared it to a couple groups --- I'll do more later and also personally invite people

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-12 19:57:10 UTC
**Body** You didn't tell me your thoughts on what a made. Is it fine? Do I need to make edits?

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-12 19:57:31 UTC
**Body** Not saying I'm going to listen. I'd just like to know

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-09-13 22:18:43 UTC

**Body**
    If you have figured out how to incorporate telephone calls to the Zoom, make sure to mention that on the invite. Also I would use the word "rescue" in the title somewhere and "civil disobedience" in the description. Not too many people understand what is meant by "direct action" but the idea of deliberately breaking the law is sexy. In fact you should probably add a brief definition of red rose rescue and traditional rescue in the description.

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-13 23:23:53 UTC
**Body** You are not allowed to say the word sexy

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-09-13 23:55:51 UTC
**Body** That conversation was lit.

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-14 00:34:59 UTC
**Body** 🌹🌹🌹🌹

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-15 18:41:53 UTC
**Body** I'm going to be in DC October 6-10th

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-16 20:16:12 UTC
**Body** https://www.facebook.com/events/3023190504476638/?ti=icl
**Share**   **Date Created** 2020-09-16 20:16:12 UTC
      **Title** Demand Action from the US Department of Justice: File on Planned Parenthood
      **Url** https://www.facebook.com/events/30231905044 76638/

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-16 20:16:26 UTC
**Body** Can you help me get people to this event?

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-09-16 20:17:07 UTC
**Body** Maybe ...

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-16 20:17:14 UTC
**Body** Lol ok?

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-09-17 21:18:25 UTC
**Body** I posted about next Friday's Zoom to several dozen groups and will mention it in all my mass emails this week. Also at the church repent Sunday.

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-18 21:24:06 UTC
**Body** Thanks!

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-18 21:24:56 UTC

**Body**   I just shared a PowerPoint I'm working on in Google Drive — this is what I'm thinking of going over — the beginning is explaining Forman's arguments

**Author**   Lauren Handy (Facebook: 100002561006660)
**Sent**   2020-09-18 21:35:04 UTC
**Body**   Can you also promote the event at the DOJ office? Are you going? I think it would be a good opportunity to witness to the mix of prolifers who will be there

**Author**   Lauren Handy (Facebook: 100002561006660)
**Sent**   2020-09-18 21:43:35 UTC
**Body**   Also we have 17 signed up so far

**Author**   Jonathan Darnel (Facebook: 579981166)
**Sent**   2020-09-19 11:44:11 UTC
**Body**   What was the decision last night?

**Author**   Lauren Handy (Facebook: 100002561006660)
**Sent**   2020-09-19 19:49:14 UTC
**Body**   Send me a recent activism photo of you for the PowerPoint

**Author**   Lauren Handy (Facebook: 100002561006660)
**Sent**   2020-09-19 19:49:23 UTC
**Body**   Right now it looks like this:

**Author**   Lauren Handy (Facebook: 100002561006660)
**Sent**   2020-09-19 19:49:31 UTC
**Body**   You sent a photo.
**Attachments**   image-330407731524549 (330407731524549)
**Type**   image/jpeg
**Size**   97947
**URL**   https://interncache-frc.fbcdn.net/v/t1.15752-0/p600x600/119728143_330407808191208_1946555325062681680_n.jpg?ccb=2&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RFJJJTWVkaWFFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-frc&tp=6&oh=cc0f098461229d4e1b894f79bdef0e1a&oe=603F2423



**Photo ID** 330407731524549

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-19 19:49:50 UTC
**Body** I think I spelled your name right. I never remember

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-09-19 20:37:07 UTC
**Body** That will do

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-19 20:44:55 UTC
**Body** Perfect

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-09-20 18:49:12 UTC
**Body** Wait until after this weekend and then I'll set about promoting the
October 8 thing.  People get confused if I talk about to many
events at once.

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-20 19:29:28 UTC
**Body** Sounds good. Thanks

**Author**
      Jonathan Darnel (Facebook: 579981166)
**Sent**  2020-09-25 01:04:29 UTC
**Body**  The design of the presentation looks good.  Phil should be joining
      us tomorrow.  I spoke with him about it today.

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-09-25 01:04:48 UTC
**Body**  Ok cool — I'll finish up my slides

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-09-25 01:05:08 UTC
**Body**  Are you happy where yours are placed and their topics?

**Author**  Jonathan Darnel (Facebook: 579981166)
**Sent**  2020-09-25 01:07:42 UTC
**Body**  So far, yes.  Thank you.

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-09-25 16:29:52 UTC
**Body**  Have you finished your slides? I've been at the abortion center all
      morning and just getting back

**Author**  Jonathan Darnel (Facebook: 579981166)
**Sent**  2020-09-25 16:30:58 UTC
**Body**  No,  but i certainly will

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-09-25 16:31:51 UTC
**Body**  No prob — I still have mine to finish up

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-09-25 16:32:13 UTC
**Body**  5:30pm your time can I call you to go over last min details

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-09-25 16:32:37 UTC
**Body**  Baby was saved today — mom texted me saying she was keeping
      him

**Author**  Jonathan Darnel (Facebook: 579981166)
**Sent**  2020-09-25 16:33:18 UTC
**Body**  Good job

**Author**  Jonathan Darnel (Facebook: 579981166)
**Sent**  2020-09-25 16:33:31 UTC
**Body**  You wasn't too do a dry rub away maybe 3:30?

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-09-25 16:33:45 UTC
**Body**  Your time?

**Author**  Jonathan Darnel (Facebook: 579981166)
**Sent**  2020-09-25 16:34:00 UTC
**Body**  Yep

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-09-25 16:34:02 UTC
**Body**  From 3-4pm my time I have work for Survivors

**Author**
    Jonathan Darnel (Facebook: 579981166)
**Sent**  2020-09-25 16:34:15 UTC
**Body**  Okay, what about 4:15?

**Author**  Jonathan Darnel (Facebook: 579981166)
**Sent**  2020-09-25 16:34:29 UTC
**Body**  My time. Oh wait

**Author**  Jonathan Darnel (Facebook: 579981166)
**Sent**  2020-09-25 16:34:38 UTC
**Body**  Well, maybe you recommend a time

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-09-25 16:35:02 UTC
**Body**  5pm your time

**Author**  Jonathan Darnel (Facebook: 579981166)
**Sent**  2020-09-25 16:35:56 UTC
**Body**  Okay, if you're comfortable with that. This needn't be the last such zoom anyway

**Author**  Jonathan Darnel (Facebook: 579981166)
**Sent**  2020-09-30 17:35:49 UTC
**Body**  I'll try to recruit for the RRR tonight.

**Author**  Jonathan Darnel (Facebook: 579981166)
**Sent**  2020-10-01 20:10:03 UTC
**Body**  Got a couple YES answers for logistical help outside the abortion mill on the 22nd, but a big fat NO from Ron, who has a doctor's appointment that morning in Kingstown. He says he'd get over there as fast as he can, though.

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-10-02 16:41:42 UTC
**Body**  That's good news. Thank you

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-10-02 16:42:01 UTC
**Body**  Can you come out the 8th for the DOJ protest?

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-10-06 10:17:53 UTC
**Body**  Can you bring your bullhorn for the 8th?

**Author**  Jonathan Darnel (Facebook: 579981166)
**Sent**  2020-10-06 10:19:45 UTC
**Body**  Sure

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-10-06 10:20:23 UTC
**Body**  Cool. Thanks.

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-10-06 10:20:33 UTC
**Body**  On my way to the airport right now

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-10-07 01:44:40 UTC

**Body**
    I'm doing night projection activism tomorrow and it looks like everyone is gonna meet up also downtown

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-07 01:44:47 UTC
**Body** Did you want to join?

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-10-07 13:03:24 UTC
**Body** Tonight?  No, I'll be at Ron's

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-07 13:05:36 UTC
**Body** Oh yeah lol

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-07 13:49:32 UTC
**Body** I have to go to NC but I'm still planning on doing the Rescue

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-10-07 14:18:22 UTC
**Body** ?????

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-10-15 15:50:41 UTC
**Body** Hello.  Hope your trip was fine.  and you didn't cut yourself/break bones/lose something important/get assaulted/kidnapped/have a mental breakdown.

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-10-15 15:51:22 UTC
**Body** If there is any danger that you might still be incurring overdraft fees from your bank please check your donations and fix the problem.

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-10-15 15:52:09 UTC
**Body** Also, question:  Katherine Adelaid apparently has gone to law school.  I don't know if she passed the BAR in MD.  She wants to attend the Rescue.  Is that okay or should i leave her out of it for her own good?

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-15 18:54:42 UTC
**Body** If she officially licensed in the state of Maryland I would caution her against coming.

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-15 18:54:52 UTC
**Body** She hast to report everything to the bar

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-15 18:55:08 UTC
**Body** Let me call Sean later and ask him the particulars

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-10-15 19:09:25 UTC
**Body** 👍👍

**Attachments**
sticker (369239263222822)
            **Type**  image/png
            **Size**
            **URL**  https://interncache-frc.fbcdn.net/v/t39.1997-6/3
9178562_1505197616293642_54113442810948
48512_n.png?ccb=2&_nc_sid=0572db&efg=eyJ
1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbn
RpdHkvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&
_nc_cid=0&_nc_ht=interncache-frc&oh=ad9e29
6f7d5be10956ccf1a451db89c3&oe=603F2F0B



**Photo ID**  369239263222822

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-10-15 19:09:46 UTC
**Body**  Also did you see the edits/updates I made to the google doc

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-10-15 19:10:42 UTC
**Body**  When I saw the notification about the donation I immediately got
suspicious "why is he trying to bribe me"

**Author**  Jonathan Darnel (Facebook: 579981166)
**Sent**  2020-10-15 19:12:52 UTC
**Body**  Haven't looked at the doc for a few hours.

Ashley gave me $500.  Since he hasn't done anything physical to
help for years now im going to give the money away to others.  He
wouldn't accept a return.

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-10-15 19:13:39 UTC
**Body**  You sent a GIF from Tenor GIF Keyboard.
**Attachments**  gif-3447405845346179 (3447405845346179)
            **Type**  image/gif
            **Size**
            **URL**  https://interncache-frc.fbsbx.com/v/t59.2708-21/
72402547_2588477101214779_1589699195911
012352_n.gif?ccb=2&_nc_sid=041f46&efg=eyJ1
cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbnR
pdHkvbWVzc2FnZV9hbmltYXRlZF9pbWFnZSJ9&_
nc_ht=interncache-frc.fbsbx.com&oh=388d3c39
9f9bee8a9bda7c5b6e4e8221&oe=601CB85E



**Photo ID** 3447405845346179

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-15 19:14:00 UTC
**Body** I made the changes early this morning

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-15 19:14:18 UTC
**Body** Anyways — I'm back at the house and want to rest for 2 hours

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-15 19:14:23 UTC
**Body** So bye

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-10-15 19:30:39 UTC
**Body** I'll examine it soon.  i have an outreach this afternoon and then am
calling someone 8 - 9:30 pm.  Maybe after that we can talk more?

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-15 19:32:22 UTC
**Body** Yeah that should be fine

**Author**
    Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-10-16 15:40:02 UTC
**Body**  Yo

**Author**  Jonathan Darnel (Facebook: 579981166)
**Sent**  2020-10-16 15:42:10 UTC
**Body**  Wassup?

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-10-16 15:55:16 UTC
**Body**  Will, Matt and Patty want to risk arrest

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-10-16 15:56:10 UTC
**Body**  Also Joan has two people who *might* risk arrest but I can't say for
    sure because I didn't understand Joan's voicemail so I'm trying to
    call her back

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-10-16 15:56:59 UTC
**Body**  I'm calling Heather and seeing if there's any updates from her
    because I think she's been trying to get people to block

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-10-16 15:58:21 UTC
**Body**  Also do you remember that black lady you got arrested outside the
    NYC Planned Parenthood?

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-10-16 15:58:44 UTC
**Body**  Well she's friends with Will and expressed some interest so he's
    gonna contact her today

**Author**  Jonathan Darnel (Facebook: 579981166)
**Sent**  2020-10-16 16:00:56 UTC
**Body**  I got arrested.

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-10-16 16:01:08 UTC
**Body**  that**

**Author**  Jonathan Darnel (Facebook: 579981166)
**Sent**  2020-10-16 16:01:08 UTC
**Body**  You mean Bevelyn Beatty?

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-10-16 16:01:13 UTC
**Body**  Yes her

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-10-16 16:01:57 UTC
**Body**  Also how do you feel about me asking Mike Webb because I love
    his chaotic energy

**Author**  Jonathan Darnel (Facebook: 579981166)
**Sent**  2020-10-16 16:02:36 UTC
**Body**  I guess he's okay for something like this.  I wouldn't put him in
    front of the camera, though.  aT least not on purpose.

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-10-16 16:03:41 UTC
**Body**  Like him risk arrest with us

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-10-16 16:03:54 UTC
**Body**  My first RRR was with him lololol

**Author**  Jonathan Darnel (Facebook: 579981166)
**Sent**  2020-10-16 16:11:11 UTC
**Body**  👍👍
**Attachments**  sticker (369239263222822)
**Type**  image/png
**Size**
**URL**  https://interncache-frc.fbcdn.net/v/t39.1997-6/3
9178562_1505197616293642_5411344281094848512_n.png?ccb=2&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbnRlcm5jYWNoZV9mcmMifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-frc&oh=ad9e296f7d5be10956ccf1a451db89c3&oe=603F2F0B



**Photo ID**  369239263222822

**Author**  Jonathan Darnel (Facebook: 579981166)
**Sent**  2020-10-16 19:23:20 UTC
**Body**  Will needed to deal with something so I asked him to call me back. But it doesn't seem that he has heard any rumors.

**Author**  Jonathan Darnel (Facebook: 579981166)
**Sent**  2020-10-16 19:54:06 UTC
**Body**  Will knows what is up, but he's in a car with Patti right now so he can't talk openly about it.

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-10-16 20:00:56 UTC
**Body**  This is the second time Patty has done this to someone — make up bold face lies

**Author**  Jonathan Darnel (Facebook: 579981166)
**Sent**  2020-10-16 20:06:04 UTC
**Body**  If the first was found to be false, there is little chance anyone will believe her now.

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-10-16 20:11:28 UTC
**Body**  It was beyond false

**Author**  Lauren Handy (Facebook: 100002561006660)

| | |
|---|---|
| **Sent** | 2020-10-17 00:09:56 UTC |
| **Body** | We are gonna have to talk tomorrow. I received even worse news and I honestly can't function right now |

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-10-17 00:18:40 UTC
**Body** That's fine.  Someone just talked my ears off and I still need to call my mother.  It's her birthday.

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-17 00:18:53 UTC
**Body** You: 👍
**Attachments** sticker (369239263222822)

| | |
|---|---|
| **Type** | image/png |
| **Size** | |
| **URL** | https://interncache-frc.fbcdn.net/v/t39.1997-6/3 9178562_1505197616293642_54113442810948 48512_n.png?ccb=2&_nc_sid=0572db&efg=eyJ 1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbn RpdHkvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m& _nc_cid=0&_nc_ht=interncache-frc&oh=ad9e29 6f7d5be10956ccf1a451db89c3&oe=603F2F0B |



**Photo ID** 369239263222822

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-10-18 01:11:22 UTC
**Body** Live Action published a positive article on rescue.  Are you sure we shouldn't reach out to them?   https://www.liveaction.org/news/pro-life-arrested-blocking-abortion/?fbclid=IwAR0els4-xjfPC1rDEcTJR72 g37BUeC-7qrcjXoP9wPocoD0IgEIOnWp3jVk

| | | |
|---|---|---|
| **Share** | **Date Created** | 2020-10-18 01:11:20 UTC |
| | **Summary** | 10 pro-life activists were arrested outside of Northland Family Planning Centers whose founder once said she wanted to burn aborted babies in a bonfire. |
| | **Title** | 10 pro-life activists arrested for blocking access to abortion business |
| | **Url** | https://www.liveaction.org/news/pro-life-arrested-blocking-abortion/ |

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-18 01:22:23 UTC
**Body** We send them a press release

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-10-18 01:24:05 UTC
**Body** yeah, but wouldn't it be better if they had a camera on scene?  Or

are they set up for that?

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-18 01:24:25 UTC
**Body** They aren't

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-18 01:24:50 UTC
**Body** This isn't a press conference

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-10-18 01:24:56 UTC
**Body** 🙄🙄

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-18 01:26:36 UTC
**Body** It will be fine

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-18 01:26:51 UTC
**Body** Go watch anime or whatever

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-10-18 01:35:36 UTC
**Body** 🙄🙄🙄🙄🙄🙄🙄🙄🙄🙄🙄🙄🙄🙄🙄🙄🙄🙄

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-10-20 14:33:05 UTC
**Body** Delete the number ending in 896 for Matthew Connolly.  He must have abandoned that number and someone else is using it now. Glad I didn't send any details about the rescue to him.

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-10-20 20:26:51 UTC
**Body** Should/may we talk again tonight?

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-10-20 21:10:50 UTC
**Body** Cyndie wanted me to forward you this message:

********
 Dear Lauren,
We are very excited about having you and the rescuers over tomorrow. It is my privilege to open the home for this group.
I know you've been treated badly at some of these rescues and i want to be a blessing to you. It sounds like the plans for food are kind of un settled.
Would it help you if i just order pizza for everyone? If you like the idea,  please give me a head count,  and i will get the pizza (mix of cheese,  peppetoni and vegie.) I will grab a vegetable tray. And have plants and napkins.
But i just need to know if you want this and how many to get for. That way you just bring you and your Bible. People can bring their own drink. Or i have water.
Please let me know,  i can do it but i need to know before 7pm tonight bc I'm working.
Love you sweetie.

**Author** Jonathan Darnel (Facebook: 579981166)

**Sent**
2020-10-21 14:51:53 UTC
**Body** You able to set up that Zoom yet?  I can buy an account and do it if you prefer.

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-21 14:54:51 UTC
**Body** I'm on my way to a café right now for WiFi. I've been at the DC PP

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-21 14:55:21 UTC
**Body** Also I need you to come at 3:30 and we leave my house at 4pm to pick up Herb at the metro and then go straight to Rona

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-10-21 14:57:38 UTC
**Body** .... okay

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-21 14:57:59 UTC
**Body** You: 👍👍
**Attachments** sticker (369239263222822)
**Type** image/png
**Size**
**URL** https://interncache-frc.fbcdn.net/v/t39.1997-6/3
9178562_1505197616293642_54113442810948
48512_n.png?ccb=2&_nc_sid=0572db&efg=eyJ
1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbn
RpdHkvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&
_nc_cid=0&_nc_ht=interncache-frc&oh=ad9e29
6f7d5be10956ccf1a451db89c3&oe=603F2F0B



**Photo ID** 369239263222822

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-21 14:59:52 UTC
**Body** The plan is 5-5:40 people, say hellos, eat

And then zoom/meeting start

**Author** Jonathan Darnel (Facebook: 579981166)
**Sent** 2020-10-21 15:00:57 UTC
**Body** Are you sure you can put out all the necessary information and answer all the questions within that short of a time period?  I doubt it.

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-21 15:09:26 UTC
**Body** So 5:20?

**Author**  Jonathan Darnel (Facebook: 579981166)
**Sent**  2020-10-21 15:19:48 UTC
**Body**  Yeah, I guess that's more reasonable

**Author**  Jonathan Darnel (Facebook: 579981166)
**Sent**  2020-10-21 17:13:18 UTC
**Body**  When are we going to have time to make that shirt?

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-10-21 17:21:23 UTC
**Body**  3:30-4pm

**Author**  Lauren Handy (Facebook: 100002561006660)
**Sent**  2020-10-21 17:21:34 UTC
**Body**  Have the shirt with you

**Author**  Jonathan Darnel (Facebook: 579981166)
**Sent**  2020-10-21 17:23:06 UTC
**Body**  Okay.  I'll bring it.  I hope all the letters are the same size.  I didn't make that clear in the text, unfortunately.


**Thread**  (1963383380389640)
**Current**  2021-02-03 21:50:56 UTC
**Participants**  Luis C. Rodrigues Coelho (Facebook: 100001539923783)
Lauren Handy (Facebook: 100002561006660)


**Author**  Luis C. Rodrigues Coelho (Facebook: 100001539923783)
**Sent**  2020-09-26 13:45:22 UTC
**Body**  Luis sent a video.
**Attachments**  video-1601127921.mp4 (255957872347308)
**Type**  video/mp4
**Size**  1901910
**URL**  https://interncache-frc.fbcdn.net/v/t42.3356-2/1 19385300_786102095549756_90958333061431 1553_n.mp4/video-1601127921.mp4?ccb=2&_n c_sid=060d78&efg=eyJ1cmxnZW4iOiJwaHBfdXJs Z2VuX2NsaWVudC9lbnRpdHkvbWVzc2FnZV92a WRlbyJ9&vabr=633970&_nc_ht=interncache-frc &oh=f2848eda638021419aad25034745e544&o e=601C3962&dl=1

**Author**  Luis C. Rodrigues Coelho (Facebook: 100001539923783)
**Sent**  2020-10-01 18:06:57 UTC
**Body**  https://www.stopworldcontrol.com/science/
**Share**  **Date Created**  2020-10-01 18:06:57 UTC
**Summary**  Some scientists say what they are payed to say. Others stick to the actual data. This is what these REAL scientists are saying about Covid-19.
**Title**  What do HONEST SCIENTISTS say about covid-19 and the pandemic?
**Url**  https://www.stopworldcontrol.com/science/


**Author**  Luis C. Rodrigues Coelho (Facebook: 100001539923783)

US-0003042