USA Exhibit B

GOVERNMENT
EXHIBIT
**5066**


**Id** 1370602023149716

**Post Author** Jonathan Darnel (579981166)

**Post Date** 2020-09-05 00:34:44 UTC

**Post** Got a call today from a 40 Days for Life organizer at 4th Presbyterian Church in Bethesda, where Phil and me conducted church repent last Sunday. I was prepared for an argument, but she was surprisingly cordial and really listened to me! She had gone to GetSeriousChurch.com and agreed with many of the sentiments. So it was definitely worth going there! FYI 4th Presbyterian is the home church of our friend Kenn Garrison, who for a long time was a regular anti-abortion street activist and who I've invited to this group but who has so far declined. He and his wife weren't there last weekend, but she reached out to me the other day as well. We may have a chance with people at this church.

**Attachments** (10157655443331167)

**Description** Got a call today from a 40 Days for Life organizer at 4th Presbyterian Church in Bethesda, where Phil and me conducted church repent last Sunday. I was prepared for an argument, but she was surprisingly cordial and really listened to me! She had gone to GetSeriousChurch.com and agreed with many of the sentiments. So it was definitely worth going there! FYI 4th Presbyterian is the home church of our friend Kenn Garrison, who for a long time was a regular anti-abortion street activist and who I've invited to this group but who has so far declined. He and his wife weren't there last weekend, but she reached out to me the other day as well. We may have a chance with people at this church.

**Time** 2020-09-05 00:34:39 UTC

**Type** image/jpeg

**URL** https://scontent.xx.fbcdn.net/v/t1.0-9/118889677_10157655443336167_6032150506913111151_n.jpg?_nc_cat=110&ccb=2&_nc_sid=ca434c&_nc_ohc=aPRHzGomgdkAX_j_oU7&_nc_ad=z-m&_nc_cid=0&_nc_ht=scontent.xx&oh=d12672b6a6992093beab677daa88bbf3&oe=604049A1



**Linked Media File:** linked_media/group_message_10157655443331167.jpg

NoVa Republicans (1603801079706628)

**Id** 3319839178102801

**Post Author** Jonathan Darnel (579981166)

**Post Date** 2020-09-17 21:10:18 UTC

**Post** Please consider participating in a Zoom call next Friday about pro-life "rescues". Learn why disobedience to man can be obedience to God, and why this is becoming ever more important as the 2020 election approaches. https://us02web.zoom.us/meeting/register/tZYsc-GrrDsuE9JEaHtjaNOH-jDsEEgKKcVN?fbclid=IwAR1MjU3uI3hp0tRjsHtkQpKsS0EWPy8N_hZIDHPhomlTqKAaQ-t4nKVjP5o

Soteriology 101 Discussion (1806702782965265)

**Id** 2430846443884226

**Post Author** Jonathan Darnel (579981166)

**Post Date** 2020-09-27 04:03:16 UTC

**Post** My Calvinist friend (who I'm certain really does love children) somehow didn't notice the irony in this post.

**Attachments** (10157705761171167)

**Description** My Calvinist friend (who I'm certain really does love children) somehow didn't notice the irony in this post.

**Time** 2020-09-27 04:02:14 UTC

**Type** image/jpeg

**URL** https://scontent.xx.fbcdn.net/v/t1.0-9/120293300_10157705761176167_5122418618494320803_n.jpg?_nc_cat=107&ccb=2&_nc_sid=ca434c&_nc_ohc=mFda2s27HpsAX8A7eoO&_nc_ad=z-m&_nc_cid=0&_nc_ht=scontent.xx&oh=09ea0e9085c71be99694c8864db17159&oe=603F6BA5



**Linked Media File:** linked_media/group_message_10157705761171167.jpg

DC Area Anti-Abortion Advocacy Group (211882792856165)

**Id** 670109977033442

**Post Author** Jonathan Darnel (579981166)

**Post Date** 2020-10-19 00:37:21 UTC

**Post** I'm sure most of you are already aware of the important event happening this Thursday morning. Many of you will be present on site. Those of you who cannot attend: would you be willing to commit to sharing the livestream videos of the event that morning from the DC Area Anti-abortion Advocacy and Lauren Handy pages? We are trying to inspire other anti-abortion laborers as we

US-0002743

head into a controversial election and the focus is more and more on child killing. Sharing footage from this event could be critical to that end.

**Attachments** (10157753996656167)

**Description** I'm sure most of you are already aware of the important event happening this Thursday morning. Many of you will be present on site. Those of you who cannot attend: would you be willing to commit to sharing the livestream videos of the event that morning from the DC Area Anti-abortion Advocacy and Lauren Handy pages? We are trying to inspire other anti-abortion laborers as we head into a controversial election and the focus is more and more on child killing. Sharing footage from this event could be critical to that end.

**Time** 2020-10-19 00:37:14 UTC

**Type** image/jpeg

**URL** https://scontent.xx.fbcdn.net/v/t1.0-9/122079723_10157753996661167_4308790293380397700_o.jpg?_nc_cat=110&ccb=2&_nc_sid=ca434c&_nc_ohc=P8DkVaU3AoIAX-_1K6n&_nc_ad=z-m&_nc_cid=0&_nc_ht=scontent.xx&oh=8e2a86234ae994d352ed9f41e8719c0f&oe=60423C38

**Linked Media File:** linked_media/group_message_10157753996656167.jpg

---

**Id** 666964547347985

**Post Author** Jonathan Darnel (579981166)

**Post Date** 2020-10-14 20:05:35 UTC

**Post** We had a minor assault on us yesterday near the Paper Moon strip club where we were doing a roadside demonstration against abortion. Some lady drove past and got angry, so she pulled into the club's parking lot to argue with Tom and Mary Ellen and wound up trying to wrestle their signs away from them. At the same time my phone got stolen by a dude who came up on us and was acting very threateningly. We had to tussle with him before we got it back. These things happen but thankfully we fought back this time and managed to avoid becoming victims. Tom and Mary Ellen should be commended for their bravery and I'm very happy I didn't strike out too quickly as I wanted to do. Things could have ended much worse. Let's keep up the pressure. The response of our opposition is a sign we're coming through loud and clear. FYI outreach tomorrow in DC at Michigan and N. Capitol NE if I get enough volunteers.

**Id** 665623170815456

**Post Author** Jonathan Darnel (579981166)

**Post Date** 2020-10-12 22:40:32 UTC

**Post** We're hoping to be at Commerce and Amherst in Springfield tomorrow afternoon (Tuesday the 13th) and at Michigan and North Capitol in Washington Thursday afternoon. Please come! We need you! I spoke to Cromwell Enage today, a guy I met after the DoJ protest last week. In a couple weeks he will come out to see if he likes our advocacy and wants to commit. Tom spoke with Ruth Higgins, who we met at Life Chain. She is non-commital so far. Pray for more activists!

**Id** 655891731788600

**Post Author** Jonathan Darnel (579981166)

**Post Date** 2020-09-28 19:09:18 UTC

**Post** Plans up until October 4th (so far): Wednesday, September 30, 4:00 - 6:30 pm at Old Keene Mill Road and Rolling Road in Springfield, VA. Thursday, October 1, 5:00 - 7:00 pm at 6323 Georgia Avenue in Washington, DC (I'm doing church sometime Sunday, October 4th but that's on the Rev 3:2 group). Sunday, October 4th, 2:00 - 3:30 pm at various locations (LifeChain.org)

**Id** 648449222532851

**Post Author** Jonathan Darnel (579981166)

**Post Date** 2020-09-17 21:16:08 UTC

**Post** Please consider participating in another Zoom call next Friday, September 25 about pro-life "rescues" and how these will play a role in ending abortion after the 2020 election. Learn why disobedience to man can be obedience to God. https://us02web.zoom.us/meeting/register/tZYsc-GrrDsuE9JEaHtjaNOH-jDsEEgKKcVN?fbclid=IwAR1MjU3uI3hp0tRjsHtkQpKsS0EWPy8N_hZIDHPhomITqKAaQ-t4nKVjP5o

**Id** 647037446007362

**Post Author** Jonathan Darnel (579981166)

**Post Date** 2020-09-15 20:49:19 UTC

**Post** I need a volunteer to visit GMU and/or UMD during the middle of the day to ascertain how many kids are there and how beneficial it would be to attempt an outreach, if permitted.

**Id** 642955506415556

**Post Author** Jonathan Darnel (579981166)

US-0002744