# USA Exhibit C



**GOVERNMENT EXHIBIT 5091**

**Sent** 2020-10-04 14:05:50 UTC
**Body** https://fb.me/e/3RFWvNACX
**Share**
   **Date Created** 2020-10-04 14:05:49 UTC
   **Title** Demand Action from the US Department of Justice: File on Planned Parenthood
   **Url** https://www.facebook.com/events/3023190504476638/

**Thread** (10103400722157605)
**Current Participants** Michael New (Facebook: 27404442)
Lauren Handy (Facebook: 100002561006660)

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-04 20:50:22 UTC
**Body** Hey! I don't know if you saw if one of the group pages but there is a zoom meeting tonight about a local RRR

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-09-04 20:50:24 UTC
**Body** https://us02web.zoom.us/meeting/register/tZYpcuGvrz4qHdMwU5qIXvY0BZI90xbHm5bM

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-05 14:30:03 UTC
**Body** Hey!

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-05 14:31:19 UTC
**Body** I'm gonna in DC October 6th-9th

Is everyone gonna meet up with Terrisa and Herb? Like the usual group of Tom, Janis... etc?

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-05 14:31:30 UTC
**Body** I'm planning out my trip

**Author** Michael New (Facebook: 27404442)
**Sent** 2020-10-05 18:24:49 UTC
**Body** I am sure the gang will get together at some point. We have not made any formal plans, but I will be sure to keep you posted.

**Author** Michael New (Facebook: 27404442)
**Sent** 2020-10-05 18:25:02 UTC
**Body** Are you arriving tomorrow night?

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-05 18:28:22 UTC
**Body** I get to DC at 12noon tomorrow and I'm planning on doing night projection activism the night of the 7th

**Author** Michael New (Facebook: 27404442)
**Sent** 2020-10-05 18:29:06 UTC

| | |
|---|---|
| **Body** | Sounds good. Do you think you can make it to the Planned Parenthood on Wednesday? |
| **Author** | Lauren Handy (Facebook: 100002561006660) |
| **Sent** | 2020-10-05 18:34:22 UTC |
| **Body** | I can! What are the times again? |
| **Author** | Michael New (Facebook: 27404442) |
| **Sent** | 2020-10-05 18:36:01 UTC |
| **Body** | I will double check with the regulars. However, we typically have people there from 9:30 AM until around 11:30 AM. I will keep you posted. |
| **Author** | Lauren Handy (Facebook: 100002561006660) |
| **Sent** | 2020-10-07 00:53:02 UTC |
| **Body** | Lise is asking me to stay with her in the morning to help take care of her mom.<br><br>I'm gonna be going downtown in the late afternoon |
| **Author** | Michael New (Facebook: 27404442) |
| **Sent** | 2020-10-07 01:40:23 UTC |
| **Body** | Ok. Are you planning on spending any time outside the DC Planned Parenthood? |
| **Author** | Lauren Handy (Facebook: 100002561006660) |
| **Sent** | 2020-10-07 01:43:21 UTC |
| **Body** | I have nothing planned for Friday morning and early afternoon |
| **Author** | Michael New (Facebook: 27404442) |
| **Sent** | 2020-10-07 01:43:53 UTC |
| **Body** | Sounds good. We should have a good contingent on Friday. |
| **Author** | Lauren Handy (Facebook: 100002561006660) |
| **Sent** | 2020-10-07 01:44:05 UTC |
| **Body** | You: |
| **Attachments** | sticker (369239263222822) |
| **Type** | image/png |
| **Size** | |
| **URL** | https://interncache-frc.fbcdn.net/v/t39.1997-6/39178562_1505197616293642_5411344281094848512_n.png?ccb=2&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9lbnRpdHkvc3RpY2tlcnMiQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-frc&oh=ad9e296f7d5be10956ccf1a451db89c3&oe=603F2F0B |



**Photo ID** 369239263222822

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-07 18:12:28 UTC
**Body** I don't know if you saw my tweets this morning but my very very good friend tried to kill herself yesterday. I'm flying out to NC Friday morning to be there when she's released from the psych ward

**Author** Michael New (Facebook: 27404442)
**Sent** 2020-10-07 18:13:02 UTC
**Body** Thanks for being there for your friend. I will keep her in my thoughts and prayers. What you do is very important.

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-07 18:17:37 UTC
**Body** Thank you

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-07 22:13:46 UTC
**Body** Are you hosting the debate watch at CUA? Herb mentioned it — was wondering if Tom was gonna be there so I could talk to him more about the DC PP

**Author** Michael New (Facebook: 27404442)
**Sent** 2020-10-07 22:14:02 UTC
**Body** Which Tom?

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-07 22:14:16 UTC
**Body** The sidewalk counselor Tom?

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-07 22:14:46 UTC
**Body** I don't know his last name

**Author** Michael New (Facebook: 27404442)
**Sent** 2020-10-07 22:14:54 UTC
**Body** His name is Tom Grimme

**Author** Michael New (Facebook: 27404442)
**Sent** 2020-10-07 22:15:22 UTC
**Body** I can reach out to him. It is mostly people who are in town for the DOJ protest tomorrow who are coming?

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-07 22:15:59 UTC
**Body** Oh that's cool — I guess I should ask if I could come instead of just assuming

**Author** Michael New (Facebook: 27404442)
**Sent** 2020-10-07 22:16:22 UTC
**Body** You are always more than welcome to come.

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-07 22:16:30 UTC
**Body** Thanks

**Author** Michael New (Facebook: 27404442)
**Sent** 2020-10-07 22:16:36 UTC

**Body** We are in Maloney Hall, which is the corner of 7th and H

**Author** Michael New (Facebook: 27404442)
**Sent** 2020-10-07 22:16:37 UTC
**Body** NE

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-07 22:17:32 UTC
**Body** Is that the school of business building?

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-07 22:17:54 UTC
**Body** When does it start?

**Author** Michael New (Facebook: 27404442)
**Sent** 2020-10-07 22:18:27 UTC
**Body** Debate starts at 9PM

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-07 22:19:16 UTC
**Body** Is it ok if I get there earlier? Like 8pm

**Author** Michael New (Facebook: 27404442)
**Sent** 2020-10-07 22:24:59 UTC
**Body** I am doing a zoom presentation from 7:30 to about 8:45. There may not be anyone to let you in.

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-07 22:25:20 UTC
**Body** Oh!! No problem I'll come at 9pm

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-08 00:59:46 UTC
**Body** Hey I'm at the door

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-09 00:36:21 UTC
**Body** https://www.lwshptclinic.com/pt-clinic-information
**Share**   **Date Created** 2020-10-09 00:36:17 UTC
           **Summary** The Little Workers of the Sacred Heart PT Clininc, located in Washington, DC, is a nonprofit physical therapy clinic.
           **Title** LWSHPT Clinic | PT Clinic Info
           **Url** https://www.lwshptclinic.com/pt-clinic-information

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-13 13:53:10 UTC
**Body** Hey! The Rescue is on October 22nd and I am getting Air BnB for Herb for two nights.

I was wondering if you or someone you know could help me supplement the cost?

Our plans for the 21st are to sidewalk counsel outside the Planned Parenthood from 8-11:30 and then go to the ACB hearings

**Author** Michael New (Facebook: 27404442)
**Sent** 2020-10-13 17:47:58 UTC
**Body** I will help out with a donation. Can I send it through the Mercy Missions page>?

**Author** Lauren Handy (Facebook: 100002561006660)
**Sent** 2020-10-13 17:50:41 UTC
**Body** Yes please!

**Share**  https://donorbox.org/mercy-missions
  **Date Created** 2020-10-13 17:50:40 UTC
  **Summary** Mercy Missions is dedicated to advancing peace, justice, and dignity for the Unborn, the Unloved, and the Unwanted... Jesus in disguise. Your gift will ensure that we are not talking about love with just words, but that we are authenticating it with our actions.
  **Title** Mercy Missions | Mercy Missions (Powered by Donorbox)
  **Url** https://donorbox.org/mercy-missions

**Author** Michael New (Facebook: 27404442)
**Sent** 2020-10-13 17:54:13 UTC
**Body** Done.

**Author** Michael New (Facebook: 27404442)
**Sent** 2020-10-13 17:55:05 UTC
**Body** Could you do a quick
favor for me?

The Archdiocese of St. Louis is hosting their 45th annual Respect Life
convention this Sunday (October 18th). Because of the pandemic the
convention is mostly taking place online.

My girlfriend Mary is a bit concerned about attendance numbers. Could you take a
minute and register for the convention? You can use one of the free
registration options. (You do not have to attend, they would just like
to see more people registered)

The registration link is below

https://prolifestl.regfox.com/2020-respect-life-convention

Thanks!

Michael

**Share**  **Date Created** 2020-10-13 17:55:05 UTC
  **Summary** Online registration for 2020 Respect Life Convention on October 18th 2020. Online registration ends October 17th 2020.
  **Title** 2020 Respect Life Convention

|  |  |
|---|---|
| **Url** | https://prolifestl.regfox.com/2020-respect-life-convention |

|  |  |
|---|---|
| **Author** | Lauren Handy (Facebook: 100002561006660) |
| **Sent** | 2020-10-13 17:55:29 UTC |
| **Body** | I can! |

|  |  |
|---|---|
| **Author** | Michael New (Facebook: 27404442) |
| **Sent** | 2020-10-13 17:55:39 UTC |
| **Body** | Great! Thanks! |

|  |  |
|---|---|
| **Author** | Michael New (Facebook: 27404442) |
| **Sent** | 2020-10-13 17:55:59 UTC |
| **Body** | Looking forward to seeing you next week. |

|  |  |
|---|---|
| **Thread** | (2531055683588586) |
| **Current** | 2021-02-03 21:50:56 UTC |
| **Participants** | Raymond Randy Reyes (Facebook: 100000525362992) |
|  | Lauren Handy (Facebook: 100002561006660) |

|  |  |
|---|---|
| **Author** | Raymond Randy Reyes (Facebook: 100000525362992) |
| **Sent** | 2020-10-01 17:10:19 UTC |
| **Body** | Raymond sent a photo. |
| **Attachments** | image-637534803822110 (637534803822110) |
| **Type** | image/jpeg |
| **Size** | 73332 |
| **URL** | https://interncache-frc.fbcdn.net/v/t1.15752-9/120419376_335147571093186_1330850371658767937_n.jpg?ccb=2&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9wbW9nZW46RFlJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-frc&oh=dd19a5da82a7b5471c8841dd74624b60&oe=604118E0 |