# EXHIBIT A

Character Reference for Lauren Handy

January 31, 2024

Your Honor,

We are writing this letter in support of our daughter, Lauren Brice Handy, who is currently before your court for sentencing.  It is with a deep sense of responsibility and sincerity that we wish to provide insight into her character, which we believe is fundamentally at odds with the charges she faces.

Our daughter has never shown any inclination toward violence.  On the contrary, her life has been marked by a profound commitment to kindness, compassion, and community service. Since the age of 18, she has been actively involved in philanthropic activities.  Her dedication to helping others started with her work at the SPCA, where she devoted her time and effort to caring for animals, showing immense patience and gentleness.

In her early 20's, Lauren went to Hati and worked at an orphanage helping nuns with disabled and abandoned infants in the capital city of Port-au-Prince.  In the afternoons she assisted in the wound clinic helping to clean machete wounds to reduce infection. Those thirty days in Hati made a profound impact on her life and she return to the United States and created a nonprofit.

Lauren Handy founded the nonprofit organization, Mercy Missions, dedicated to assisting unwed mothers.  This initiative is not just a testament to her entrepreneurial spirit but also to her deep empathy and understanding of the struggles faced by others.  Through this organization, she collected bras for women in homeless shelters, and been instrumental in providing baby supplies to those in need, significantly impacting many lives in the Washington DC, neighborhoods.

Beyond just providing supplies, Lauren has been a beacon of hope for many.  She has actively engaged in finding housing and resources for people in need, going beyond the call of duty to ensure that others have a safe place to call home.  Her efforts in organizing baby showers for unwed mothers who cannot afford them are another example of her selfless nature.  These events, often taken for granted, are moments of joy and support that she has lovingly facilitated.

Move over, her ability to raise funds for essential causes like housing, car seats and food for the underprivileged speaks volumes about her character.  She has not only identified the needs within our community but has also taken concrete steps to address them. It is not a week that does not go by that she is not sharing her food with strangers on the bus or taking supplies to the homeless tent cities in the Washington, DC areas.

Considering these contributions and her consistent demonstration of care and compassion, we believe that Lauren Handy is not a person who would engage in violence. Instead, she is a person who has dedicated her life to serving and uplifting others, particularly those in dire need.

My wife Holly and I respectfully request that you consider these aspects of her character as you make your decisions regarding her case.

Thank you for your time and attention to this matter.

Sincerely,

Anthony and Holly Handy

5201 Cannes Court

Alexandria, VA 22315

Dear Judge Kolar-Kotelly,

As we approach the sentencing of my colleague and friend Lauren Handy I ask for you to consider three things: her commitment to non-violence, her devotion to serving the marginalized, and the long-term harm associated with periods of incarceration.

Lauren and I met in the summer of 2017 in San Francisco, CA while working on a project to help moms in crisis. I later founded an activist group where Lauren has been involved and was key in developing many of our policies including the policy of total non-violence. Lauren writes: "All staff…must be fully and unequivocally committed to non-violence in everything they do. We have a moral, ethical, and practical obligation to non-violence in our work and personal lives. All activists are expected to adhere to this pledge of non-violence. This is a zero tolerance policy." She continues "Violence is initiated by an identifiable actor who physically assaults another person or group including threats. This does not refer to self defense that is proportionate to the situation. Nonviolence is an active response that directly addresses injustice or violence. It can appear as noncooperation, intervention, protest and the creation of alternative systems".

In addition to Lauren's lengthy humanitarian work in Haiti she has helped literally hundreds of people in crisis situations including those experiencing intimate partner violence, poverty, houselessness, drug addiction, illness, and other traumas. For years, Lauren has carried Narcan in her backpack in case she encounters someone experiencing a drug overdose. I have personally witnessed her draining her bank account to help an incarcerated pregnant woman, and a houseless family. Lauren herself cared for a little boy named ███ for the first year of his life so his mom could get back on her feet, which she did. Lauren will literally and without question give someone the shirt off her back if needed. She possesses a rare kindness and an extraordinary level of solidarity with those who are suffering.

Lauren has now spent the past 9 months incarcerated at the Alexandria Detention Center. She of course has been physically separated from her parents, family, and friends, and has been allowed zero in-person visitors. And while she is a brave and emotionally strong person, she is suffering. Basically all modern research suggests that the carceral environment can be inherently damaging to mental health by removing people from society and eliminating meaning and purpose from their lives. On top of that, the appalling conditions common in prisons and jails — such as overcrowding, solitary confinement, and routine exposure to violence — can have further negative effects. It has even been theorized that incarceration can lead to "Post-Incarceration Syndrome," a syndrome similar to PTSD, so even after serving an official sentence, many people continue to suffer the mental effects. Lauren is only 29 years old and has spent nearly a year of her life behind bars already. I'm hoping that the time she's already served is satisfactory to the Court so that she can begin to heal from this tremendously difficult experience.

Thank you for your consideration.

Sincerely,

Terrisa Bukovinac

April 11, 2024

Judge Colleen Kollar-Kotelly

Senior United District Judge

United States District Court for the District of Columbia


Your Honor:

I am writing this letter on behalf of Lauren Handy.

I have had the privilege of knowing Lauren for five years.  We first met through acquaintances and then we continued to attend Catholic church services together over the years.

Ever since I met Lauren, she has always exuded enthusiasm, brilliance, and extreme passion for all her endeavors.  Her gifts of patience and compassion have allowed her to serve those who are overlooked in our society with love and mercy.  For several years, Lauren walked the streets of Louisiana, providing wound care and basic needs to marginalized groups overlooked and forgotten by society.  She did all of this while simultaneously raising babies to support mothers who could not afford childcare and needed to work.  Over the years I have seen her offer monetary, social and emotional support to those in need without judgement or hesitation.

Lauren's vision of a better world is inspiring because she reaches out to the darkest corners of humanity by transforming them with love.   Her mission has been an inspiration and model for me and many others.  Her physical absence has been devastating and will be with her sentencing because of the positive and inspiring impact she has within her community.  Lauren extends her mission and purpose in every interaction she has and everything she does.  She inspired me when I met her in 2019 and she still does to this day.

I am writing this letter to praise Lauren's excellent character and exemplary contribution to others in society. If her sentence is lessened, many of us will benefit from this kind action of the court.


Sincerely,


Dana DiMattia

*JMJ+*
**The Little Workers of the Sacred Hearts**
**3620 15th St. NE**
**Washington, DC 20017**

**"In solitude, in the presence of the Blessed Sacrament, I learned the love of**
**Jesus and the power of this Love"**
Bl. F. M. Greco, founder of the
Little Workers of the Sacred Hearts

April 18, 2024

Dear Judge Kollar-Kotelly,

I am writing on behalf of a dear friend of mine, Ms Lauren Handy whom I have been
blessed to know for the last four years.  I am a religious sister and General Surgeon who
performs free surgery for the uninsured in the Washington DC area.   In our "Little
Workers"  Medical Mission Convent,  our prolife ministry includes performing the
abortion pill reversal in which we have been able to save 78% of our babies.

In this prolife mission my paths have crossed with Ms. Handy many times.  I was deeply
touched by Laurens  profound faith in Christ, which is her *only* inspiration and
explanation  as to why she extends herself in a non-violent fashion  and with  prayer to
serve all vulnerble people especially mothers and the unborn, *even though she puts
herself  last* when considering the consequences. She is an honest,  compassionate
woman with deep convictions and great courage,  and I am honored to call her my friend.

Yours in the Sacred Hearts,

Sr./Dr Deirdre M. Byrne, POSC
Superior in Washington DC.
Clinical Instructor Georgetown University School of Medicine and
George Washington University
COL MC USAR (retired)

6

April 17, 2024

COLLEEN KOLLAR-KOTELLY
United States District Judge.
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W. Washington D.C. 20001

Dear Judge Kollar-Kotelly

I am writing this letter on behalf of pro-life defendant Lauren Handy who is scheduled for sentencing before you next month. I have known this fine young woman since 2016 and I have worked with her very closely in the cause of LIFE.  The fact is Lauren is a remarkable person. Instead of seeking comfort and wealth, Lauren, beginning in her early twenties, made a decision to dedicate herself to serving the needs of others—most particularly women who are pregnant in difficult financial and social circumstances—as she founded the ministry Mercy Missions— helping such women with material needs in Baton Rouge, Louisiana. Lauren is deeply sensitive to the needs of the weak, the vulnerable and the unwanted—and motivated by her Catholic faith she believes in conscience she has a duty to make herself available to others.

Please Judge Kollar-Kotelly—please take all this into consideration when this young woman stands before you on the day of sentencing. Lauren's participation in the pro-life rescue was motivated by the most intense compassion for women scheduled for abortion and the defenseless unborn about to be killed in Santangelo's abortion center—where the unwanted unborn are killed through their 9th month of intra-uterine life. Please also take into consideration that Lauren, due to the Live-Action under-cover video, had more than a reasonable belief that preborn children were occasionally born-alive in Santangelo's late-term abortion procedures and simply left to die. Perhaps if the jury had seen that video, the verdict may have been different.

Lauren, due to her personal kindness toward others, is the sort of person who builds up a society based on justice and love—thus not a person who deserves to be imprisoned.

Sincerely,

Monica Migliorino Miller, Ph.D.

67919 Eight Mile Rd.
South Lyon, MI. 48178

Judge Kollar-Kotelly,

I am writing to you today on behalf of my girlfriend Lauren Handy, who is currently before you for sentencing. I have known Lauren for just over two years, ████████████████████████████████████ I want to write to you specifically about my experiences with Lauren's character ████████████ in hopes that you would give her a lenient sentence.

I don't say this lightly when I say that Lauren is the most loving and self-sacrificial person I know.  Lauren has overcome many difficult experiences in her life. She has allowed these experiences to transform and grow her character, rather than lead her to despair or into worse circumstances. I see her working daily to take her situations and transform them into something beautiful and life-giving. That is what I admire most about her. She is attentive, sensitive, and ████████████████████ even while she is in such a difficult and vulnerable position in jail. She is in a specifically vulnerable position in prison as a queer person, and I often worry about her safety, and I know she does too.

████████████████████████████████████████████████████████████████
████████████████████████████████████████                as Lauren has been
unexpectedly held for the past almost 9 months.                  I hope you would consider
giving her a lighter sentence ███████████████████████████████████████████████

Not only would Lauren's incarceration affect me and our future together, but it would also impact her family a great amount. Lauren is close with her family, who all live close to DC in Virginia. Lauren has a 4 year old niece named ██████ who simply adores Lauren. ████████ looks just like Lauren did when she was little, they are two peas in a pod. It breaks my heart to think that Lauren would be absent from ████████'s most formative years, when up until now she has been an active part of her life. Lauren also has a baby nephew who was born just a few months ago, so Lauren has never been able to meet him. I think it is extremely sad that Lauren may not be able to even meet him until he is far out of the baby stage. It is truly in your hands to determine if Lauren will be able to be a part of this baby's life or if she will have that taken from her. Laurens family would be heavily impacted were she to receive a long jail sentence, so I ask that you please consider this and the long-term effects it would have on Lauren and her family.

I respectfully ask that the court consider granting Lauren time served, home incarceration, or as short of a prison sentence as possible.████████████████████████████████████ and it will impact her family forever if she isn't able to be part of her niece and nephews lives as they grow up. Lauren is the furthest thing from violent – she is gentle, kind, and loves deeper than anyone I have ever met. I ask you to please be gracious in your decision.

Respectfully,

Caroline Smith

caroline.taylor.smith67@gmail.com

Constance "Connie" Becker

Employee and Friend of Lauren Handy

6959 Hillridge Ave, NE Canton OH 44721

(330)810-6521

constancebecker@paaunow.org

Honorable Judge Colleen Kollar-Kotelly,

Me and Lauren, met a little over two years ago in Washington D.C. during my stay at our organization's house. Newly married at the time, I was grappling with newfound perspectives on myself and societal injustices, particularly concerning racism and neglect of marginalized communities, the poor, the houseless, those on the margins of society. Me and Lauren became instant friends.  My encounter with Lauren Handy introduced me to concepts like mutual aid and intersectionality. She challenged my previous skepticisms as she offered practical and empathetic solutions beyond charity or government intervention. We also bonded due to our shared experience of not being "conventionally attractive". When I need to be understood, truly understood, I go to her. In the times since meeting her our relation has grown extremely deep. She's a rock for me, conversely I've seen and been there for her at her highs and lowest of lows.

My purpose in writing to you is to give you insight into who Lauren is outside of her conviction, outside of an anti-abortion protester and outside of the infamous personality in media thinkpieces. I completely understand that she has been found guilty and that the law should be applied evenly. However, Lauren is more than all the things I just listed. She's a safe space for me, a confidant and rock that holds me up and takes my grief when I can't bear it. Whenever I come to her to express my daily traumas and the ways I've been ignored and misunderstood, she doesn't try to tell me how to feel. She's a woman of charity who spent years of her own money and time filling basic needs for women and babies in her local Baton Rouge community. Things like hygiene supplies, food, diapers and safe, reliable childcare giving many people hope, like she did for me also, that there were people who genuinely cared for them despite their social class or hardships who would give without question and ask for nothing in return. This same Lauren lived in Haiti for months tending to the medical needs of mostly children. She nursed them until they recovered. She cleaned gruesome wounds and saw a lot of traumatic things. Finally, after doing everything she could, she comforted those who would inevitably leave this world. The impact on our

9

community during this absence is hugely felt. Lauren's profound empathy and insight continues to provide me with a new understanding and direction in addressing societal needs when I didn't know where to begin.

I'd like to thank the court for being open minded, and attentive enough to hear my story and my request. Lauren is not a malicious person and therefore, I would request some leniency in the sentence she receives. To me anything more than a year and a half would not make sense. Please reach out if any of the facts given in this letter need clarity or to be verified.

Sincerely,

Constance Becker

Melanie Salazar-Sharp
821 Geary St. Apt #4
San Francisco, CA 94109
April 7th, 2024

Dear Judge Kollar-Kotelly,

I am writing this letter to you about the character of Lauren Handy. I first met Lauren October of 2022. I had a great admiration for Lauren knowing of her immeasurable love for children and her willingness to serve the vulnerable and the needy. Lauren was able to mentor me for a time by teaching me that sometimes there isn't always one right way when trying to reach out to those in need. Sometimes the best way is what works the most for that time, place, and culture. Something else I admired about Lauren was her openness to others exploring her worldview no matter their questions. Whenever I or others had questions, she would encourage us to do our own exploration and often hand over a physical copy of a book that brought her to that position.

I remember listening to Lauren about times she deeply served her community. She shared with me that there was a time while living in Louisiana, a mother in need who was in a difficult place in life relied on the open heart and open home of Lauren to help take care of her son. Lauren willingly and lovingly cared for the child and helped the mom in every way she could. I also remember Lauren sharing with me at times her home became like a maternity resource center. The community knew that Lauren stocked up on diapers, baby items, etc, and would come to her for mutual aid. Though I'm sure constantly giving of herself in these ways was not always easy, I believe she did it all with a joyful servant heart.

One of the last times I remember spending time with Lauren, she quoted St. Mother Teresa of Kolkata saying, "…if you love until it hurts, there can be no more hurt, only more love." This is a great paradox Lauren taught me that I had never heard before. Another great lesson she taught me from one of the letters she shared with her friends while in jail was that sometimes you just have to "do it afraid." What this means to me is that sometimes when wanting to stand up for what is right, it does not mean you have no fear, but that you choose to do the right thing even while you are still afraid. These lessons have rang true for my life and I am so thankful for her example. One of the last times we spoke on the phone, she gave me guidance when I experienced some racial insensitivity from people I was hoping to work with closely. She validated my experience that what was said and other peoples' silence was wrong. She also encouraged me to not rely on that group, rather to take time to learn and to love who I am as a leader and my vision for my work going forward.

The impact of Lauren's physical absence in our lives has left a hole in our community. We no longer have her wisdom, guidance, mentorship, nor her example of what it means to radically love. I respectfully ask the court for a minimum sentencing.

Sincerely,
Melanie Salazar

*"I am just one person in the patterns of history trying in small ways to make the world an easier place to **love** our neighbors and build community."* -Lauren Handy

Judge Kollar-Kotelly,

My name is Paityn Bowen. I can be contacted by email at paitynjbowen@gmail.com if more information is needed. I'm 19 years old and currently pursuing a university degree. I have looked up to Lauren since I first learned about her work about two and a half years ago. Since then, the more I have learned about her kindness, the more reason I have to look up to her. She is the truest picture of selflessness, as evidenced in her work as the founder of Mercy Missions, which provides resources to individuals facing homelessness and/or crisis pregnancies. Even now, as she is behind bars awaiting sentencing, Lauren continues to actively show love to those around her through sharing her time and experiences with her jailmates. She has shared one story about a person who she shared some time with in Alexandria Detention Center who was my age and, at the time, severely underweight. Lauren shared her love with this young woman and became her mentor until her release. Our prison systems exist to keep dangerous people from the outside world, but Lauren is far from a dangerous person; her commitment to nonviolence is unwavering and is proven by her active love for everyone around her. For these reasons and more, I believe that Lauren should not have to face a decade in federal prison, and should be freed so she can continue her good deeds in our society which needs more people like her.



THE
CATHOLIC
UNIVERSITY
OF AMERICA

4/6/24
620 Michigan Ave. NE
Washington, DC 20064

Judge Colleen Kollar Kotelly
U.S. District Court for the District of Columbia
333 Constitution Ave. NW
Washington, DC 20001

Dear Judge Kollar Kotelly:

I am submitting a character reference on behalf of Lauren Handy. Lauren was convicted for a FACE act violation in August and her sentencing will take place in mid-May

I know Lauren because she and I have both been involved with a pro-life sidewalk counseling ministry outside the Washington, DC Planned Parenthood. Lauren would come to the Planned Parenthood facility several times a week to prayerfully and peacefully offer life affirming alternatives to women seeking abortions.

Lauren has literally devoted her entire life to helping the weak and vulnerable. She does not take a salary and lives off donations.  She does an excellent job staying in touch with the women that she assists – helping them with finances, shelter, and health care. She has even travelled considerable distances at her own expense to assist women in need.

I remember one situation in particular.  Lauren and I were in touch with a woman named Roxy who was pregnant with twins. Roxy was unsure whether she wanted to continue her pregnancy and was open to receiving assistance from local pro-lifers. In the end, Roxy decided to obtain an abortion. However, even though Lauren disagreed with this decision, she still agreed to assist Roxy afterwards. Lauren helped Roxy move to Texas and continued to stay in touch with her. Even though Lauren is currently in jail, she is still likely in touch with many of the women she has assisted.

I can honestly say that Lauren is the most generous and self-sacrificial person  I know. She is not a violent individual. She poses absolutely no threat to the health and well-being of others. I have seen Lauren Handy help countless people in need. I humbly request a lenient sentence for Lauren Handy.

Thank you for your consideration.

Michael J. New Ph.D.
Assistant Professor of Practice
The Busch School of Business
The Catholic University of America

**The Busch School of Business**
620 Michigan Ave, N.E. | Washington, DC 20064 | 202-319-5236