# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal Case No. 22-CR-096-CKK |
| | : | |
| **LAUREN HANDY**, *et al.*, | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Lauren Handy, through counsel, appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment imposed in this matter on May 14, 2024.

Date: May 16, 2024

Respectfully Submitted,

*/s/ Martin A. Cannon*
Martin A. Cannon, Esquire (Admitted *Pro Hac Vice*)
THOMAS MORE SOCIETY
10506 Burt Circle, Suite 110
Omaha, Nebraska 68114
Email: mcannon@thomasmoresociety.org
Phone: (402) 690-1484

*/s/ Stephen M. Crampton*
Stephen M. Crampton, Esquire (Admitted *Pro Hac Vice*)
THOMAS MORE SOCIETY
Post Office Box 4506
Tupelo, MS  38803
Email: scrampton@thomasmoresociety.org
Phone: 662-255-9439

*/s/ Dennis E. Boyle*
Dennis E. Boyle, Esquire
Blerina Jasari, Esquire
Boyle & Jasari
1050 Connecticut Ave, NW
Suite 500
Washington, D.C., 20036
Email:  dboyle@boylejasari.com
            bjasari@boylejasari.com
Phone: (202) 430-1900

*Counsel for Defendant Lauren Handy*