APPEAL,CAT B

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:22–cr–00096–CKK</u>–1

Case title: USA v. HANDY et al

Date Filed: 03/24/2022

Assigned to: Judge Colleen Kollar–Kotelly

Appeals court case numbers: 23–3143, 24–3064

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **LAUREN HANDY** | represented by | **Dennis E. Boyle** |

**Dennis E. Boyle**
1050 Connecticut Ave
Suite 500
20036
Washington, DC 20036
202–430–1900
Email: dboyle@boylejasari.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Martin A. Cannon**
THOMAS MORE SOCIETY
16983 370th Street
Carson, IA 51525–4121
402–690–1484
Email: mcannon@thomasmoresociety.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Mary Manning Petras**
FEDERAL PUBLIC DEFENDER FOR THE
DISTRICT OF COLUMBIA
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004
(202) 208–7500 Ext. 109
Fax: (202) 208–7515
Email: mary_petras@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Blerina Jasari**
BOYLE & JASARI LLP
1050 Connecticut Avenue
Suite 500
Washington, DC 20036
917–886–0252
Email: bjasari@boylejasari.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Stephen F. Brennwald**
BRENNWALD & ROBERTSON, LLP
922 Pennsylvania Avenue, SE
Washington, DC 20003
(301) 928–7727
Fax: (202) 544–7626
Email: sfbrennwald@cs.com
*ATTORNEY TO BE NOTICED*

**Stephen M. Crampton**
THOMAS MORE SOCIETY
P.O. Box 4506
Tupelo, MS 38803
662–255–9439
Fax: 312–782–1887
Email: scrampton@thomasmoresociety.org
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:241; CONSPIRACY AGAINST RIGHTS OF CITIZENS; Conspiracy Against Rights. (1) | |
| 18:241; CONSPIRACY AGAINST RIGHTS OF CITIZENS; Conspiracy Against Rights. (1s) | Fifty–seven (57) months incarceration, with credit for time served followed by Thirty–six (36) months of Supervised Release and a Special Assessment of $100. |
| 18:248(a)(1); ACCESS TO CLINIC ENTRANCE (1ST OFF, VIOLENT); Freedom of Access to Clinic Entrances Act. (2) | |
| 18:248(a)(1), 2; ACCESS TO CLINIC ENTRANCE (1ST OFF, VIOLENT); Freedom of Access to Clinic Entrance Act. | Twelve (12) months incarceration to run concurrently to Count 1s, with credit for time served followed by Twelve (12) months of Supervised Release to run concurrently to Count 1s and a Special Assessment of |

(2s)                                    $25 for a total of $125.

**Highest Offense Level**
**(Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level**
**(Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

| USA | represented by | **Elizabeth Ann Aloi** |
| --- | --- | --- |

represented by **Elizabeth Ann Aloi**
U.S. ATTORNEY'S OFFICE/DISTRICT
OF COLUMBIA
555 4th Street, NW
Washington, DC 20003
(202) 252–7212
Email: elizabeth.aloi@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**John Crabb , Jr.**
U.S. ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
Room 11–844
Washington, DC 20530
(202) 252–1794
Email: John.D.Crabb@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Molly Gulland Gaston**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252–7803

3

Email: molly.gaston@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Rebecca G. Ross**
UNITED STATES ATTORNEY'S
OFFICE
United States Attorney's Office for the
District of Col
610 D Street NW
Washington, DC 20530
(202) 252–6937
Email: Rebecca.Ross2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Sanjay Harivadan Patel**
DOJ–CRT
Civil Rights Division, Criminal Section
950 Pennsylvania Avenue NW.
Washington, DC 20004
202–307–6188
Email: sanjay.patel@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2022 | 1 | SEALED INDICTMENT as to LAUREN HANDY (1) count(s) 1, 2, JONATHAN DARNEL (2) count(s) 1, 2, JAY SMITH (3) count(s) 1, 2, PAULA "PAULETTE" HARLOW (4) count(s) 1, 2, JEAN MARSHALL (5) count(s) 1, 2, JOHN HINSHAW (6) count(s) 1, 2, HEATHER IDONI (7) count(s) 1, 2, WILLIAM GOODMAN (8) count(s) 1, 2, JOAN BELL (9) count(s) 1, 2. (zhsj) (Entered: 03/27/2022) |
| 03/24/2022 | 3 | MOTION to Seal Indictment and Related Matters and to Delay Entry on the Public Docket by USA as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA "PAULETTE& HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL. (Attachments: # 1 Text of Proposed Order) (zhsj) (Entered: 03/27/2022) |
| 03/24/2022 | 4 | ORDER granting 3 Motion to Seal Indictment and Related Matters and to Delay Entry on the Public Docket as to LAUREN HANDY (1), JONATHAN DARNEL (2), JAY SMITH (3), PAULA "PAULETTE& HARLOW (4), JEAN MARSHALL (5), JOHN HINSHAW (6), HEATHER IDONI (7), WILLIAM GOODMAN (8), JOAN BELL (9). Signed by Magistrate Judge Zia M. Faruqui on 3/24/2022. (zhsj) (Entered: 03/27/2022) |
| 03/30/2022 | | Case unsealed as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL per Government's |

| | | |
|---|---|---|
| | | notification and confirmation. (zltp) (Entered: 03/30/2022) |
| 03/30/2022 | 6 | Arrest Warrant Returned Executed on 3/30/2022 as to LAUREN HANDY. (zhsj) (Entered: 03/30/2022) |
| 03/30/2022 | | Arrest of LAUREN HANDY (1). (ztl) (Entered: 03/31/2022) |
| 03/30/2022 | 10 | Arrest Warrant Returned Executed on 3/30/2022 as to LAUREN HANDY (1). (ztl) (Entered: 03/31/2022) |
| 03/30/2022 | | ORAL MOTION to Appoint Counsel by LAUREN HANDY (1). (ztl) (Entered: 03/31/2022) |
| 03/30/2022 | | ORAL MOTION for Speedy Trial by USA as to LAUREN HANDY (1). (ztl) (Entered: 03/31/2022) |
| 03/30/2022 | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui: Initial Appearance as to LAUREN HANDY held on 3/30/2022. Case called for an Arraignment but not held. Defendant present by telephone. The Court Advised the Government of it's Due Process Obligations under Rule 5 (f). Oral Motion to Appoint Counsel by LAUREN HANDY (1); heard and granted. Government did not seek detention. Oral Motion by the Government for Speedy Trial as to LAUREN HANDY (1); heard and granted. Defense agrees to exclusion. Speedy Trial Excluded from 3/30/2022 to 4/29/2022 in the Interest of Justice (XT). Status Hearing/Arraignment set for 4/29/2022 at 2:30 PM by Telephonic/VTC before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Defendant Released/Release Issued; Court Reporter: FTR–Gold; FTR Time Frame: Ctrm 4 [4:02:23–4:23:24];Defense Attorney: Mary Petras; US Attorney: Molly Gaston; Pretrial Officer: John Copes. (ztl) (Entered: 03/31/2022) |
| 03/30/2022 | 12 | ORDER Setting Conditions of Release as to LAUREN HANDY (1) Personal Recognizance. Signed by Magistrate Judge Zia M. Faruqui on 3/30/2022. (Attachment: # 1 Appearance Bond) (ztl) (Entered: 03/31/2022) |
| 03/31/2022 | 9 | NOTICE OF ATTORNEY APPEARANCE: Mary Manning Petras appearing for LAUREN HANDY (Petras, Mary) (Entered: 03/31/2022) |
| 03/31/2022 | | MINUTE ORDER as to LAUREN HANDY: The Court hereby ORDERS the parties to appear for a status hearing regarding Defendants Conditions of Release, on Monday, April 4, 2022 at 11:00am. SO ORDERED. Signed by Magistrate Judge Zia M. Faruqui on 3/31/2022. (ztl) (Entered: 03/31/2022) |
| 04/01/2022 | 14 | NOTICE OF ATTORNEY APPEARANCE Elizabeth Ann Aloi appearing for USA. (Aloi, Elizabeth) (Entered: 04/01/2022) |
| 04/04/2022 | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui:Status Hearing/Arraignment as to LAUREN HANDY (1) as to Counts 1,2 held on 4/4/2022. Defendant present by video. Plea of NOT guilty entered as to all counts. Bond Status of Defendant: Defendant Remain on Personal Recognizance; Court Reporter: FTR–Gold; FTR Time Frame: Ctrm 4 [11:15:36–11:19:55]; Defense Attorney: Mary Petras; US Attorney: Elizabeth Aloi; Pretrial Officer: John Copes. (ztl) (Entered: 04/04/2022) |
| 04/12/2022 | 46 | ORDER denying 45 Emergency Revised Petition to Amend Bond to Permit International Travel as to HEATHER IDONI (7). Signed by Judge Colleen Kollar–Kotelly on April 12, 2022. (lcckk1) (Entered: 04/12/2022) |

| 04/13/2022 | 47 | NOTICE OF ATTORNEY APPEARANCE Sanjay Harivadan Patel appearing for USA. (Patel, Sanjay) (Entered: 04/13/2022) |
|---|---|---|
| 04/26/2022 | 52 | MOTION for Protective Order by USA as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL. (Attachments: # 1 Text of Proposed Order)(Aloi, Elizabeth) (Entered: 04/26/2022) |
| 04/27/2022 | | MINUTE ORDER: The Court is in receipt of the Government's 52 Motion for Protective Order. The Government states that Defendants Bell(9), Goodman(8), and Handy(1) object to portions of the protective order, and that Defendants Smith(3), Darnell(2), and Harlow(4) have not yet taken a position. Accordingly, Defendants Bell(9), Goodman(8), Handy(1), Smith(3), Darnel(2), and Harlow(4) may file opposition(s), jointly or separately, to the Government's 52 Motion on or before May 2, 2022. The Government may file a reply in support of its 52 Motion on or before May 5, 2022. An arraignment and initial status hearing remains scheduled in this case for April 29, 2022 at 2:30 PM ET. Signed by Judge Colleen Kollar–Kotelly on April 27, 2022. (lcckk1) (Entered: 04/27/2022) |
| 04/28/2022 | 63 | BRADY ORDER as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL. Signed by Judge Colleen Kollar–Kotelly on April 28, 2022. (lcckk1) (Entered: 04/28/2022) |
| 04/29/2022 | | Minute Entry for videoconference proceedings held before Judge Colleen Kollar–Kotelly: Status Conference as to LAUREN HANDY(1), JONATHAN DARNEL(2), JAY SMITH(3), PAULA PAULETTE HARLOW(4), JEAN MARSHALL(5), JOHN HINSHAW(6), HEATHER IDONI(7), WILLIAM GOODMAN(8), JOAN BELL(9) held on 4/29/2022. All parties' Responses to 52 due by 5/9/2022. Government's Reply to 52 due by 5/16/2022. No further hearing date scheduled at this time.Bond Status of Defendants: Personal Recognizance as to Defendants 1, 2, 3, 4, 5, 6, 7, 8 and 9; Court Reporter: Lisa Moreira; Defense Attorney: 1–Mary M. Petras, 2–Brian K. McDaniel, 3–Nicholas G. Madiou, 4–Allen Orenberg, 5–John L. Machado, 6–Alfred Guillaume, III, 7–Peter A. Cooper, 8–Howard J. Walsh, III, and 9–Stephen F. Brennwald; US Attorney: Elizabeth A. Aloi. (dot) (Entered: 04/29/2022) |
| 05/06/2022 | | MINUTE ORDER as to LAUREN HANDY(1), JONATHAN DARNEL(2), JAY SMITH(3), PAULA PAULETTE HARLOW(4), JEAN MARSHALL(5), JOHN HINSHAW(6), HEATHER IDONI(7), WILLIAM GOODMAN(8), JOAN BELL(9): During the April 29, 2022 status hearing, the Court deferred setting a date for the next status hearing, informing the parties that Chambers would coordinate with the parties to find a suitable time. On May 3, 2022, Chambers emailed a Doodle poll (an online scheduling application) to all counsel of record, directing them to complete the poll by May 5, 2022 at 5:00 PM ET. To date, only four of the ten parties to this matter (the Government included) have completed the poll. Accordingly, it is hereby **ORDERED** that each party, through counsel, shall complete that poll on or before **May 9, 2022 at 9:00 AM ET**. The parties may contact Chambers for technical assistance if necessary. After May 9, 2022 at 9:00 AM ET, the Court will enter an order setting the next status hearing for which the parties will make themselves available. Signed by Judge Colleen Kollar–Kotelly on May 6, 2022. (lcckk1) (Entered: 05/06/2022) |
| 05/09/2022 | 69 | RESPONSE by LAUREN HANDY re 52 MOTION for Protective Order (Petras, Mary) (Entered: 05/09/2022) |

| 05/16/2022 | | MINUTE ORDER as to ALL DEFENDANTS: The Court is in receipt of the parties' availability for a status conference in this case. Based on that availability, the Court shall set two status conferences. First, Defendants Hinshaw(6), Handy(1), Harlow(4), and Idoni(7) shall appear for a status conference on **June 7, 2022 at 10:00 AM ET**. Second, Defendants Marshall(5), Smith(3), Darnel(2), Goodman(8), and Bell(9) shall appear for a status conference on **June 13, 2022 at 10:00 AM ET**. Both status conferences shall proceed via videoconference.<br><br>If each Defendant consents to the tolling of Speedy Trial time from the date of this Minute Order to the date of their respective status conference, counsel for each Defendant shall file a written notice signed by Defendant themself on the docket on or before **May 27, 2022**. Signed by Judge Colleen Kollar–Kotelly on May 16, 2022. (lcckk1) (Entered: 05/16/2022) |
|---|---|---|
| 05/16/2022 | | Set/Reset Hearings as to LAUREN HANDY(1), PAULA PAULETTE HARLOW(4), JOHN HINSHAW(6), HEATHER IDONI(7): Status Conference set for 6/7/2022 at 10:00 AM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. (dot) (Entered: 05/18/2022) |
| 05/17/2022 | 71 | NOTICE OF ATTORNEY APPEARANCE: Dennis E. Boyle appearing for LAUREN HANDY (Boyle, Dennis) (Main Document 71 replaced on 5/19/2022) (zhsj). (Entered: 05/17/2022) |
| 05/17/2022 | 72 | NOTICE OF ATTORNEY APPEARANCE: Blerina Jasari appearing for LAUREN HANDY (Jasari, Blerina) (Main Document 72 replaced on 5/19/2022) (zhsj). (Entered: 05/17/2022) |
| 05/17/2022 | 73 | MOTION for Leave to Appear Pro Hac Vice Attorney: Martin Cannon. by LAUREN HANDY. (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Boyle, Dennis) (Entered: 05/17/2022) |
| 05/18/2022 | | MINUTE ORDER granting 73 Motion for Leave to Appear Pro Hac Vice as to Martin Cannon **conditional** upon counsel Cannon filing a declaration by May 27, 2022 stating that he has reviewed and is familiar with the Local Rules of this court. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCrR 44.5(a)** . Signed by Judge Colleen Kollar–Kotelly on May 18, 2022. (lcckk1) (Entered: 05/18/2022) |
| 05/26/2022 | 75 | NOTICE of *Waiver of Speedy Trial* by LAUREN HANDY (Boyle, Dennis) (Entered: 05/26/2022) |
| 05/30/2022 | | MINUTE ORDER as to LAUREN HANDY (1): On May 18, 2022, the Court granted counsel Defendant Handy's 73 Motion for Leave to Appear Pro Hac Vice as to Martin Cannon conditional upon counsel Cannon filing a declaration by May 27, 2022 stating that he has reviewed and is familiar with the Local Rules of this court. No such notice has been filed. Accordingly, counsel Cannon shall file his notice on or before **June 2, 2022**. Signed by Judge Colleen Kollar–Kotelly on May 30, 2022. (lcckk1) (Entered: 05/30/2022) |
| 05/31/2022 | 82 | ORDER granting 52 Motion for Protective Order as to ALL DEFENDANTS. Signed by Judge Colleen Kollar–Kotelly on May 31, 2022. (lcckk1) (Entered: 05/31/2022) |
| 05/31/2022 | 83 | PROTECTIVE ORDER as to ALL DEFENDANTS. Signed by Judge Colleen Kollar–Kotelly on May 31, 2022. (lcckk1) (Entered: 05/31/2022) |

| 06/02/2022 | 85 | NOTICE OF ATTORNEY APPEARANCE: Martin A. Cannon appearing for LAUREN HANDY (Cannon, Martin) (Entered: 06/02/2022) |
|---|---|---|
| 06/07/2022 | | Minute Entry for videoconference proceedings held before Judge Colleen Kollar–Kotelly: Status Conference as to LAUREN HANDY(1), PAULA PAULETTE HARLOW (4), JOHN HINSHAW (6), HEATHER IDONI (7) held on 6/7/2022. Speedy Trial (XT) is tolled in the Interest of Justice from 6/7/2022 to 8/9/2022 as to Defendants 1, 4, 6, 7. Status Conference set for 8/9/2022 at 10:00 AM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Personal Recognizance: LAUREN HANDY (1), PAULA PAULETTE HARLOW (4), JOHN HINSHAW (6), HEATHER IDONI (7); Court Reporter: Lisa Griffith; Defense Attorney: Martin A. Cannon and Blerina Jasari (1), Allen H. Orenberg (4), Alfred Guillaume, III (6), Robert J. Dunn (7); US Attorney: Elizabeth A. Aloi and Sanjay H. Patel. (dot) (Entered: 06/07/2022) |
| 07/25/2022 | 98 | RESPONSE TO ORDER OF THE COURT by USA as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL re Order,,,,,,, (Attachments: # 1 Text of Proposed Order)(Aloi, Elizabeth) (Entered: 07/25/2022) |
| 07/25/2022 | | MINUTE ORDER as to ALL DEFENDANTS: The Court is in receipt of the Government's [98–1] Proposed Pretrial Scheduling Order. Therein, the Government proposed two trials commencing in March 2023. The parties shall meet and confer and file two joint proposed scheduling orders, one as to Defendants Harlow, Marshall, Hinshaw, Smith, and Darnel, and one as to Defendants Handy, Bell, Goodman, and Idoni. The parties shall file their joint proposed scheduling orders on or before **August 5, 2022**. Signed by Judge Colleen Kollar–Kotelly on July 25, 2022. (lcckk1) (Entered: 07/25/2022) |
| 07/25/2022 | | Set/Reset Deadlines as to LAUREN HANDY(1), JONATHAN DARNEL(2), JAY SMITH(3), PAULA PAULETTE HARLOW(4), JEAN MARSHALL(5), JOHN HINSHAW(6), HEATHER IDONI(7), WILLIAM GOODMAN(8), JOAN BELL(9): The parties shall file their joint proposed scheduling orders on or 8/5/2022. (dot) (Entered: 07/25/2022) |
| 08/05/2022 | 100 | RESPONSE TO ORDER OF THE COURT by USA as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL re Order,, (Aloi, Elizabeth) (Entered: 08/05/2022) |
| 08/05/2022 | 102 | RESPONSE TO ORDER OF THE COURT by LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL re Order,, *Proposed Schedule and Grouping of Defendants* (Brennwald, Stephen) (Entered: 08/05/2022) |
| 08/08/2022 | 104 | PRETRIAL SCHEDULING ORDER as to ALL DEFENDANTS. Trial for Defendants Handy, Bell, Goodman, and Idoni set for **March 27, 2023**. Trial for Defendants Harlow, Marshall, Smith, Hinshaw, and Darnell set for **April 11, 2023**. All other deadlines applicable to all Defendants. Signed by Judge Colleen Kollar–Kotelly on August 5, 2022. (lcckk1) (Entered: 08/08/2022) |
| 08/09/2022 | | Minute Entry for videoconference proceedings held before Judge Colleen Kollar–Kotelly:Status Conference as to LAUREN HANDY (1), PAULA PAULETTE |

| | | |
|---|---|---|
| | | HARLOW (4), JOHN HINSHAW (6), HEATHER IDONI (7) held on 8/9/2022. Speedy Trial (XT) is tolled in the Interest of Justice from 8/9/2022 to 10/24/2022. Status Conference as to LAUREN HANDY (1), JOHN HINSHAW (6), HEATHER IDONI (7) WILLIAM GOODMAN (8) set for 10/24/2022 at 10:30 AM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. Status Conference as to PAULA PAULETTE HARLOW (4) set for 10/24/2022 at 11:30 AM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Personal Recognizance, LAUREN HANDY (1), PAULA PAULETTE HARLOW (4), JOHN HINSHAW (6), HEATHER IDONI (7); Court Reporter: Lisa Edwards; Defense Attorney: Martin A. Cannon (1), Allen H. Orenberg (4), Alfred Guillaume, III (6), Robert J. Dunn (7); US Attorney: Elizabeth A. Aloi and Sanjay H. Patel. (dot) (Entered: 08/10/2022) |
| 08/10/2022 | | MINUTE ORDER as to LAUREN HANDY (1), PAULETTE HARLOW (4), JOHN HINSHAW (6), HEATHER IDONI (7): The Court held a status hearing in this case on August 9, 2022. With consent, Defendants were present via videoconference and represented by counsel. The Court discussed the status of discovery and pretrial scheduling. In light of Defendants' representation that some or all of them may retain expert witnesses, the Court will enter an amended pretrial scheduling order adding relevant deadlines. The Court also discussed the viability of the trial dates of March 27, 2023 and April 11, 2023. Counsel for Defendant Hinshaw indicated he may be unavailable for both dates. The Court will keep the present dates for the moment. Finally, the Court set a status hearing for **October 24, 2022 at 10:30 AM ET** and **October 24, 2022 at 11:30 AM ET**. Defendants Handy (1), Hinshaw (6), and Idoni (7) shall attend the former, and Defendant Harlow (4) shall attend the latter. Defendants have consented to the next hearings proceeding via Zoom.<br><br>During the August 9, 2022 status hearing, the Court discussed with Defendants their Speedy Trial Act rights, and Defendants consented to a continuance of Speedy Trial rights until the date of the next status hearing. Accordingly, the Court finds that a continuance of Defendants Speedy Trial rights between August 9, 2022 and the next status hearings on October 24, 2022, serves the "ends of justice" and outweighs the best interests of both the community and Defendant in a speedy trial, in light of the ongoing COVID–19 pandemic, *see* Standing Order no. 22–07 (BAH) (D.D.C. Feb. 15, 2022), and will allow the parties to review discovery and prepare for trial. Taking into account this continuance, the Court has calculated that Defendants new 70–day deadline is **December 27, 2022**. The Court finds that the 90–day deadline is inapplicable to Defendant, given that he has been released pending trial.<br><br>Signed by Judge Colleen Kollar–Kotelly on August 10, 2022. (lcckk1) (Entered: 08/10/2022) |
| 10/14/2022 | [113](#) | SUPERSEDING INDICTMENT as to LAUREN HANDY (1) count(s) 1s, 2s, JONATHAN DARNEL (2) count(s) 1s, 2s, JAY SMITH (3) count(s) 1s, 2s, PAULA PAULETTE HARLOW (4) count(s) 1s, 2s, JEAN MARSHALL (5) count(s) 1s, 2s, JOHN HINSHAW (6) count(s) 1s, 2s, HEATHER IDONI (7) count(s) 1s, 2s, WILLIAM GOODMAN (8) count(s) 1s, 2s, JOAN BELL (9) count(s) 1s, 2s, HERB GERAGHTY (10) count(s) 1, 2. (zhsj) (Entered: 10/17/2022) |
| 10/24/2022 | | MINUTE ORDER as to LAUREN HANDY, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, AND HERB GERAGHTY. The Court held a status hearing in this case on October 24, 2022. With consent, Defendants Handy, Idoni, and Geraghty, were present via videoconference and represented by counsel. With |

consent, Defendant Goodman was present via videoconference, but counsel for Defendant Goodman failed to appear. Defendant Hinshaw also failed to appear. Counsel for Defendant Hinshaw initially appeared via videoconference, but the Court erroneously directed counsel for Defendant Hinshaw to attend a later hearing instead. The Court indicated that it would enter a bench warrant for Defendant Hinshaw and an order directing counsel for Defendant Goodman to show cause why he should not be held in contempt for failing to appear. The Court discussed the status of discovery and pretrial scheduling. The Court also set a trial date of **August 9, 2023**. Finally, the Court send another status hearing for **December 22, 2022 at 9:00 AM ET**, to proceed via videoconference.

During the August 9, 2022 status hearing, the Court discussed with Defendants their Speedy Trial Act rights, and Defendants Handy, Idoni, Geraghty, and Goodman consented to a continuance of Speedy Trial rights until the date of the next status hearing. Accordingly, the Court finds that a continuance of Speedy Trial rights as to Defendants Handy, Idoni, Geraghty, and Goodman between October 24, 2022 and the next status hearings on December 22, 2022, serves the "ends of justice" and outweighs the best interests of both the community and will allow the parties to further review discovery and prepare for trial. Taking into account this continuance, the Court has calculated that Defendants new 70–day deadline is **March 2, 2022**. The Court finds that the 90–day deadline is inapplicable to Defendants, given that they have been released pending trial.

Signed by Judge Colleen Kollar–Kotelly on October 24, 2022. (lcckk1) (Entered: 10/24/2022)

| | | |
|---|---|---|
| 10/24/2022 | | Minute Entry for videoconference proceedings held before Judge Colleen Kollar–Kotelly:Status Conference as to LAUREN HANDY (1), JOHN HINSHAW (6), HEATHER IDONI (7), WILLIAM GOODMAN (8), HERB GERAGHTY (10) held on 10/24/2022. Excludable started as to LAUREN HANDY (1), JOHN HINSHAW (6), HEATHER IDONI (7), WILLIAM GOODMAN (8), HERB GERAGHTY (10). Speedy Trial (XT) is tolled in the Interest of Justice from 10/24/2022 to 12/22/2022. Status Conference set for 12/22/2022 at 9:00 AM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. Jury Trial set for 8/9/2023 at 9:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly.Bond Status of Defendant: Personal Recognizance, LAUREN HANDY (1), JOHN HINSHAW (6), HEATHER IDONI (7), WILLIAM GOODMAN (8), HERB GERAGHTY (10); Court Reporter: Tammy Nestor; Defense Attorney: Dennis E. Boyle and Martin Cannon (1); Alfred Guillaume, III (6); Robert Dunn (7); Howard J. Walsh (8); and Anthony Martin; US Attorney: Elizabeth A. Aloi and Sanjay H. Patel. (dot) (Entered: 10/24/2022) |
| 10/24/2022 | | Minute Entry for videoconference proceedings held before Judge Colleen Kollar–Kotelly: Arraignment as to LAUREN HANDY (1) as to Count 1s,2s, JOHN HINSHAW (6) as to Count 1s,2s, HEATHER IDONI (7) as to Count 1s,2s and WILLIAM GOODMAN (8) as to Count 1s,2s held on 10/24/2022. Plea of NOT GUILTY entered as to All Defendants on all Counts of the Superseding Indictment. Bond Status of Defendants: Personal Recognizance; Court Reporter: Tammy Nestor Defense Attorney: Dennis E. Boyle and Martin Cannon (1); Alfred Guillaume, III (6); Robert Dunn (7); Howard J. Walsh (8); US Attorney: Elizabeth A. Aloi and Sanjay H. Patel. (dot) (Entered: 10/24/2022) |
| 11/15/2022 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER as to ALL DEFENDANTS: The Court is in receipt of the Government's 133 Response to Defendant Geraghty's Motion to Modify the Conditions of Release. In addition to opposing Defendant Geraghty's 132 Motion, the Government also requests the Court modify the conditions of release as to all Defendants to limit contact among each defendant and one another. As such, each Defendant except for Defendant Geraghty may file a reply to the Government's request to modify *their* conditions of release on or before **November 22, 2022**. Signed by Judge Colleen Kollar–Kotelly on November 15, 2022. (lcckk1) (Entered: 11/15/2022) |
| 11/15/2022 | | Set/Reset Deadlines as to LAUREN HANDY (1), JONATHAN DARNEL (2), JAY SMITH (3), PAULA PAULETTE HARLOW (4), JEAN MARSHALL (5), JOHN HINSHAW (6), HEATHER IDONI (7), WILLIAM GOODMAN (8), JOAN BELL (9):reply to the Government's request to modify their conditions of release on or before 11/22/2022. (dot) (Entered: 11/17/2022) |
| 11/22/2022 | 138 | RESPONSE TO ORDER OF THE COURT by LAUREN HANDY as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY re Order,, (Boyle, Dennis) (Entered: 11/22/2022) |
| 11/30/2022 | 141 | MOTION to Continue *Discovery Deadline* by USA as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY. (Attachments: # 1 Text of Proposed Order)(Aloi, Elizabeth) (Entered: 11/30/2022) |
| 12/06/2022 | 142 | ORDER granting 132 Motion to Modify Conditions of Release. Signed by Judge Colleen Kollar–Kotelly on December 6, 2022. (lcckk1) (Entered: 12/06/2022) |
| 12/12/2022 | | MINUTE ORDER as to ALL DEFENDANTS: The Court is in receipt of the Government's 141 Motion to Continue Discovery Deadline Pursuant to Rule 45(b), filed November 30, 2022. The Government represents that discovery is too large to transmit via USAFX and that it requires additional time to complete discovery productions via other means. The Government therefore requests that the Court extend the deadline for Rule 16 discovery from December 2, 2022 to January 20, 2023. As no Defendant has objected, and Defendants Darnel and Harlow affirmatively consent, the Government's 141 Motion to Continue Discovery Deadline Pursuant to Rule 45(b) is GRANTED *nunc pro tunc* upon good cause shown. The Government shall complete its Rule 16 productions on or before January 20, 2023. Also pending before the Court is Defendant Bell's 143 Unopposed Motion to Extend Motions Deadline, filed December 9, 2022. Defendant Bell requests that the Court extend the deadline for non–evidentiary pretrial motions and discovery motions from December 9, 2022 to January 27, 2023, to ensure she (and fellow defendants) have sufficient time to review discovery in advance of further dispositive motions practice. As the Government consents, and upon good cause shown, Defendant Bell's 143 Unopposed Motion to Extend Motions Deadline is GRANTED *nunc pro tunc*. Discovery motions and non–evidentiary pretrial motions shall be filed on or before January 27, 2023. Opposition(s) shall be filed on or before February 17, 2023, and replies shall be filed on or before February 24, 2023. The remaining deadlines in the Court's 104 Pretrial Scheduling Order stand. Signed by Judge Colleen Kollar–Kotelly on December 12, 2022. (lcckk1) Modified on 12/15/2022 to correct date. (dot). (Entered: 12/12/2022) |

| 12/12/2022 | | Set/Reset Deadlines as to LAUREN HANDY (1), JONATHAN DARNEL (2), JAY SMITH (3), PAULA PAULETTE HARLOW (4), JEAN MARSHALL (5), JOHN HINSHAW (6), HEATHER IDONI (7), WILLIAM GOODMAN (8), JOAN BELL (9), HERB GERAGHTY (10): Discovery due by 1/20/2023. Motions due by 1/27/2023. Oppositions due by 2/17/2023. Replies due by 2/24/2023. (dot) (Entered: 12/15/2022) |
|---|---|---|
| 12/14/2022 | | MINUTE ORDER as to WILLIAM GOODMAN: Before the Court is Defendant Goodman's 144 Unopposed Motion to Continue Discovery Motions, filed December 12, 2022. Approximately thirty minutes before Defendant Goodman's motion was filed, the Court granted the same relief Defendant requests in his motion to all Defendants. As such, Defendant Goodman's 144 Unopposed Motion to Continue Discovery Motions is **DENIED AS MOOT**. Signed by Judge Colleen Kollar–Kotelly on December 14, 2022. (lcckk1) (Entered: 12/14/2022) |
| 12/22/2022 | 154 | AMENDED PRETRIAL SCHEDULING ORDER incorporating prior extensions and *sua sponte* extended other deadlines. Signed by Judge Colleen Kollar–Kotelly on December 21, 2022. (lcckk1) (Main Document 154 replaced on 1/3/2023) (zdot). (Entered: 12/22/2022) |
| 12/22/2022 | | Minute Entry for videoconference proceedings held before Judge Colleen Kollar–Kotelly:Status Conference as to LAUREN HANDY(1), JOHN HINSHAW(6), HEATHER IDONI(7), WILLIAM GOODMAN(8), HERB GERAGHTY(10) held on 12/22/2022. Excludable started as to LAUREN HANDY, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, HERB GERAGHTY. Speedy Trial (XT) is tolled in the Interest of Justice from 12/22/2022 to 3/3/2022 as to Defendants 1, 6, 7, 8, 10. Status Conference set for 3/3/2023 at 3:00 PM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. Status Conference set for 5/25/2023 at 3:00 PM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. Status Conference set for 7/28/2023 at 3:00 PM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. Pretrial Conference set for 8/8/2023 at 10:00 AM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. Jury Trial set for 8/9/2023 at 9:00 AM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Personal Recognizance as to Defendants 1, 6, 7, 8 10; Court Reporter: Tammy Nestor; Defense Attorney: Martin A. Cannon (1); Alfred Guillaume, III (6); Robert Dunn (7); Howard J. Walsh, III (8); Anthony D. Martin (10); US Attorney: Sanjay H. Patel. (dot) (Entered: 12/23/2022) |
| 01/05/2023 | | MINUTE ORDER as to LAUREN HANDY, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, AND HERB GERAGHTY. The Court held a status hearing in this case on December 12, 2022. With consent, all Defendants were present via videoconference and represented by counsel. Each Defendant agreed to proceed remotely. The Court discussed the status of discovery and pretrial scheduling. The Court also set status conferences for: (1) **March 3, 2023 at 3:00 PM ET**, via videoconference; (2) **May 25, 2023 at 3:00 PM ET**; and (3) **July 28, 2023 at 3:00 PM ET**. Finally, the Court set a pretrial conference for **August 8, 2023** at 10:00 AM ET in Courtroom 28–A. Defendants consented to the next status conference proceeding remotely. Trial remains set for **August 9, 2023**.<br><br>During the December 12, 2022 status hearing, the Court discussed with Defendants their Speedy Trial Act rights, and Defendants consented to a continuance of Speedy Trial rights until the date of the next status hearing. Accordingly, the Court finds that a continuance of Defendants Speedy Trial rights between December 12, 2022 and the |

| | | |
|---|---|---|
| | | next status hearing on March 3, 2023, serves the "ends of justice" and outweighs the best interests of both the community and will allow the parties to further review discovery and prepare for trial. Taking into account this continuance, the Court has calculated that Defendants new 70–day deadline is **May 12, 2023**. The Court finds that the 90–day deadline is inapplicable to Defendants, given that they have been released pending trial. <br><br> Signed by Judge Colleen Kollar–Kotelly on January 5, 2023. (lcckk1) (Entered: 01/05/2023) |
| 01/20/2023 | 158 | NOTICE *of Discovery Status* by USA as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY (Aloi, Elizabeth) (Entered: 01/20/2023) |
| 01/22/2023 | | MINUTE ORDER as to ALL DEFENDANTS: The Court is in receipt of the Government's 158 Notice, filed January 20, 2023. The Government represents that it has attempted to complete discovery productions by requesting hard drives from counsel for each Defendant, but only some have complied with the Government's request. The deadline for discovery applies to all parties, and all parties must make every effort to comply with that deadline. As such, of the Defendants who have yet to comply with the Government's request, counsel for these Defendants shall do so forthwith. If cost is an issue, counsel shall make the requisite request of the Court forthwith. Signed by Judge Colleen Kollar–Kotelly on January 22, 2023. (lcckk1) (Entered: 01/22/2023) |
| 01/27/2023 | 159 | MOTION to Dismiss Count by LAUREN HANDY, JONATHAN DARNEL. (Attachments: # 1 Text of Proposed Order) (Boyle, Dennis) Modified on 1/30/2023 (zhsj). Modified on 1/30/2023 (zhsj). (Entered: 01/27/2023) |
| 01/30/2023 | | RESOLVED...NOTICE of Provisional/Government Not Certified Status re 162 MOTION for Joinder *to Defendant Handy's Mtn (ECF 159)* by HERB GERAGHTY. (Martin, Anthony). <br><br> Your attorney renewal/government certification has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Criminal Rule 57.21.1, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney–renewal. <br><br> Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 2/6/2023. (zbaj) Modified on 2/1/2023 (zbaj). (Entered: 01/30/2023) |
| 02/06/2023 | 167 | ORDER as to ALL DEFENDANTS *sua sponte* extending briefing deadlines for non–evidentiary pretrial motions, expanding scope of briefing, and waiving page limits. In addition to any other issues the parties may seek to address, the parties shall address (1) whether the holdings of *Dobbs v. Jackson Women's Health Org.*, 142 S. Ct. 2228 (2022) are limited to the Fourteenth Amendment and (2) whether the Thirteenth Amendment confers a right to abortion to some extent as an original matter. The parties shall continue to address the current crux of this case, the scope of the statutes charged. Government's response due on or before **March 3, 2023** and |

| | | |
|---|---|---|
| | | Defendants' reply due on or before **March 17, 2023**. See Order for details. Signed by Judge Colleen Kollar–Kotelly on February 6, 2023. (lcckk1) (Entered: 02/06/2023) |
| 02/06/2023 | | Set/Reset Deadlines as to LAUREN HANDY(1), JONATHAN DARNEL(2), JAY SMITH(3), PAULA PAULETTE HARLOW(4), JEAN MARSHALL(5), JOHN HINSHAW(6), HEATHER IDONI(7), WILLIAM GOODMAN(8), JOAN BELL(9), HERB GERAGHTY(10): Government's Response due by 3/3/202. Defendants' Reply due by 3/17/2023. (dot) (Entered: 02/08/2023) |
| 02/09/2023 | | MINUTE ORDER as to LAUREN HANDY (1): The Court is in receipt of Pretrial Services' <u>168</u> Pretrial Violation Report, alleging that Defendant Handy is noncompliant with her conditions of release. In consideration thereof, a show cause hearing is set for **February 21, 2023 at 11:00 AM ET** in Courtroom 28–A. To the extent necessary, the Court will permit counsel Cannon to appear remotely, although it expects representations to be made exclusively by counsel attending in person. To the extent either party intends to call witnesses to present testimony, witness(es) shall also appear in–person, and witness lists (if necessary) shall be provided to Chambers no later than **February 17, 2023 at 12:00 PM ET**. Signed by Judge Colleen Kollar–Kotelly on February 9, 2023. (lcckk1) (Entered: 02/09/2023) |
| 02/09/2023 | | Set/Reset Hearings as to LAUREN HANDY: Show Cause Hearing set for 2/21/2023 at 11:00 AM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. (dot) (Entered: 02/09/2023) |
| 02/21/2023 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly:Show Cause Hearing as to LAUREN HANDY (1) held on 2/21/2023. Order forthcoming. Bond Status of Defendant: Personal Recognizance; Court Reporter: Lisa Edwards; Defense Attorney: Dennis E. Boyle, Martin A. Cannon and Blerina Jasari; US Attorney: Elizabeth A. Aloi, Sanjay H. Patel and John Crabb; Pretrial Officer: Katrina Stanford. (dot) (Entered: 02/21/2023) |
| 02/21/2023 | <u>171</u> | ORDER as to LAUREN HANDY (1) modifying conditions of release. Signed by Judge Colleen Kollar–Kotelly on 2/21/23. (lcckk3) (Entered: 02/21/2023) |
| 03/01/2023 | <u>174</u> | NOTICE OF ATTORNEY APPEARANCE John Crabb, Jr appearing for USA. (Crabb, John) (Entered: 03/01/2023) |
| 03/03/2023 | <u>189</u> | RESPONSE by USA as to LAUREN HANDY re <u>159</u> MOTION to Dismiss Count *One and Count Two*, Memorandum in Opposition by USA as to LAUREN HANDY re <u>159</u> Motion to dismiss count(s) *One and Two* (Patel, Sanjay) (Entered: 03/03/2023) |
| 03/03/2023 | | Minute Entry for videoconference proceedings held before Judge Colleen Kollar–Kotelly: Status Conference as to LAUREN HANDY(1), JOHN HINSHAW(6), HEATHER IDONI(7), WILLIAM GOODMAN(8), HERB GERAGHTY(10) held on 3/3/2023. Excludable started as to LAUREN HANDY, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN. Speedy Trial (XT) is tolled in the Interest of Justice from 3/3/2023. HERB GERAGHTY(10) to Show Cause why Speedy Trail is not tolled.Status Conference set for 5/25/2023 at 3:00 PM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. Bond Status of Defendants: Personal Recognizance; Court Reporter: Stacy Scull; Defense Attorney: Dennis E. Boyle, Martin A. Cannon and Bierina Jasari (1); Alfed Guillaume, III (6); Robert J. Dunn (7); Howard J. Walsh, III (8); and John C. Kiyonaga (10); US Attorney: Elizabeth A. Aloi and Sanjay H. Patel. (dot) (Entered: 03/03/2023) |
| 03/05/2023 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER as to LAUREN HANDY(1), JOHN HINSHAW(6), HEATHER IDONI(7), WILLIAM GOODMAN(8), AND HERB GERAGHTY(10). The Court held a status hearing in this case on March 3, 2023. With consent, all Defendants but Defendant Hinshaw were present via videoconference and represented by counsel. Defendant Hinshaw appeared by phone and was represented by counsel, who appeared via videoconference. Each Defendant agreed to proceed remotely. The parties discussed the status of discovery and pretrial scheduling. Additionally, the Government placed plea offers on the record, all of which now remain open. The Court also explained that any requests for any particular jury instruction should be filed no earlier than **July 7, 2023**, the current deadline for proposed *voir dire* and jury instructions. The next status conference remains set for **May 25, 2023 at 3:00 PM ET** via Zoom and trial remains set for **August 9, 2023**.<br><br>During the March 3, 2023 status hearing, the Court discussed with Defendants their Speedy Trial Act rights, and Defendants Handy, Idoni, Goodman, and Geraghty themselves and Defendant Hinshaw through counsel consented to a continuance of Speedy Trial rights until the date of the next status hearing. Accordingly, the Court finds that a continuance of Defendants Speedy Trial rights between March 3, 2023 and the next status hearing on May 25, 2023, serves the "ends of justice" and outweighs the best interests of both the community and will allow the parties to further review discovery and prepare for trial. Taking into account this continuance, the Court has calculated that Defendants new 70–day deadline is **August 3, 2023**. The Court finds that the 90–day deadline is inapplicable to Defendants, given that they have been released pending trial. Counsel for Defendant Hinshaw shall file a written Speedy Trial waiver signed by Defendant Hinshaw himself on or before **March 7, 2023**.<br><br>Counsel for Defendant Geraghty insisted that he was prepared to proceed to trial immediately and therefore did not consent to toll Speedy Trial time. As such, Defendant Geraghty shall **SHOW CAUSE** on or before **March 10, 2023** why the Court should not *sua sponte* toll Speedy Trial time from March 3, 2023 to May 25, 2023 pursuant to 18 U.S.C. sections 3161(h)(1)(D), (h)(7)(A), and/or (h)(7)(B)(iv).<br><br>Signed by Judge Colleen Kollar–Kotelly on March 5, 2023. (lcckk1) (Entered: 03/05/2023) |
| 03/15/2023 | 195 | MOTION to Amend/Correct 154 Order *Amended Pretrial Scheduling Order* by USA as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY. (Patel, Sanjay) (Entered: 03/15/2023) |
| 03/17/2023 | | MINUTE ORDER as to ALL DEFENDANTS: The Court is in receipt of the Government's 195 Motion to Correct the Amended Pretrial Scheduling Order. The Government notes that the Order currently requires the Government to file its 404(b) notice on or before April 14, 2023, falling after the deadline for the Government's evidentiary motions, March 24, 2023. The Government therefore proposes that the Government's 404(b) notice be due March 24, 2023, with the Government's evidentiary pretrial motions be due April 7, 2023, with applicable defendants' opposition due April 21, 2023, and any reply due April 28, 2023. Upon consideration thereof, and in light of the extensions granted to Defendants Bell and Goodman, the Government's 195 Motion to Correct the Amended Pretrial Scheduling Order is |

| | | |
|---|---|---|
| | | **GRANTED**. The parties shall adhere to the Government's proposed dates. A second amended scheduling order will issue. Signed by Judge Colleen Kollar–Kotelly on March 17, 2023. (lcckk1) (Entered: 03/17/2023) |
| 03/17/2023 | 197 | REPLY in Support by LAUREN HANDY re 159 MOTION to Dismiss Count (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Boyle, Dennis) (Entered: 03/17/2023) |
| 03/17/2023 | 198 | ENTERED IN ERROR.....SUPPLEMENT by LAUREN HANDY re 197 Reply in Support (Boyle, Dennis) Modified on 3/20/2023 (zhsj). (Entered: 03/17/2023) |
| 03/17/2023 | | NOTICE OF ERROR as to LAUREN HANDY regarding 198 Supplement to any document. The following error(s) need correction: Incorrect format (Letter)–correspondence is not permitted (LCrR 49(f)(4)). Please refile. (zhsj) (Entered: 03/20/2023) |
| 03/21/2023 | 203 | NOTICE of Filing by LAUREN HANDY as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY re 197 Reply in Support (Attachments: # 1 Exhibit)(Boyle, Dennis) (Entered: 03/21/2023) |
| 03/24/2023 | 205 | NOTICE *FRE 404(b)* by USA as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY (Attachments: # 1 Notice to Counsel/Party FRE 404(b) notice)(Patel, Sanjay) (Entered: 03/24/2023) |
| 04/07/2023 | 206 | MOTION for 404(b) Evidence by USA as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY. (Patel, Sanjay) (Entered: 04/07/2023) |
| 04/14/2023 | 209 | RESPONSE by LAUREN HANDY re 206 MOTION for 404(b) Evidence (Boyle, Dennis) (Entered: 04/14/2023) |
| 04/28/2023 | 214 | REPLY in Support by USA as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY re 206 MOTION for 404(b) Evidence (Crabb, John) (Entered: 04/28/2023) |
| 05/25/2023 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Status Conference as to LAUREN HANDY (1), JOHN HINSHAW (6), HEATHER IDONI (7), WILLIAM GOODMAN (8), HERB GERAGHTY (10) held on 5/25/2023. Excludable started as to LAUREN HANDY (1), JOHN HINSHAW (6), HEATHER IDONI (7), WILLIAM GOODMAN (8), HERB GERAGHTY (10). Speedy Trial (XT) is tolled in the Interest of Justice from 5/25/2023 to 7/28/2023.Status Conference set for 7/28/2023 at 3:00 PM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Personal Recognizance; Court Reporter: Christine Asif; Defense Attorney: Martin A. Cannon and Dennis Boyle (1), Alfred Guillaume, III (6), Robert Dunn (7), Howard J. Walsh, III (8) and Marcus Massey (standing in) (10); US Attorney: John Crabb, Jr. and Sanjay H. Patel. (dot) (Entered: 05/26/2023) |
| 05/26/2023 | 235 | |

| | | REPLY TO OPPOSITION to Motion by HERB GERAGHTY as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY re 215 MOTION to Dismiss Case *by Heather Idoni* (Kiyonaga, John) (Entered: 05/26/2023) |
|---|---|---|
| 06/02/2023 | 248 | MOTION in Limine *omnibus motion in limine* by USA as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY. (Patel, Sanjay) (Entered: 06/02/2023) |
| 06/14/2023 | 253 | NOTICE by USA as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY (Crabb, John) (Entered: 06/14/2023) |
| 06/16/2023 | 256 | MOTION for Extension of Time to File Response/Reply *to Government's Motion in Limine* by LAUREN HANDY. (Attachments: # 1 Text of Proposed Order)(Boyle, Dennis) (Entered: 06/16/2023) |
| 06/19/2023 | | MINUTE ORDER as to LAUREN HANDY (1), WILLIAM GOODMAN (8), and JOAN BELL (9): The Court is in receipt of Defendant Handy's 256 Motion for Enlargement of Time, filed June 16, 2023, joined by Defendants Goodman and Bell. Counsel for Defendant Handy represents that they require further time to conduct additional legal research to respond to the Government's 248 Omnibus Motion in Limine. Defendants together request an extension of time, from June 16, 2023 to June 23, 2023, to file their opposition(s). Over the Government's opposition, the 256 Motion for Enlargement of Time is **GRANTED** *nunc pro tunc*. Defendants shall file their opposition(s) on or before **June 23, 2023**. The Government shall file its reply on or before **June 30, 2023**. The Court will not grant any further extensions.<br><br>The Court notes that no other Defendant has filed an opposition to the 248 Omnibus Motion in Limine. The deadline for oppositions having passed, the remaining Defendants must first move to leave to late file if they intend to file an opposition.<br><br>Signed by Judge Colleen Kollar–Kotelly on June 19, 2023. (lckk1) (Entered: 06/19/2023) |
| 06/20/2023 | | Set/Reset Deadlines as to LAUREN HANDY (1), WILLIAM GOODMAN (8), JOAN BELL (9): Defendants' opposition due by 6/23/2023. Government's reply due by 6/30/2023. (hmc) (Entered: 06/20/2023) |
| 06/23/2023 | 259 | RESPONSE by LAUREN HANDY as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY re 248 MOTION in Limine *omnibus motion in limine* (Boyle, Dennis) (Entered: 06/23/2023) |
| 06/27/2023 | 265 | NOTICE OF ATTORNEY APPEARANCE Rebecca G. Ross appearing for USA. (Ross, Rebecca) (Entered: 06/27/2023) |
| 06/29/2023 | 266 | REPLY in Support by USA as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY re 248 MOTION in Limine *omnibus motion in limine* (Crabb, John) (Entered: |

| | | 06/29/2023) |
|---|---|---|
| 07/07/2023 | 269 | Proposed Voir Dire by USA as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY (Crabb, John) (Entered: 07/07/2023) |
| 07/07/2023 | 270 | Proposed Jury Instructions by USA as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY (Crabb, John) (Entered: 07/07/2023) |
| 07/07/2023 | 271 | ENTERED IN ERROR.....DECLARATION *Proof of Service by LAUREN HANDY. (Attachments: # 1 Declaration Subpoena) (Boyle, Dennis) Modified on 7/11/2023 (zhsj). Modified on 7/11/2023 (zhsj). (Entered: 07/07/2023)* |
| 07/07/2023 | 272 | ENTERED IN ERROR.....DECLARATION *Proof of Service* by LAUREN HANDY (Attachments: # 1 Subpoena)(Boyle, Dennis) Modified on 7/11/2023 (zhsj). (Entered: 07/07/2023) |
| 07/07/2023 | 273 | ENTERED IN ERROR.....DECLARATION *Proof of Service* by LAUREN HANDY (Attachments: # 1 Subpoena)(Boyle, Dennis) Modified on 7/11/2023 (zhsj). (Entered: 07/07/2023) |
| 07/07/2023 | | MINUTE ORDER as to LAUREN HANDY(1), JONATHAN DARNEL(2), PAULA PAULETTE HARLOW(4), JEAN MARSHALL(5), JOHN HINSHAW(6), HEATHER IDONI(7), WILLIAM GOODMAN(8), JOAN BELL(9), HERB GERAGHTY(10): Due to a scheduling conflict with a criminal trial, the status hearings set for July 28, 2023 at 3:00 PM ET and 3:30 PM ET are **CONTINUED** to **July 28, 2023 at 4:00 PM ET** and **July 28, 2023 at 4:30 PM ET**, respectively. Both hearings shall be by Zoom. Signed by Judge Colleen Kollar–Kotelly on July 7, 2023. (lcckk1) (Entered: 07/07/2023) |
| 07/07/2023 | 274 | WITNESS LIST by LAUREN HANDY (Boyle, Dennis) (Entered: 07/07/2023) |
| 07/07/2023 | 275 | EXHIBIT LIST by LAUREN HANDY (Boyle, Dennis) (Entered: 07/07/2023) |
| 07/07/2023 | 277 | Proposed Jury Instructions by LAUREN HANDY (Boyle, Dennis) (Entered: 07/07/2023) |
| 07/07/2023 | 278 | MOTION to Continue by USA as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY. (Attachments: # 1 Text of Proposed Order) (Crabb, John) Modified Event on 7/11/2023 (zhsj). (Entered: 07/07/2023) |
| 07/07/2023 | 280 | Proposed Voir Dire by LAUREN HANDY. (Cannon, Martin) Modified on 7/11/2023 (zhsj). (Entered: 07/07/2023) |
| 07/07/2023 | 281 | NOTICE *of Joinder* by HERB GERAGHTY as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY (Kiyonaga, John) (Entered: 07/07/2023) |
| 07/07/2023 | | Set/Reset Hearings as to LAUREN HANDY(1), JOHN HINSHAW(6), HEATHER IDONI(7), WILLIAM GOODMAN(8), HERB GERAGHTY(10): Status Conference |

| | | |
|---|---|---|
| | | set for 7/28/2023 at 4:00 PM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. (dot) (Entered: 07/09/2023) |
| 07/11/2023 | 286 | NOTICE of Supplemental Authority by USA as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY (Attachments: # 1 Exhibit A)(Ross, Rebecca) (Entered: 07/11/2023) |
| 07/11/2023 | 287 | EXHIBIT LIST by USA as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY (Attachments: # 1 exhibit list)(Crabb, John) (Entered: 07/11/2023) |
| 07/13/2023 | | MINUTE ORDER. The Court is in receipt of the 278 Motion to Continue, in which Government requests additional time to submit its exhibit list. Given that the Government has since submitted its exhibit list, see ECF No. 287 , the Court DENIES AS MOOT the 278 Motion. Signed by Judge Colleen Kollar–Kotelly on 7/13/23. (lcckk3) (Entered: 07/13/2023) |
| 07/14/2023 | | MINUTE ORDER. The Court is in receipt of Defendant HEATHER IDONI's 288 Proposed Jury Instruction on Defense of a Third Person and ORDERS the Government to file a response by no later than JULY 20, 2023. Signed by Judge Colleen Kollar–Kotelly on 7/14/23. (lcckk3) (Entered: 07/14/2023) |
| 07/14/2023 | 289 | STATUS REPORT by USA as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY (Crabb, John) (Entered: 07/14/2023) |
| 07/20/2023 | 295 | MOTION to Continue by USA as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY. (Attachments: # 1 Text of Proposed Order)(Crabb, John) (Entered: 07/20/2023) |
| 07/20/2023 | | MINUTE ORDER as to LAUREN HANDY (1): In her 197 reply in support of her 159 Motion to Dismiss, Defendant argues, among other things, that Count Two cannot be sustained because "there is no longer (and never was) a federal civil right to unimpeded access to reproductive health care facilities[.]" Id. at 25 (emphasis omitted). In essence, Defendant maintains that Dobbs v. Jackson Women's Health Org., 142 S. Ct. 2228 (2022) retroactively applies to conduct that might otherwise have been proscribed by 18 U.S.C. 241 at the time of the conduct charged in the operative indictment. Because this argument was only first developed (albeit partially) in reply, the Government shall file a surreply on or before **July 24, 2023** addressing retroactive application of Dobbs as to 18 U.S.C. 241. The Government having already argued that the FACE Act is a "law" within the meaning of section 231, the Government should address only the question posed herein. Signed by Judge Colleen Kollar–Kotelly on July 20, 2023. (lcckk1) (Entered: 07/20/2023) |
| 07/24/2023 | | MINUTE ORDER as to LAUREN HANDY (1): The Court has reviewed Defendant's 275 Exhibit List. On or before **July 26, 2023**, Defendant shall provide copies of her proposed exhibits to Chambers for the Court's in camera review. Additionally, if the Government objects to any of these exhibits, they shall file a motion in limine on or before **July 28, 2023**. Signed by Judge Colleen Kollar–Kotelly on July 24, 2023. |

| | | (lcckk1) (Entered: 07/24/2023) |
|---|---|---|
| 07/24/2023 | 300 | SURREPLY Memorandum in Opposition by USA as to LAUREN HANDY re 159 Motion to dismiss count(s) *surreply by USA* (Patel, Sanjay) Modified on 7/25/2023 (zhsj). (Entered: 07/24/2023) |
| 07/24/2023 | 301 | RESPONSE TO ORDER OF THE COURT by USA as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY re Order, Order on Motion to Continue,, *USA objection to defendants' requested jury instructions on defenses, and USA motion in limine to preclude evidence of those defenses at trial* (Attachments: # 1 Exhibit A)(Patel, Sanjay) (Entered: 07/24/2023) |
| 07/25/2023 | 306 | ORDER denying 159 Motion to Dismiss. Signed by Judge Colleen Kollar–Kotelly on July 25, 2023. (lcckk1) (Entered: 07/25/2023) |
| 07/25/2023 | 307 | MEMORANDUM OPINION re 306 Order. Signed by Judge Colleen Kollar–Kotelly on July 25, 2023. (lcckk1) (Entered: 07/25/2023) |
| 07/26/2023 | 316 | MOTION in Limine by USA as to LAUREN HANDY. (Attachments: # 1 Text of Proposed Order) (Crabb, John) Modified Text to Exclude Wrong Defendants on 8/2/2023 (zhsj). (Entered: 07/26/2023) |
| 07/27/2023 | | MINUTE ORDER as to LAUREN HANDY (1): The Court is in receipt of the Government's 316 Motion to Exclude Certain Defense Exhibits. Defendant may file an opposition on or before **July 31, 2023**. Additionally, because counsel for Defendant represented to Chambers that he would convey a copy of the exhibits at issue to Chambers via overnight mail by the end of the day on July 26, 2023, the Court extends the deadline for submission from July 26, 2023 to **July 28, 2023**. Signed by Judge Colleen Kollar–Kotelly on July 27, 2023. (lcckk1) (Entered: 07/27/2023) |
| 07/27/2023 | | Set/Reset Deadlines as to LAUREN HANDY (1): Defendant may file an opposition to 316 on or before 7/31/2023. (dot) (Entered: 07/28/2023) |
| 07/28/2023 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Status Conference as to LAUREN HANDY (1), JOHN HINSHAW (6), HEATHER IDONI (7), WILLIAM GOODMAN (8), HERB GERAGHTY (10) held on 7/28/2023. Excludable started as to LAUREN HANDY, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, HERB GERAGHTY. Speedy Trial (XT) is tolled in the Interest of Justice from 7/28/2023 to 8/8/2023. Bond Status of Defendants: Personal Recognizance, as to All Defendants; Court Reporter: Tammy Nestor; Defense Attorney: 1–Martin A. Cannon, Blerina Jasari; 6–Alfred Guillaume, III; 7–Robert J. Dunn; 8–Howard J. Walsh, III; 10–John C. Kiyonaga; US Attorney: John Crabb, Jr. and Sanjay H. Patel. (dot) (Entered: 07/31/2023) |
| 07/31/2023 | 319 | RESPONSE by LAUREN HANDY re 316 MOTION in Limine (Boyle, Dennis) (Entered: 07/31/2023) |
| 08/01/2023 | 320 | TRIAL PROCEDURES ORDER. Signed by Judge Colleen Kollar–Kotelly on August 1, 2023. (lcckk1) (Entered: 08/01/2023) |
| 08/01/2023 | 321 | COVID PROCEDURES ORDER. Signed by Judge Colleen Kollar–Kotelly on August 1, 2023. (lcckk1) (Entered: 08/01/2023) |

| 08/01/2023 | 322 | MEMORANDUM OPINION AND ORDER granting in part and denying in part 206 Motion to Admit Rule 404(b) Evidence of Other Acts. See Memorandum Opinion and Order for details. Signed by Judge Colleen Kollar–Kotelly on August 1, 2023. (lcckk1) (Entered: 08/01/2023) |
|---|---|---|
| 08/01/2023 | 324 | REPLY TO OPPOSITION to Motion by USA as to LAUREN HANDY re 316 MOTION in Limine. (Crabb, John) Modified Text to Remove Wrong Defendants on 8/2/2023 (zhsj). (Entered: 08/01/2023) |
| 08/01/2023 | 325 | TRIAL BRIEF by USA as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY (Ross, Rebecca) (Entered: 08/01/2023) |
| 08/02/2023 |  | MINUTE ORDER as to ALL DEFENDANTS: The Court is in receipt of the Government's 327 Amended Witness List. The Government proposes calling as many as four witnesses for one 404(b) incident. As the Court explained in its 322 Memorandum Opinion and Order, the probative value of lengthy testimony and a large number of witnesses as to conduct not charged in the operative indictment is substantially outweighed by prejudice to Defendants and the risk of sending the trial off track. To that end, the Government shall file a notice on or before **August 3, 2023** explaining whether it can present all evidence as to each incident through one witness each, and if not, why not. Additionally, the Court notes that evidence as to the following 404(b) incidents may be admissible at trial: (1) the March 19, 2019 incident involving Defendant Handy; (2) the January 30, 2021 incident involving Defendants Handy and Darnel; (3) the November 16, 2021 incident involving Defendants Handy, Darnel, and Bell; and (4) the October 14, 2020 incident involving Defendants Goodman and Bell. Signed by Judge Colleen Kollar–Kotelly on August 2, 2023. (lcckk1) (Entered: 08/02/2023) |
| 08/02/2023 | 329 | ORDER granting 248 Motion in Limine as to ALL DEFENDANTS. See Order for details. Signed by Judge Colleen Kollar–Kotelly on August 2, 2023. (lcckk1) (Entered: 08/02/2023) |
| 08/02/2023 | 330 | MOTION for Leave to Appear Pro Hac Vice Stephen Crampton Filing fee $ 100, receipt number ADCDC−10249283. Fee Status: Fee Paid. by LAUREN HANDY. (Attachments: # 1 Declaration, # 2 Exhibit)(Jasari, Blerina) (Entered: 08/02/2023) |
| 08/02/2023 |  | MINUTE ORDER as to LAUREN HANDY (1) granting 330 Motion for Leave to Appear Pro Hac Vice as to Stephen Crampton **conditional** upon counsel Crampton filing a notice on or before **August 7, 2023** confirming that he has reviewed the Local Rules of this jurisdiction. **Counsel shall register for e–filing via PACER and file a notice of appearance pursuant to LCrR 44.1 forthwith** Click for instructions. Signed by Judge Colleen Kollar–Kotelly on August 2, 2023. (lcckk1) (Entered: 08/02/2023) |
| 08/02/2023 |  | Set/Reset Deadlines as to LAUREN HANDY (1), JONATHAN DARNEL (2), JAY SMITH (3), PAULA PAULETTE HARLOW (4), JEAN MARSHALL (5), JOHN HINSHAW (6), HEATHER IDONI (7), WILLIAM GOODMAN (8), JOAN BELL (9), HERB GERAGHTY (10): Government shall file a notice on or before August 3, 2023 explaining whether it can present all evidence as to each incident through one witness each, and if not, why not. (dot) (Entered: 08/03/2023) |
| 08/03/2023 |  | RESOLVED...NOTICE of Provisional/Government Not Certified Status re 330 MOTION for Leave to Appear Pro Hac Vice Stephen Crampton Filing fee $ 100, |

| | | receipt number ADCDC−10249283. Fee Status: Fee Paid. by LAUREN HANDY. (Attachments: # 1 Declaration, # 2 Exhibit)(Jasari, Blerina).<br><br>Your attorney renewal/government certification has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Criminal Rule 57.21.1, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney−renewal.<br><br>Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 8/10/2023. (zmrl) Modified on 8/16/2023 (zmrl). (Entered: 08/03/2023) |
|---|---|---|
| 08/03/2023 | 331 | NOTICE *regarding presentation of Rule 404(b) evidence* by USA as to LAUREN HANDY, JONATHAN DARNEL, WILLIAM GOODMAN, JOAN BELL re Order,,,, (Patel, Sanjay) (Entered: 08/03/2023) |
| 08/03/2023 | 333 | ORDER granting in part and holding in abeyance in part 316 Motion in Limine as to LAUREN HANDY (1). Government surreply and more detailed defense proffer due on or before **August 5, 2023 at 12:00 PM ET**. See Order for details. Signed by Judge Colleen Kollar−Kotelly on August 3, 2023. (lcckk1) (Entered: 08/03/2023) |
| 08/03/2023 | | Set/Reset Deadlines as to LAUREN HANDY (1): Government surreply and more detailed defense proffer due on or before 8/5/2023 at 12:00 PM. (dot) (Entered: 08/04/2023) |
| 08/04/2023 | 336 | MOTION to Compel *Disclosure of Government Trial Exhibits* by HERB GERAGHTY as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY. (Attachments: # 1 Exhibit Counsel Correspondence with Government)(Kiyonaga, John) (Entered: 08/04/2023) |
| 08/04/2023 | 335 | NOTICE OF STATUS UPDATE REGARDING STIPULATIONS by USA as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY (Attachments: # 1 Exhibit A) (zhsj) (Entered: 08/04/2023) |
| 08/05/2023 | 341 | ENTERED IN ERROR.....RESPONSE TO ORDER OF THE COURT by LAUREN HANDY re 333 Order on Motion in Limine, (Boyle, Dennis) Modified on 8/7/2023 (zhsj). (Entered: 08/05/2023) |
| 08/05/2023 | 342 | RESPONSE TO ORDER OF THE COURT by LAUREN HANDY re 333 Order on Motion in Limine, *Corrected* (Attachments: # 1 Exhibit)(Boyle, Dennis) (Entered: 08/05/2023) |
| 08/05/2023 | | NOTICE OF ERROR as to LAUREN HANDY regarding 341 Response to Order of the Court. The following error(s) need correction: Docket Entry 342 is the correct docket entry. (zhsj) (Entered: 08/07/2023) |
| 08/07/2023 | 344 | DECLARATION *of Stephen M. Crampton* by LAUREN HANDY as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM |

| | | |
|---|---|---|
| | | GOODMAN, JOAN BELL, HERB GERAGHTY <u>330</u> MOTION for Leave to Appear Pro Hac Vice Stephen Crampton Filing fee $ 100, receipt number ADCDC−10249283. Fee Status: Fee Paid. filed by LAUREN HANDY (Boyle, Dennis) (Entered: 08/07/2023) |
| 08/07/2023 | <u>346</u> | WITNESS LIST by LAUREN HANDY (Boyle, Dennis) (Entered: 08/07/2023) |
| 08/07/2023 | <u>347</u> | NOTICE *pursuant to FRE 902(11) of intent to introduce business documents* by USA as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY (Patel, Sanjay) (Entered: 08/07/2023) |
| 08/07/2023 | <u>351</u> | NOTICE OF ATTORNEY APPEARANCE: Stephen M. Crampton appearing for LAUREN HANDY (Crampton, Stephen) (Entered: 08/07/2023) |
| 08/07/2023 | <u>353</u> | ORDER as ALL DEFENDANTS precluding necessity and defense of third person defenses. Signed by Judge Colleen Kollar−Kotelly on August 7, 2023. (lcckk1) (Entered: 08/07/2023) |
| 08/07/2023 | <u>357</u> | NOTICE *of Objection (Corrected)* by HERB GERAGHTY as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY re <u>321</u> Order (Kiyonaga, John) (Entered: 08/07/2023) |
| 08/08/2023 | <u>358</u> | ORDER as to ALL DEFENDANTS permitting Government witnesses to testify under pseudonym. Signed by Judge Colleen Kollar−Kotelly on August 8, 2023. (lcckk1) (Entered: 08/08/2023) |
| 08/08/2023 | | MINUTE ORDER as to ALL DEFENDANTS: The Court is in receipt of Defendant Handy's (1) <u>342</u> Further Foundation for Pamphlet and Video. Per the Court's <u>333</u> Order, the Court has held in abeyance the Government's *in limine* objection to these two defense exhibits. Although, as the Court noted, these two exhibits present substantial risks of prejudice and confusion pursuant to Federal Rule of Evidence 403, their probative value remains uncertain without Defendant Handy's testimony. Therefore, the objections shall remain **HELD IN ABEYANCE** pending any testimony by Defendant Handy during her case in chief, should one be presented. <br><br> That said, and in light of the Court's <u>353</u> Order precluding necessity and defense of third person defenses, the Court reiterates that Defendants shall not present any evidence and argument furthering such defenses. Additionally, upon further review of the outstanding exhibits to determine their relevance pursuant to Federal Rules of Evidence 401 and 402, the Court cannot make the preliminary determination pursuant to Federal Rule of Evidence 104(b) that the Washington Surgi−Clinic was engaged in unlawful conduct. The proffered exhibits offer absolutely no basis for such a conclusion. Therefore, and in accordance with the Court's <u>353</u> Order, Defendants shall not argue that, as a factual matter, that the Washington Surgi−Clinic was engaged in the unlawful conduct alleged in Defendant Handy's pamphlet. That said, the Court reiterates its holding from its <u>333</u> Order that Defendant Handy (and other Defendants, should they present a case) may argue that they lacked the requisite intent based on a belief (evidently erroneous) that the Washington Surgi−Clinic was engaged in unlawful conduct. |

| | | |
|---|---|---|
| | | Signed by Judge Colleen Kollar–Kotelly on August 8, 2023. (lcckk1) (Entered: 08/08/2023) |
| 08/08/2023 | | MINUTE ORDER as to LAUREN HANDY (1), JOHN HINSHAW (6), HEATHER IDONI (7), WILLIAM GOODMAN (8), AND HERB GERAGHTY (10). The Court held a pretrial conference in this matter on August 8, 2023. Among other things, Defendants requested that the Court grant Defendants additional peremptory strikes. In response, the Government asked that the Court grant the Government additional peremptory strikes in proportion to any additional peremptory strikes extended to Defendants. The Government correctly noted that, pursuant to Federal Rule of Criminal Procedure 24(b)(2), the default is to grant the Government 6 peremptory strikes and a defendant 10 peremptory strikes. However, the Court may, in its discretion, "allow additional peremptory challenges to multiple defendants[,]" so long as the Government is not unduly prejudiced. *See* Fed. R. Crim. P. 24(b); *United States v. Haldeman*, 599 F.2d 31, 79 (D.C. Cir. 1976) (holding that trial court did not abuse discretion in awarding defendants additional peremptory strikes in light of substantial pretrial publicity). In light of the number of defendants in this upcoming trial and the politically and socially charged nature of some of the allegations in this case, the Court agrees that an additional peremptory strike per defendant is warranted, and no additional Government peremptory strikes are needed. Therefore, the Court will allow one additional peremptory strike for each Defendant, resulting in a total of fifteen peremptory strikes for all Defendants which can be exercised jointly or each Defendant can exercise three. Signed by Judge Colleen Kollar–Kotelly on August 8, 2023. (lcckk1) (Entered: 08/08/2023) |
| 08/08/2023 | | MINUTE ORDER as to LAUREN HANDY (1), JOHN HINSHAW (6), HEATHER IDONI (7), WILLIAM GOODMAN (8), HERB GERAGHTY (10). The Court held a pretrial conference in this matter on August 8, 2023. All parties were present in person, except for counsel for Defendant Idoni (7), who appeared via teleconference. The Court discussed, among other things, voir dire, the 320 Trial Procedures Order, and the 321 COVID Procedures Order. The parties shall appear for jury selection on **August 9, 2023 at 8:45 AM ET** in Courtroom 28–A. Before that time, they shall furnish Chambers with print and electronic copies of their exhibits in accordance with the Court's instructions on the record today and the 320 Trial Procedures Order. Additionally, for those trial participants who are medically contraindicated against masking, they shall provide Chambers with copies of doctors notes before that time. Otherwise, masks shall be worn when not speaking or preparing to speak. Lastly, the parties shall convey their properly formatted exhibit lists via email to Chambers and the Courtroom Deputy **forthwith**. Signed by Judge Colleen Kollar–Kotelly on August 8, 2023. (lcckk1) (Entered: 08/08/2023) |
| 08/08/2023 | 360 | EXHIBIT LIST by USA as to LAUREN HANDY, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, HERB GERAGHTY (Patel, Sanjay) (Entered: 08/08/2023) |
| 08/08/2023 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Final Pretrial Conference as to LAUREN HANDY (1), JOHN HINSHAW (6), HEATHER IDONI (7), WILLIAM GOODMAN (8), HERB GERAGHTY (10) held on 8/8/2023. Bond Status of Defendanta: Personal Reconizance as to All Defendants; Court Reporter: Tammy Nestor; Defense Attorney: 1–Dennis E. Boyle, Martin A. Cannon and Bierina Jasari; 6–Alfred Guillaume, III; 7–Robert J. Dunn; 8–Howard J. Walsh, III; 10–John C. Kiyonaga; US Attorney: John Crabb, Jr. and Sanjay H. Patel. (dot) (Entered: 08/08/2023) |

| 08/09/2023 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Jury Selection as to LAUREN HANDY (1), JOHN HINSHAW (6), HEATHER IDONI (7), WILLIAM GOODMAN (8), HERB GERAGHTY (10) held on 8/9/2023 as to LAUREN HANDY (1) Count 1s,2s and JOHN HINSHAW (6) Count 1s,2s and HEATHER IDONI (7) Count 1s,2s and WILLIAM GOODMAN (8) Count 1s,2s and HERB GERAGHTY (10) Count 1,2. Jury Trial set for 8/10/2023 at 9:00 AM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. Bond Status of Defendants: Personal Recognizance as to All Defendants; Court Reporters: Tammy Nestor and Tammi Sefranek; Defense Attorney: 1–Dennis E. Boyle, Martin A. Cannon, Bierina Jasari, Stephen M. Crampton; 6–Alfred Guillaume, III; 7–Robert J. Dunn; 8–Howard J. Walsh, III; 10–John C. Kiyonaga; US Attorney: John Crabb, Jr. and Sanjay H. Patel. (dot) (Entered: 08/09/2023) |
| --- | --- | --- |
| 08/10/2023 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Jury Selection as to LAUREN HANDY (1), JOHN HINSHAW (2), HEATHER IDONI (7), WILLIAM GOODMAN (8), HERB GERAGHTY (10) held on 8/10/2023 as to LAUREN HANDY (1) Count 1s,2s and JOHN HINSHAW (6) Count 1s,2s and HEATHER IDONI (7) Count 1s,2s and WILLIAM GOODMAN (8) Count 1s,2s and HERB GERAGHTY (10) Count 1,2. Jury Trial set for 8/11/2023 at 9:00 AM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Personal Recognizance as to All Defendants; Court Reporters: Tammy Nestor–AM; Tammi Sefranek–PM; Defense Attorney: 1–Dennis E. Boyle, Martin A. Cannon, Bierina Jasari and Stephen M. Crampton; 2–Alfred Guillaume, III; 7–Robert J. Dunn; 8–Howard J. Walsh, III; 10–John C. Kiyonaga; US Attorney: John Crabb, Jr. and Sanjay H. Patel. (dot) (Entered: 08/10/2023) |
| 08/11/2023 | <u>361</u> | NOTICE *of Signed Declarations* by USA as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY (Attachments: # <u>1</u> Exhibit A)(Ross, Rebecca) (Entered: 08/11/2023) |
| 08/11/2023 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly on 8/11/2023:Jury Selection held as to LAUREN HANDY (1), JOHN HINSHAW (6), HEATHER IDONI (7), WILLIAM GOODMAN (8), HERB GERAGHTY (10). Jury Selection held and continued to 8/14/2023 at 09:00 AM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. Bond Status of Defendants: Personal Recognizance; Court Reporter: Tammy Nestor (A.M.) / Tammi Sefranek (P.M); Defense Attorney: D. Boyle, M Cannon, B. Jasari, Stephen Crampton for defendant (1); Alfred Guillaume for defendant (6); Robert J. Dunn for defendant (7); Howard Walsh for defendant (8), John Kiyonaga for defendant (10).; US Attorney: John Crabb, Jr. and Sanjay Patel; (tj) (Entered: 08/11/2023) |
| 08/13/2023 | <u>362</u> | ENTERED IN ERROR.....Proposed Jury Instructions by USA as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Patel, Sanjay) Modified on 8/14/2023 (zhsj). (Entered: 08/13/2023) |
| 08/13/2023 | | NOTICE OF ERROR as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY regarding <u>362</u> Proposed Jury Instructions. The following error(s) need correction: |

| | | |
|---|---|---|
| | | Incorrect event used. Document is a Motion and not Proposed Juty Instruction. Please refile. (zhsj) (Entered: 08/14/2023) |
| 08/14/2023 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Jury Selection resumed as to LAUREN HANDY(1), JOHN HINSHAW(6), HEATHER IDONI(7), WILLIAM GOODMAN(8), HERB GERAGHTY(10) and held on 8/14/2023 as to LAUREN HANDY (1) as to Count 1s,2s and JOHN HINSHAW (6) as to Count 1s,2s and HEATHER IDONI (7) as to Count 1s,2s and WILLIAM GOODMAN (8) as to Count 1s,2s and HERB GERAGHTY (10) as to Count 1,2. Jury Trial set for 8/15/2023 at 9:00 AM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. Bond Status of Defendants: Personal Recognizance as to All; Court Reporter: Tammi Sefraneke–AM; Tammy Nestor–PM; Defense Attorney: 1–Dennis E. Boyle, Martin A. Cannon and Bierina Jasari; 6–Alfred Guillaume, III; 7–Robert J. Dunn; 8–Howard J. Walsh, III; 10–John C. Kiyonaga; US Attorney: John Crabb, Jr. and Sanjay H. Patel. (dot) (Entered: 08/14/2023) |
| 08/15/2023 | 363 | MOTION to Supplement its Proposed Jury Instruction and revised verdict form by USA as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY re 362 Proposed Jury Instructions, Notice of Error, (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Patel, Sanjay) Modified Text on 8/15/2023 (zhsj). (Entered: 08/15/2023) |
| 08/15/2023 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Jury Selection resumed and concluded. Jury Trial begun as to LAUREN HANDY (1), JOHN HINSHAW (6), HEATHER IDONI (7), WILLIAM GOODMAN (8), HERB GERAGHTY (10) held on 8/15/2023 as to LAUREN HANDY (1) as to Count 1s,2s and JOHN HINSHAW (6) Count 1s,2s and HEATHER IDONI (7) Count 1s,2s and WILLIAM GOODMAN (8) Count 1s,2s and HERB GERAGHTY (10) Count 1,2. Oral Batson Motion by the Defendants; heard and denied. Jury Panel of twelve (12) and three (3) alternates sworn. Jury Trial set for 8/16/2023 at 9:00 AM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Personal Recognizance; Court Reporter: Nancy Meyer; Defense Attorney: 1–Dennis E. Boyle, Martin A. Cannon and Bierina Jasari; 6–Alfred Guillaume, III; 7–Robert J. Dunn; 8–Howard J. Walsh, III; 10–John C. Kiyonaga; US Attorney: John Crabb, Jr. and Sanjay H. Patel. (dot) (Entered: 08/15/2023) |
| 08/15/2023 | | MINUTE ORDER: The Court having impaneled the jury in this action, it is hereby ORDERED that during trial and deliberations all meals for said jury shall be paid by the Clerk of the Court for the U.S. District Court for the District of Columbia. Approved by Judge Colleen Kollar–Kotelly on 8/15/23. (dot) (Entered: 08/15/2023) |
| 08/16/2023 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Jury Trial held on 8/16/2023 as to LAUREN HANDY (1) as to Count 1s,2s and JOHN HINSHAW (6) as to Count 1s,2s and HEATHER IDONI (7) as to Count 1s,2s and WILLIAM GOODMAN (8) as to Count 1s,2s and HERB GERAGHTY (10) as to Count 1,2. Same jury panel of Twelve (12) and Three (3) alternates. Jury Trial set for 8/17/2023 at 9:00 AM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Personal Recognizance as to All Defendants; Court Reporter: Tammi Sefraneke–AM; Tammy Nestor–PM; Defense Attorney: 1–Dennis E. Boyle, Martin A. Cannon and Bierina Jasari; 6–Alfred Guillaume, III; 7–Robert J. Dunn; 8–Howard J. Walsh, III; 10–John C. Kiyonaga; US Attorney: John Crabb, Jr. and Sanjay H. Patel; Witnesses (Government): Ashley |

| | | |
|---|---|---|
| | | Jones, Sarah Compton, Sasha Proctor, Homere Whyte and Caroline Davis. (dot) (Entered: 08/16/2023) |
| 08/16/2023 | | MINUTE ORDER as to LAUREN HANDY (1): During the direct examination of Government witness Caroline Davis, Government counsel asked the witness: "Did you hear from anybody who had participated in the rescue the next day that this individual may have used some force[?]" Defense counsel objected on hearsay grounds, and the Government argued that the answer would be admissible as a co–conspirator statement. The answer would not be a co–conspirator statement, because the statement could not have been made in furtherance of the conspiracy. Rather, the answer would be a "mere narrative[] of past successes and failures, [which is] not admissible." *United States v. Tarantino*, 846 F.2d 1384, 1412 (D.C. Cir. 1988). That said, before definitively ruling on the objection, the Court will afford the Government the opportunity to indicate by 7:00 PM tonight (and pursuant to the 320 Trial Procedures Order): (1) what it expects the answer would be, and (2) what evidentiary purpose the answer would serve. Signed by Judge Colleen Kollar–Kotelly on August 16, 2023. (lcckk1) (Entered: 08/16/2023) |
| 08/17/2023 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Jury Trial held on 8/17/2023 as to LAUREN HANDY (1) as to Count 1s,2s and JOHN HINSHAW (6) as to Count 1s,2s and HEATHER IDONI (7) as to Count 1s,2s and WILLIAM GOODMAN (8) as to Count 1s,2s and HERB GERAGHTY (10) as to Count 1,2. Same jury panel of Twelve (12) and Three (3) alternates. Jury Trial set for 8/21/2023 at 9:00 AM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Personal Recognizance as to All Defendants; Court Reporter: Nancy Meyer–AM; Lisa Edwards–PM; Defense Attorney: 1–Dennis E. Boyle, Martin A. Cannon and Bierina Jasari; 6–Alfred Guillaume, III; 7–Robert J. Dunn; 8–Howard J. Walsh, III; 10–John C. Kiyonaga; US Attorney: John Crabb, Jr. and Sanjay H. Patel; Witnesses: Caroline Davis, Shampy Holler, Gregory Alemian, Robert Honaker, and Michael Biscardi. (dot) (Entered: 08/17/2023) |
| 08/19/2023 | | MINUTE ORDER as to LAUREN HANDY (1): To assist the Court in resolving the Government's objection to Defendant's remaining two exhibits, Defendant shall provide an *ex parte* proffer to Chambers on or before **August 21, 2023 at 10:00 AM ET** explaining: (1) precisely which video Defendant watched that purportedly led her to believe that the Surgi–Clinic was engaged in purportedly unlawful behavior, and (2) precisely how Defendant would characterize her beliefs on the stand and specifically on what she would base her beliefs. Signed by Judge Colleen Kollar–Kotelly on August 19, 2023. (lcckk1) (Entered: 08/19/2023) |
| 08/20/2023 | 367 | Memorandum in Opposition by LAUREN HANDY as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY re 316 Motion in Limine (Attachments: # 1 Exhibit)(Cannon, Martin) (Entered: 08/20/2023) |
| 08/20/2023 | 368 | SUPPLEMENT by USA as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY (Crabb, John) (Entered: 08/20/2023) |
| 08/21/2023 | | MINUTE ORDER as to ALL DEFENDANTS: In light of certain issues with witness tampering that the Court placed on the record under seal on August 17, 2023, all |

| | | |
|---|---|---|
| | | transcripts of voir dire shall remain under seal until further order of the Court. Signed by Judge Colleen Kollar–Kotelly on August 21, 2023. (lcckk1) (Entered: 08/21/2023) |
| 08/21/2023 | 370 | MOTION for Reconsideration *of Motion to Dismiss for Selective Prosecution* by HERB GERAGHTY as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY. (Kiyonaga, John) (Entered: 08/21/2023) |
| 08/21/2023 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Jury Trial held on 8/21/2023 as to LAUREN HANDY (1) as to Count 1s,2s and JOHN HINSHAW (6) as to Count 1s,2s and HEATHER IDONI (7) as to Count 1s,2s and WILLIAM GOODMAN (8) as to Count 1s,2s and HERB GERAGHTY (10) as to Count 1,2. Same jury panel of Twelve (12) and Three (3) alternates. Government Rest. Oral Rule 29 Motion by the Defendants to Dismiss; heard and taken under advisement. Jury Trial set for 8/22/2023 at 9:00 AM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. Bond Status of Defendants: Personal Recognizance as to All Defendants; Court Reporter: Tammy Sefranek–AM; Tammi Sefranek–PM; Defense Attorney: 1–Dennis E. Boyle, Martin A. Cannon, Bierina Jasari and Stephen M. Crampton; 2–Alfred Guillaume, III; 7–Robert J. Dunn; 8–Howard J. Walsh, III; 10–John C. Kiyonaga; US Attorney: John Crabb, Jr. and Sanjay H. Patel; Witnesses (Government): Michael Biscardi, Tyler Fox, Mary Digilo and Tina Smith. (dot) (Entered: 08/21/2023) |
| 08/21/2023 | 372 | MEMORANDUM OPINION AND ORDER as to LAUREN HANDY (1), WILLIAM GOODMAN (8), AND HERB GERAGHTY (10) granting remainder of 316 Motion to Exclude Certain Defense Exhibits. Signed by Judge Colleen Kollar–Kotelly on August 21, 2023. (lcckk1) (Entered: 08/21/2023) |
| 08/22/2023 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Jury Trial held on 8/22/2023 as to LAUREN HANDY (1) as to Count 1s,2s and JOHN HINSHAW (6) as to Count 1s,2s and HEATHER IDONI (7) as to Count 1s,2s and WILLIAM GOODMAN (8) as to Count 1s,2s and HERB GERAGHTY (10) as to Count 1,2. Same jury panel of Twelve (12) and Three (3) alternates. Jury Trial set for 8/23/2023 at 9:00 AM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. Bond Status of Defendants: Personal Recognizance as to All Defendants; Court Reporter: Nancy Meyer–AM, Tammy Nestor–PM; Defense Attorney: 1–Dennis E. Boyle, Martin A. Cannon and Bierina Jasari; 6–Alfred Guillaume, III; 7–Robert J. Dunn; 8–Howard J. Walsh, III; 10–John C. Kiyonaga; US Attorney: John Crabb, Jr. and Sanjay H. Patel; Witnesses (Defendants): Lauren B. Handy, Heather Idoni and Herb Geraghty. (dot) (Entered: 08/22/2023) |
| 08/23/2023 | 373 | RESPONSE by USA as to LAUREN HANDY, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, HERB GERAGHTY re 370 MOTION for Reconsideration *of Motion to Dismiss for Selective Prosecution* (Patel, Sanjay) (Entered: 08/23/2023) |
| 08/23/2023 | 377 | MOTION for Waiver *of Appearance of Lauren Handy* by LAUREN HANDY. (Crampton, Stephen) (Entered: 08/23/2023) |
| 08/23/2023 | 378 | Proposed Jury Instructions by LAUREN HANDY as to LAUREN HANDY, JOHN HINSHAW, WILLIAM GOODMAN, HERB GERAGHTY (Crampton, Stephen) (Entered: 08/23/2023) |
| 08/23/2023 | 379 | |

| | | |
|---|---|---|
| | | Proposed Jury Instructions by LAUREN HANDY as to LAUREN HANDY, JOHN HINSHAW, WILLIAM GOODMAN, HERB GERAGHTY (Crampton, Stephen) (Entered: 08/23/2023) |
| 08/23/2023 | | MINUTE ORDER as to LAUREN HANDY (1) granting Defendant's 377 request to forgo appearance during legal discussions later today related to jury instructions in light of Defendant's signed waiver. Signed by Judge Colleen Kollar–Kotelly on August 23, 2023. (lcckk1) (Entered: 08/23/2023) |
| 08/23/2023 | | MINUTE ORDER as to LAUREN HANDY (1): The Court is in receipt of Defendant's 378 Proposed Jury Instruction. Defendant proposes two changes to the Court's instruction on the substantive law of Count Two of the operative indictment. First, Defendant requests that the Court add the word "intentionally" before the Court's discussion of the conduct proscribed by the statute. The Court purposefully breaks into distinct paragraphs the conduct proscribed by statute and the mental state required for conviction. Because the instruction otherwise appropriately explains the required mental state, the Court rejects this first proposed change. Second, Defendant proposes that the Court omit the last sentence, the Court's explanation that a Defendant may harbor mixed motives and nevertheless possess the requisite mental state, with a pithier "but for" earlier in the instruction. Although briefer, the Court's last sentence more clearly explains the mental state required. Insofar as Defendant evidently agrees that mixed motives satisfies the requisite mental state, the Court will not make this second change either. Altogether, the Court rejects Defendant's 378 Proposed Jury Instruction. Signed by Judge Colleen Kollar–Kotelly on August 23, 2023. (lcckk1) (Entered: 08/23/2023) |
| 08/23/2023 | | MINUTE ORDER as to LAUREN HANDY (1): The Court has reviewed Defendant's 379 Proposed Jury Instruction. First, Defendant proposes conforming the Court's Redbook instruction with elements expressed in the Department of Justice's Justice Manual. When offered a choice between nonbinding judicial commentary and a standard instruction that accurately expresses the law of this jurisdiction, the Court will opt for the standard instruction. The Court will, however, include the last paragraph of the Government's proposed instruction, which more accurately captures the Supreme Court's holding in *Rosemond v. United States*, 572 U.S. 65 (2014).<br><br>Second, Defendant proposes adding an instruction that "[t]he First Amendment does not allow the Government to hold a protest leader liable anytime a protestor does something unlawful. Rather, liability must be tailored such that there is a sufficiently close relationship between the leader's actions and the protestor's unlawful conduct." As a threshold matter, the Court has found numerous times that the operative indictment does not implicate the First Amendment, including the provision charging aiding–and–abetting under 18 U.S.C. 2. Nor, again, will the Court have the jury speculate as to what the First Amendment does and does not protect in certain circumstances. Doing so invites nullification, which is lawless. In any event, Defendant's cited authority or such a proposition carries little to no weightDoe v. McKesson, 71 F.4th 278 (5th Cir. 2023) concerns itself with respondeat superior liability in the civil context, not aiding–and–abetting liability in the criminal context.<br><br>Lastly, and upon further review of the evidence in the case and research, the Court will include an instruction on co–conspirator liability, as requested by the Government. The Court's instruction is modeled in large part on Redbook Instruction 7.103, and adds to the Government's proposed instruction that the conspirator's unlawful conduct must have been reasonably foreseeable as a consequence of the |

<table>
<tr><td></td><td>

unlawful conspiracy. *See United States v. Khatallah*, 41 F.4th 608, 626 (D.C. Cir. 2022). Such an instruction is often appropriate where, as here, a defendant admits knowledge and approval of certain unlawful conduct that the jury could find was an object of the charged conspiracy. *See United States v. Ballestas*, 795 F.3d 138, 146 (D.C. Cir. 2015).

Signed by Judge Colleen Kollar–Kotelly on August 23, 2023. (lcckk1) (Entered: 08/23/2023)

</td></tr>
</table>

| | | |
|---|---|---|
| 08/23/2023 | | MINUTE ORDER as to LAUREN HANDY (1): During the Court's initial discussion with the parties as to jury instructions earlier today, Defendant requested a jury instruction related to the Born–Alive Infants Protection Act ("Act"), 1 U.S.C. 8. Counsel for Defendant appeared to argue that the statute extends Defendant some sort of safe harbor from criminal liability if the jury finds that Defendant genuinely believed that the clinic at issue engaged in certain unlawful conduct. Not so. The Act is a "definitions" statute: it clarifies that, when interpreting federal law, the word "person," among others, means "every infant member of the species homo sapien who is born alive at any stage of development." 1 U.S.C. 8(a). It creates no safe harbor or affirmative defense. To be sure, it may clarify that 18 U.S.C. 248 does not criminalize the purposeful obstruction of actions that are not, within the meaning of section 248, "reproductive health services," but the Court already explains the meaning of that term for the jury in its instruction on the law of Count Two. There is no evidence in this case that would permit the jury to find that the clinic engaged in any unlawful conduct (i.e., infanticide), and the only mention of that assertion is in testimony that the jury was instructed to consider only as to belief, not for the truth of the matter asserted. As such, and for the reasons the Court placed on the record, Defendant's request for any such instruction is rejected. Signed by Judge Colleen Kollar–Kotelly on August 23, 2023. (lcckk1) (Entered: 08/23/2023) |
| 08/23/2023 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Jury Trial held on 8/23/2023 as to LAUREN HANDY (1) as to Count 1s,2s and JOHN HINSHAW (6) as to Count 1s,2s and HEATHER IDONI (7) as to Count 1s,2s and WILLIAM GOODMAN (8) as to Count 1s,2s and HERB GERAGHTY (10) as to Count 1,2. Same jury panel of Twelve (12) and Three (3) alternates. Jury Trial set for 8/24/2023 at 9:00 AM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Personal Recognizance; Court Reporter: Nancy Meyer–AM, Tammy Nestor–PM; Defense Attorney: 1–Dennis E. Boyle, Martin A. Cannon and Bierina Jasari; 6–Alfred Guillaume, III; 7–Robert J. Dunn; 8–Howard J. Walsh, III; 10–John C. Kiyonaga; US Attorney: John Crabb, Jr. and Sanjay H. Patel; Witness (Defendant): Herb Geraghty. (dot) (Entered: 08/23/2023) |
| 08/24/2023 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly:Jury Trial held on 8/24/2023 as to LAUREN HANDY (1) as to Count 1s,2s and JOHN HINSHAW (6) as to Count 1s,2s and HEATHER IDONI (7) as to Count 1s,2s and WILLIAM GOODMAN (8) as to Count 1s,2s and HERB GERAGHTY (10) as to Count 1,2. Same jury panel of Twelve (12) and Three (3) alternates. Closing arguments. Jury Trial set for 8/25/2023 at 9:00 AM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Personal Recognizance; Court Reporter: Tammi Sefraneke–AM; Tammy Nestor–PM; Defense Attorney: 1–Dennis E. Boyle, Martin A. Cannon and Bierina Jasari; 6–Alfred Guillaume, III; 7–Robert J. Dunn; 8–Howard J. Walsh, III; 10–John C. Kiyonaga; US Attorney: John Crabb, Jr. and Sanjay H. Patel. (dot) (Entered: 08/24/2023) |

| 08/25/2023 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Jury Trial held on 8/25/2023 as to LAUREN HANDY (1) as to Count 1s,2s and JOHN HINSHAW (6)as to Count 1s,2s and HEATHER IDONI (7) as to Count 1s,2s and WILLIAM GOODMAN (8) as to Count 1s,2s and HERB GERAGHTY (10) as to Count 1,2. Jury instruction held. Three (3) alternates discharged. Jury Deliberation begun and continued. Same jury panel of Twelve (12). Jury Deliberation set for 8/29/2023 at 9:00 AM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Personal Recognizance; Court Reporter: Nancy Meyer; Defense Attorney: 1– Martin A. Cannon and Stephen M. Crampton 6–Alfred Guillaume, III; 7–Robert J. Dunn; 8–Howard J. Walsh, III; 10–John C. Kiyonaga; US Attorney: John Crabb, Jr. and Sanjay H. Patel. (dot) (Entered: 08/25/2023) |
| 08/25/2023 | [445](#) | FINAL Jury Instructions as to LAUREN HANDY (1), JOHN HINSHAW (6), HEATHER IDONI (7), WILLIAM GOODMAN (8), HERB GERAGHTY (10). (dot) (Entered: 09/22/2023) |
| 08/29/2023 | | MINUTE ORDER as to LAUREN HANDY (1); JOHN HINSHAW (6); HEATHER IDONI (7); WILLIAM GOODMAN (8); HERB GERAGHTY (10): For the reasons stated on the record, and in light of the jury's findings, the Court concludes that Defendants have been convicted of a crime of violence. The Court further finds that there is no substantial likelihood that a motion for acquittal or new trial will be granted. Because the Government has indicated that it will recommend a term of incarceration as to each Defendant, and pursuant to 18 U.S.C. 3143(a)(2), the Court ordered each Defendant detained pending sentencing.<br><br>Additionally, the Court set a briefing schedule for forthcoming post–trial motion(s). Defendants shall file their post–trial motion(s), ideally collectively, on or before **September 29, 2023**; the Government shall file its opposition on or before **October 13, 2023**, and Defendants shall file their reply(ies) on or before **October 27, 2023**.<br><br>Signed by Judge Colleen Kollar–Kotelly on August 29, 2023. (lcckk1) (Entered: 08/29/2023) |
| 08/29/2023 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly:Jury Trial held on 8/29/2023 and concluded as to LAUREN HANDY (1) as to Count 1s,2s and JOHN HINSHAW (6) as to Count 1s,2s and HEATHER IDONI (7) as to Count 1s,2s and WILLIAM GOODMAN (8) as to Count 1s,2s and HERB GERAGHTY (10) as to Count 1,2. Same jury panel of Twelve (12). Defendants Committed; commitment issued as to LAUREN HANDY (1), JOHN HINSHAW (6), HEATHER IDONI (7), WILLIAM GOODMAN (8), HERB GERAGHTY (10). JURY VERDICT as to LAUREN HANDY (1) Guilty on Count 1s,2s and JOHN HINSHAW (6) Guilty on Count 1s,2s and HEATHER IDONI (7) Guilty on Count 1s,2s and WILLIAM GOODMAN (8) Guilty on Count 1s,2s and HERB GERAGHTY (10) Guilty on Count 1,2. Jury polled and discharged. Defendant's Rule 29 Motion due by 11/29/2023. Response due by 10/13/2023 Reply due by 10/27/2023. Bond Status of Defendants: Committed as to All Defendants; Court Reporter: Tammy Nestor; Defense Attorney: 1–Dennis E. Boyle and Stephen M. Crampton; 6–Alfred Guillaume, III; 7–Robert J. Dunn; 8–Howard J. Walsh, III; 10–John C. Kiyonaga; US Attorney: John Crabb, Jr. and Sanjay H. Patel. (dot) (Entered: 08/29/2023) |
| 08/29/2023 | [386](#) | RESPONSE by USA as to LAUREN HANDY, JONATHAN DARNEL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, HERB GERAGHTY re |

| | | |
|---|---|---|
| | | 370 MOTION for Reconsideration *of Motion to Dismiss for Selective Prosecution Amended Response by USA* (Patel, Sanjay) (Entered: 08/29/2023) |
| 08/29/2023 | 413 | VERDICT FORM as to LAUREN HANDY (1), JOHN HINSHAW (6), HEATHER IDONI (7), WILLIAM GOODMAN (8), HERB GERAGHTY (10). (dot) (Entered: 09/06/2023) |
| 08/29/2023 | | Set/Reset Deadlines as to LAUREN HANDY (1), JOHN HINSHAW (6), HEATHER IDONI (7), WILLIAM GOODMAN (8), HERB GERAGHTY (10): Defendants' Post–trial Motions due by 9/29/2023. Responses due by 10/13/2023. Reply(ies) due by 10/27/2023. (dot) (Entered: 09/19/2023) |
| 08/29/2023 | 441 | ATTORNEYS' ACKNOWLEDGMENT OF TRIAL EXHIBITS as to LAUREN HANDY (1), JOHN HINSHAW (6), HEATHER IDONI (7), WILLIAM GOODMAN (8), HERB GERAGHTY (10). (dot) (Entered: 09/21/2023) |
| 08/29/2023 | 442 | EXHIBIT LIST by USA as to LAUREN HANDY (1), JOHN HINSHAW (6), HEATHER IDONI (7), WILLIAM GOODMAN (8), HERB GERAGHTY (10). Admitted exhibits sent into jury. (dot) (Entered: 09/21/2023) |
| 08/29/2023 | 446 | **Signature Page of Foreperson** as to LAUREN HANDY (1), JOHN HINSHAW (6), HEATHER IDONI (7), WILLIAM GOODMAN (8), HERB GERAGHTY (10): Jury Notes (6). (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (zdot) (Entered: 09/22/2023) |
| 08/29/2023 | 447 | Jury Notes (6) as to LAUREN HANDY (1), JOHN HINSHAW (6), HEATHER IDONI (7), WILLIAM GOODMAN (8), HERB GERAGHTY (10). (dot) (Entered: 09/22/2023) |
| 08/30/2023 | 387 | Emergency MOTION for Reconsideration *of Order of Detention Pending Imposition of Sentence* by LAUREN HANDY. (Attachments: # 1 Text of Proposed Order)(Boyle, Dennis) (Entered: 08/30/2023) |
| 08/30/2023 | | MINUTE ORDER as to LAUREN HANDY (1), JOHN HINSHAW (6); HEATHER IDONI (7); WILLIAM GOODMAN (8); HERB GERAGHTY (10): The Court is in receipt of Defendant Handy's 387 Emergency Motion for Reconsideration. The Court presumes that Defendants Hinshaw, Idoni, and Geraghty join the Motion; Defendant Goodman has already indicated that he joins the Motion. The Government shall file a response on or before **August 30, 2023 at 5:00 PM ET**. The Court is cognizant that this deadline provides little time for the Government to respond and encourages the Government to consult with its appellate division. Signed by Judge Colleen Kollar–Kotelly on August 30, 2023. (lcckk1) (Entered: 08/30/2023) |
| 08/30/2023 | 392 | MOTION for Extension of Time to *Respond to Defendants Emergency Motion for Reconsideration of Order of Detention Pending Imposition of Sentence* by USA as to LAUREN HANDY, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, HERB GERAGHTY. (Attachments: # 1 Text of Proposed Order)(Ross, Rebecca) (Entered: 08/30/2023) |
| 08/30/2023 | 393 | RESPONSE by LAUREN HANDY re 392 MOTION for Extension of Time to *Respond to Defendants Emergency Motion for Reconsideration of Order of Detention Pending Imposition of Sentence* (Boyle, Dennis) (Entered: 08/30/2023) |
| 08/30/2023 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER as to LAUREN HANDY (1); JOHN HINSHAW (6); HEATHER IDONI (7); WILLIAM GOODMAN (8); HERB GERAGHTY (10) granting the Government's <u>392</u> Motion for Enlargement of Time, over Defendant Handy's and Goodman's opposition. The Government shall file its opposition on or before **August 31, 2023 at 10:00 AM ET**. Defendants may file their reply(ies) on or before **August 31, 2023 at 1:30 PM ET**. Signed by Judge Colleen Kollar–Kotelly on August 30, 2023. (lcckk1) (Entered: 08/30/2023) |
| 08/30/2023 | <u>395</u> | RESPONSE by USA as to LAUREN HANDY, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, HERB GERAGHTY re <u>387</u> Emergency MOTION for Reconsideration *of Order of Detention Pending Imposition of Sentence*, 389 Emergency MOTION for Reconsideration *of Order of Detention* (Patel, Sanjay) (Entered: 08/30/2023) |
| 08/31/2023 | <u>396</u> | REPLY in Support by LAUREN HANDY re <u>387</u> Emergency MOTION for Reconsideration *of Order of Detention Pending Imposition of Sentence* (Crampton, Stephen) (Entered: 08/31/2023) |
| 08/31/2023 | <u>397</u> | MEMORANDUM OPINION AND ORDER as to LAUREN HANDY (1), JOHN HINSHAW (6), HEATHER IDONI (7), WILLIAM GOODMAN (8), HERB GERAGHTY (10) denying <u>387</u> and 389 Emergency Motions for Reconsideration. Signed by Judge Colleen Kollar–Kotelly on August 31, 2023. (lcckk1) (Entered: 08/31/2023) |
| 08/31/2023 | <u>398</u> | NOTICE OF APPEAL (Interlocutory) by LAUREN HANDY re <u>397</u> Order,, Memorandum Opinion,. Filing fee $ 505, receipt number ADCDC–10319628. Fee Status: Fee Paid. Parties have been notified. (Boyle, Dennis) (Entered: 08/31/2023) |
| 09/01/2023 | <u>401</u> | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid on 8/31/2023 as to LAUREN HANDY re <u>398</u> Notice of Appeal – Interlocutory. (zhsj) (Entered: 09/01/2023) |
| 09/01/2023 | <u>402</u> | Transmitted Supplemental Record on Appeal and Docket Sheet to USCA Supplement of Record on Appeal as to LAUREN HANDY re <u>398</u> Notice of Appeal – Interlocutory. (zhsj) (Entered: 09/01/2023) |
| 09/01/2023 | | USCA Case Number as to LAUREN HANDY 23–3143 for <u>398</u> Notice of Appeal – Interlocutory filed by LAUREN HANDY. (zhsj) (Entered: 10/02/2023) |
| 09/06/2023 | <u>414</u> | REPLY in Support by HERB GERAGHTY as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY re <u>370</u> MOTION for Reconsideration *of Motion to Dismiss for Selective Prosecution* (Kiyonaga, John) (Entered: 09/06/2023) |
| 09/19/2023 | <u>435</u> | RESPONSE by USA as to HERB GERAGHTY re 423 MOTION Furlough from Pre–Sentencing Confinement. (Crabb, John) Modified on 9/20/2023 (zhsj). (Entered: 09/19/2023) |
| 09/22/2023 | <u>444</u> | MEMORANDUM OPINION as to LAUREN HANDY (1), JONATHAN DARNEL (2), JEAN MARSHALL (5), JOHN HINSHAW (6), HEATHER IDONI (7), WILLIAM GOODMAN (8), JOAN BELL (9), HERB GERAGHTY (10) re jury instruction as to count one of the <u>113</u> superseding indictment. Signed by Judge Colleen Kollar–Kotelly on September 22, 2023. (lcckk1) (Entered: 09/22/2023) |
| 09/29/2023 | <u>455</u> | |

| | | MOTION for Acquittal by LAUREN HANDY as to LAUREN HANDY, JOHN HINSHAW, WILLIAM GOODMAN, HERB GERAGHTY. (Crampton, Stephen) (Entered: 09/29/2023) |
|---|---|---|
| 10/13/2023 | 459 | Memorandum in Opposition by USA as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY re 455 Motion for Acquittal (Crabb, John) (Entered: 10/13/2023) |
| 10/30/2023 | 468 | MEMORANDUM OPINION AND ORDER as to ALL DEFENDANTS denying 370 Motion for Reconsideration. Signed by Judge Colleen Kollar–Kotelly on October 30, 2023. (lcckk1) (Entered: 10/30/2023) |
| 11/16/2023 | 477 | ORDER as to LAUREN HANDY (1), JONATHAN DARNEL (2), JEAN MARSHALL (5), JOHN HINSHAW (6), HEATHER IDONI (7), WILLIAM GOODMAN (8), JOAN BELL (9), and HERB GERAGHTY (10) denying Defendant Idonis 415 Motion to Dismiss Count 1 Pursuant to Rule 29; Defendant Geraghtys 452 Motion for Dismissal Pursuant to Fed. R. Crim. P. 29; Defendant Hinshaws 454 Supplemental Motion for Judgment of Acquittal; Defendants Handy, Hinshaw, Goodman, and Geraghtys 455 Motion for Judgment of Acquittal, joined by Defendant Marshall, and Defendant Goodmans 456 Supplemental Motion for Dismissal Pursuant to Fed. R. Crim. P. 29; Defendant Darnel's oral motion for judgment of acquittal, and Defendant Bell's pro se oral motion for judgment of acquittal. Signed by Judge Colleen Kollar–Kotelly on November 16, 2023. (lcckk1) (Entered: 11/16/2023) |
| 11/16/2023 | 478 | MEMORANDUM OPINION as to LAUREN HANDY (1), JONATHAN DARNEL (2), JEAN MARSHALL (5), HEATHER IDONI (7), WILLIAM GOODMAN (8), JOAN BELL (9), HERB GERAGHTY (10) re 477 Order. Signed by Judge Colleen Kollar–Kotelly on November 16, 2023. (lcckk1) (Entered: 11/16/2023) |
| 11/16/2023 | | MINUTE ORDER as to LAUREN HANDY (1), JONATHAN DARNEL (2), JOHN HINSHAW (5), JEAN MARSHALL (6), HEATHER IDONI (7), WILLIAM GOODMAN (8), JOAN BELL (9), HERB GERAGHTY (10): As the Court has denied each Defendant's respective motion for judgment of acquittal, Probation is respectfully directed to complete and file with the Court its final presentence report on or before **February 21, 2024**. Additionally, the parties shall file on or before **November 29, 2023** a joint status report proposing a schedule for sentencing memoranda, to be filed after the completion of the final presentence report, and sentencing dates. Signed by Judge Colleen Kollar–Kotelly on November 16, 2023. (lcckk1) (Entered: 11/16/2023) |
| 11/16/2023 | | Set/Reset Deadlines as to LAUREN HANDY (1), JONATHAN DARNEL (2), JEAN MARSHALL (5), JOHN HINSHAW (6), HEATHER IDONI (7), WILLIAM GOODMAN (8), JOAN BELL (9), HERB GERAGHTY (10): Presentence Report due by 2/21/2024. Joint Status Report due by 11/29/2023. (dot) (Entered: 11/16/2023) |
| 11/29/2023 | 482 | Joint STATUS REPORT *proposing schedule for submission of sentencing memoranda* by USA as to LAUREN HANDY, JONATHAN DARNEL, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY (Patel, Sanjay) (Entered: 11/29/2023) |
| 12/01/2023 | 483 | ORDER as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY. Final Presentence Reports due by 3/29/2024; Sentencing Memoranda due by 4/12/2024; |

| | | |
|---|---|---|
| | | with Replies due by 4/19/2024.<br><br>All sentencings are in–person in courtroom 28A before Judge Colleen Kollar–Kotelly. They are set as follows: Handy – 5/14/2024, at 9 am,; Hinshaw – 5/14/2024 at 11 am; Idoni– 5/14/20224 at 1:30 pm; and Goodman – 5/14/2024 at 3 pm. Geraghty – 5/15/2024 at 9 am; Darnel – 5/15/2024 at 11 am; Marshall– 5/15/2024 at 1:30 pm; and Bell – 5/15/2024 at 3 pm. Signed by Judge Colleen Kollar–Kotelly on 12/1/2023. (DM) (Entered: 12/01/2023) |
| 01/02/2024 | 485 | MANDATE of USCA as to LAUREN HANDY re 398 Notice of Appeal – Interlocutory. In accordance with the Judgement filed on November 3, 2023, it is Ordered and Adjudged that the district court's August 29, 2023 and September 15, 2023 minute orders detaining appellants pending sentencing, and the district court's August 31, 2023 memorandum opinion and order denying reconsideration of the district court's August 29 detention order, be affirmed. USCA Case Number 23–3143. (Attachments: # 1 USCA Judgment of 11/3/2023)(zstd) (Entered: 01/02/2024) |
| 02/01/2024 | 486 | TRANSCRIPT OF JURY TRIAL – P.M. SESSION in case as to LAUREN HANDY, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, HERB GERAGHTY before Judge Colleen Kollar–Kotelly held on 8/9/23; Page Numbers: 1–135. Date of Issuance:02/01/2024. Court Reporter/Transcriber Tamara Sefranek, Telephone number 202–354–3246, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 2/22/2024. Redacted Transcript Deadline set for 3/3/2024. Release of Transcript Restriction set for 5/1/2024.(Sefranek, Tamara) (Entered: 02/01/2024) |
| 02/01/2024 | 487 | TRANSCRIPT OF JURY TRIAL – P.M. SESSION in case as to LAUREN HANDY, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, HERB GERAGHTY before Judge Colleen Kollar–Kotelly held on 8/10/23; Page Numbers: 1–87. Date of Issuance:02/01/2024. Court Reporter/Transcriber Tamara Sefranek, Telephone number 202–354–3246, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 2/22/2024. Redacted Transcript Deadline set for 3/3/2024. Release of Transcript Restriction set for 5/1/2024.(Sefranek, Tamara) (Entered: 02/01/2024) |
| 02/01/2024 | 488 | TRANSCRIPT OF JURY TRIAL − P.M. SESSION in case as to LAUREN HANDY, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, HERB GERAGHTY before Judge Colleen Kollar−Kotelly held on 8/11/23; Page Numbers: 1−109. Date of Issuance:02/01/2024. Court Reporter/Transcriber Tamara Sefranek, Telephone number 202−354−3246, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 2/22/2024. Redacted Transcript Deadline set for 3/3/2024. Release of Transcript Restriction set for 5/1/2024.(Sefranek, Tamara) (Entered: 02/01/2024) |
| 02/01/2024 | 489 | TRANSCRIPT OF JURY TRIAL − A.M. SESSION in case as to LAUREN HANDY, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, HERB GERAGHTY before Judge Colleen Kollar−Kotelly held on 8/14/23; Page Numbers: 1−167. Date of Issuance:02/01/2024. Court Reporter/Transcriber Tamara Sefranek, Telephone number 202−354−3246, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

| | | |
|---|---|---|
| | | Redaction Request due 2/22/2024. Redacted Transcript Deadline set for 3/3/2024. Release of Transcript Restriction set for 5/1/2024.(Sefranek, Tamara) (Entered: 02/01/2024) |
| 02/01/2024 | 490 | TRANSCRIPT OF JURY TRIAL – A.M. SESSION – PARTIALLY REDACTED in case as to LAUREN HANDY, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, HERB GERAGHTY before Judge Colleen Kollar–Kotelly held on 8/16/23; Page Numbers: 1–159. Date of Issuance:02/01/2024. Court Reporter/Transcriber Tamara Sefranek, Telephone number 202–354–3246, Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 2/22/2024. Redacted Transcript Deadline set for 3/3/2024. Release of Transcript Restriction set for 5/1/2024.(Sefranek, Tamara) (Entered: 02/01/2024) |
| 02/01/2024 | 491 | TRANSCRIPT OF JURY TRIAL – P.M. SESSION in case as to LAUREN HANDY, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, HERB GERAGHTY before Judge Colleen Kollar–Kotelly held on 8/21/23; Page Numbers: 1–43. Date of Issuance:02/01/2024. Court Reporter/Transcriber Tamara Sefranek, Telephone number 202–354–3246, Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 2/22/2024. Redacted Transcript Deadline set for 3/3/2024. Release of Transcript Restriction set for 5/1/2024.(Sefranek, Tamara) (Entered: 02/01/2024) |
| 02/01/2024 | 492 | TRANSCRIPT OF JURY TRIAL – A.M. SESSION in case as to LAUREN HANDY, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, HERB GERAGHTY before Judge Colleen Kollar–Kotelly held on 8/24/23; Page Numbers: |

|  |  | 1–123. Date of Issuance:02/01/2024. Court Reporter/Transcriber Tamara Sefranek, Telephone number 202–354–3246, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**<span style="color:red">NOTICE RE REDACTION OF TRANSCRIPTS:</span>** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 2/22/2024. Redacted Transcript Deadline set for 3/3/2024. Release of Transcript Restriction set for 5/1/2024.(Sefranek, Tamara) (Entered: 02/01/2024) |
| 03/15/2024 | 505 | RESPONSE by USA as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY *to draft PSRs* (Crabb, John) (Entered: 03/15/2024) |
| 03/25/2024 | 511 | RESPONSE by LAUREN HANDY re 502 Draft Presence Investigation Report (Boyle, Dennis) (Entered: 03/25/2024) |
| 04/11/2024 | 536 | Unopposed MOTION for Extension of Time to File *Sentencing Memorandum* by LAUREN HANDY. (Attachments: # 1 Text of Proposed Order)(Boyle, Dennis) (Entered: 04/11/2024) |
| 04/12/2024 |  | MINUTE ORDER granting Defendant's 536 Unopposed Motion for Extension of Time to File as to LAUREN HANDY (1): Defendant's Sentencing Memorandum due by 04/19/2024; Government Memorandum due by 04/26/2024. Signed by Judge Colleen Kollar–Kotelly on 04/12/2024. (DM) (Entered: 04/12/2024) |
| 04/12/2024 | 543 | SENTENCING MEMORANDUM by USA as to LAUREN HANDY (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Patel, Sanjay) (Entered: 04/12/2024) |
| 04/12/2024 | 545 | MOTION to Commit Defendant to Custody of Attorney General by USA as to LAUREN HANDY, JONATHAN DARNEL, JAY SMITH, PAULA PAULETTE HARLOW, JEAN MARSHALL, JOHN HINSHAW, HEATHER IDONI, WILLIAM GOODMAN, JOAN BELL, HERB GERAGHTY. (Crabb, John) (Entered: 04/12/2024) |
| 04/25/2024 | 560 | SENTENCING MEMORANDUM by LAUREN HANDY (Attachments: # 1 Exhibit)(Boyle, Dennis) (Entered: 04/25/2024) |
| 04/26/2024 | 563 | REPLY by USA as to LAUREN HANDY re 560 Sentencing Memorandum. (Patel, Sanjay) Modified Text on 4/30/2024 (zhsj). (Entered: 04/26/2024) |
| 05/13/2024 | 574 | MEMORANDUM OPINION AND ORDER as to LAUREN HANDY (1), JONATHAN DARNEL (2), JAY SMITH (3), PAULA PAULETTE HARLOW (4), JEAN MARSHALL (5), JOHN HINSHAW (6), HEATHER IDONI (7), WILLIAM |

| | | |
|---|---|---|
| | | GOODMAN (8), JOAN BELL (9), HERB GERAGHTY (10) re: sentencing enhancements/adjustments herein, AFFIRMING the sentencing calculations by the Probation Office and DENYING Defendants' objections thereto. Signed by Judge Colleen Kollar–Kotelly on 5/13/2024. (DM) Modified on 5/14/2024 (dot). (Entered: 05/13/2024) |
| 05/14/2024 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Sentencing held on 5/14/2024 as to LAUREN HANDY (1). Defendant sentenced on Count(s) 1s, to Fifty–seven (57) months incarceration, with credit for time served followed by Thirty–six (36) months of Supervised Release and a Special Assessment of $100; as to Count(s) 2s, Defendant sentenced to Twelve (12) months incarceration to run concurrently to Count 1s, with credit for time served followed by Twelve (12) months of Supervised Release to run concurrently to Count 1s and a Special Assessment of $25 for a total of $125. Bond Status of Defendant: Committed/Commitment Issued; Court Reporter: Sonja Reeves; Defense Attorney: Martin A. Cannon, Dennis E. Boyle, Stephen M. Crampton, and Blerina Jasari; US Attorney: Sanjay H. Patel, John Crabb, Jr. and Rebecca Ross; Prob Officer: Sherry Baker. (dot) (Entered: 05/14/2024) |
| 05/16/2024 | 592 | NOTICE OF APPEAL – Final Judgment by LAUREN HANDY Filing fee $ 605, receipt number ADCDC–10902565. Fee Status: Fee Paid. Parties have been notified. (Crampton, Stephen) (Entered: 05/16/2024) |
| 05/17/2024 | 594 | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid as to LAUREN HANDY re 592 Notice of Appeal – Final Judgment. (zhsj) (Entered: 05/17/2024) |
| 05/21/2024 | | USCA Case Number as to LAUREN HANDY 24–3064 for 592 Notice of Appeal – Final Judgment filed by LAUREN HANDY (1). (zstd) (Entered: 05/21/2024) |
| 05/22/2024 | 605 | JUDGMENT as to LAUREN HANDY. Statement of Reasons Not Included. Signed by Judge Colleen Kollar–Kotelly on 5/22/2024. (zltp) (Entered: 05/28/2024) |
| 05/22/2024 | 606 | STATEMENT OF REASONS as to LAUREN HANDY. re 605 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Colleen Kollar–Kotelly on 5/22/2024. (zltp) (Entered: 05/28/2024) |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | |
| | : | |
| **v.** | : | **Criminal Case No. 22-CR-096-CKK** |
| | : | |
| **LAUREN HANDY,** *et al.*, | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF APPEAL**

Notice is hereby given that Defendant Lauren Handy, through counsel, appeals to the

United States Court of Appeals for the District of Columbia Circuit from the judgment imposed

in this matter on May 14, 2024.

Date: May 16, 2024                    Respectfully Submitted,

*/s/ Martin A. Cannon*
Martin A. Cannon, Esquire (Admitted *Pro Hac Vice*)
THOMAS MORE SOCIETY
10506 Burt Circle, Suite 110
Omaha, Nebraska 68114
Email: mcannon@thomasmoresociety.org
Phone: (402) 690-1484

*/s/ Stephen M. Crampton*
Stephen M. Crampton, Esquire (Admitted *Pro Hac Vice*)
THOMAS MORE SOCIETY
Post Office Box 4506
Tupelo, MS  38803
Email: scrampton@thomasmoresociety.org
Phone: 662-255-9439

*/s/ Dennis E. Boyle*
Dennis E. Boyle, Esquire
Blerina Jasari, Esquire
Boyle & Jasari
1050 Connecticut Ave, NW
Suite 500
Washington, D.C., 20036
Email:  dboyle@boylejasari.com
          bjasari@boylejasari.com
Phone: (202) 430-1900

*Counsel for Defendant Lauren Handy*

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 1

# UNITED STATES DISTRICT COURT

District of Columbia ▢▼

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| LAUREN HANDY | Case Number: 22-096-1 (CKK) |
| | USM Number: 93984-007 |
| | Martin Cannon, D. Boyle, S. Crampton, B. Jasari |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☑ was found guilty on count(s)  Count One (1s) and Count Two (2s) of the Superseding Indictment,
   after a plea of not guilty.

**FILED**

**MAY 2 2 2024**

Clerk, U.S. District and Bankruptcy Courts

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 241 | Conspiracy Against Rights | 10/22/2020 | 1s |
| 18 UDC 248(a)(1) | Freedom of Access to Clinic Entrances Act | 10/22/2020 | 2s |
| and 2 | | | |

   The defendant is sentenced as provided in pages 2 through ___7___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/14/2024
Date of Imposition of Judgment

*Colleen Kollar-Kotelly*
Signature of Judge

Colleen Kollar-Kotelly, United States District Judge
Name and Title of Judge

May 22, 2024
Date

(N)

AO 245B (Rev. 09/19)  Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page ___2___ of ___7___

DEFENDANT:
CASE NUMBER:   22-096-1 (CKK)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a
total term of:

Fifty-seven (57) months on Count One (1s); Twelve (12) months on Count two (2s) of the Superseding Indictment, to run
concurrently to each other. Credit for time served as of 8/29/2023.

☑  The court makes the following recommendations to the Bureau of Prisons:
   That Defendant's sentence be served at Danbury, FCI.

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐  before 2 p.m. on _____ .

   ☐  as notified by the United States Marshal.

   ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                        Sheet 3 — Supervised Release

Judgment—Page __3__ of __7__

DEFENDANT:
CASE NUMBER:   22-096-1 (CKK)

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

Thirty-six (36) months on Count One (1s) and Twelve (12) months on Count Two (2) of the Superseding Indictment,  to run
concurrently to each other.

## MANDATORY CONDITIONS

1.   You must not commit another federal, state or local crime.
2.   You must not unlawfully possess a controlled substance.
3.   You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from
     imprisonment and at least two periodic drug tests thereafter, as determined by the protocols of the probation office.
         ☑ The above drug testing condition is suspended, based on the court's determination that you
            pose a low risk of future substance abuse. *(check if applicable)*
4.   ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of
         restitution. *(check if applicable)*
5.   ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.   ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as
         directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you
         reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.   ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached
page.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page ____4____ of ____7____

DEFENDANT:
CASE NUMBER: 22-096-1 (CKK)

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____   Date _____

Judgment—Page   5   of   7

DEFENDANT:
CASE NUMBER: 22-096-1 (CKK)

## SPECIAL CONDITIONS OF SUPERVISION

Location Restriction - You must not knowingly enter, or come within 1,000 feet of, a reproductive health services clinic, except for a personal medical appointment, without first obtaining the permission of the probation officer.

Mental Health Assessment Treatment - You must comply with a mental health assessment, and if deemed appropriate, you must complete a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

The Probation Office shall release the presentence investigation report to all appropriate agencies, which includes the United States Probation Office in the approved district of residence, in order to execute the sentence of the Court. Treatment agencies shall return the presentence report to the Probation Office upon the defendant's completion or termination from treatment.

Judgment — Page  6  of  7

DEFENDANT:
CASE NUMBER: 22-096-1 (CKK)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 125.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

☐  The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*\*\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| **TOTALS** | $                     0.00 | $                     0.00 | |

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the  ☐ fine  ☐ restitution.

☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page  7  of  7

DEFENDANT:
CASE NUMBER:  22-096-1 (CKK)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A   ☑   Lump sum payment of $ __125.00__    due immediately, balance due

    ☐  not later than _____ , or
    ☐  in accordance with   ☐ C,   ☐ D,   ☐ E, or   ☑ F below; or

B   ☐   Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
    term of supervision; or

E   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
    imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   ☑   Special instructions regarding the payment of criminal monetary penalties:
    The Court finds that you do not have the ability to pay a fine and, therefore, waives imposition of a fine in this case.
    The financial obligations are immediately payable to the Clerk of the Court for the U.S. District Court, 333
    Constitution Ave., NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the
    Clerk of the court of the change until such time as the financial obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

Case Number
Defendant and Co-Defendant Names            Joint and Several        Corresponding Payee,
*(including defendant number)*        Total Amount        Amount        if appropriate

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.