UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

LAUREN HANDY,
   Defendant.

Criminal No. 22-96-01 (CKK)

**ORDER**
**(March 3, 2025)**

Pursuant to the February 27, 2025 Mandate and Order by the United States Court of Appeals for the District of Columbia Circuit, pertaining to Defendants Lauren Handy [defendant 1], John Hinshaw [defendant 6], Heather Idoni [defendant 7], and William Goodman [defendant 8], these cases were remanded to the undersigned "with instructions to dismiss the cases as moot." Accordingly, it is this 3rd day of March 2025,

ORDERED that, in accordance with that Mandate and Order, this case be and hereby is DISMISSED as moot.

                                                            _____/s/_____
                                                            COLLEEN KOLLAR-KOTELLY
                                                            UNITED STATES DISTRICT JUDGE